IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HOLMES GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST BEND HOUSEWARES, LLC and )<br>FOCUS PRODUCTS GROUP, LLC )<br>)<br>Defendants. )<br>) | CA No. 05-CV-11367-REK<br>(Alexander, M.J.) |

NOTICE OF APPEARANCE FOR ERIK PAUL BELT, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the defendants, West Bend Housewares, LLC, and Focus Products Group, LLC, in the above-captioned case.

Dated: July 20, 2005

/s/ Erik Paul Belt, Esq.
Lee Carl Bromberg, BBO# 058480
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

00001/00001 419160.1