IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> WEST BEND HOUSEWARES, LLC and <br> FOCUS PRODUCTS GROUP, LLC <br><br> Defendant. | CA No. 05-CV-11367-REK <br> (Alexander, M.J.) |

**ASSENTED-TO MOTION TO EXTEND TIME WITHIN
WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND**

Defendants West Bend Housewares, LLC and Focus Products Group, LLC, with the assent of The Holmes Group, Inc., respectfully request a 30-day extension of time, to and including August 28, 2005, to answer or otherwise respond to the complaint.

**CERTIFICATE UNDER LOCAL RULE 7.1**

I certify that counsel conferred by telephone on July 19, 2005, and that, as a result, the plaintiff, The Holmes Group, Inc., assents to the requested extension.

Dated: July 20, 2005

WEST BEND HOUSEWARES, LLC
FOCUS PRODUCTS GROUP, LLC
By their attorneys

/s/ Erik P. Belt
Lee Carl Bromberg, BBO # 058480
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
(617) 443-9292
ebelt@bromsun.com

FIRM/NEW  419170.1