**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE HOLMES GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST BEND HOUSEWARES, LLC and )<br>FOCUS PRODUCTS GROUP, LLC )<br>)<br>Defendant. )  | CA No. 05-CV-11367-REK<br>(Alexander, M.J.) |

**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT WEST BEND HOUSEWARES, LLC**

West Bend Housewares, LLC, is a privately-held limited liability company that is a wholly-owned subsidiary of Focus Products Group, LLC.

Dated:  August 8, 2005                    WEST BEND HOUSEWARES, LLC

*By its attorneys*,

 /s/  Erik P. Belt
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel:  (617) 443-9292
Facsimile:  (617) 443-0004
ebelt@bronsum.com

03032/00501 423532.1