## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HOLMES GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | CA No. 05-CV-11367-REK |
| ) | (Alexander, M.J.) |
| v. ) | |
| ) | |
| WEST BEND HOUSEWARES, LLC and ) | |
| FOCUS PRODUCTS GROUP, LLC ) | |
| ) | |
| Defendant. ) | |

### LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT FOCUS PRODUCTS GROUP, LLC

Focus Products Group, LLC is a privately-held limited liability company. FW I, LLC, owns greater than 50% of the membership interests in Focus Products Group, LLC. No public company owns 10% or more of the membership interests of Focus Products Group, LLC.

Dated: August 8, 2005                                   FOCUS PRODUCTS GROUP, LLC

*By its attorneys*,


 /s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bronsum.com

03033/00501 423530.1