## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., ) ) Plaintiff, ) ) v. ) ) WEST BEND HOUSEWARES, LLC and ) FOCUS PRODUCTS GROUP, LLC ) ) Defendant. ) | CA No. 05-CV-11367-REK (Alexander, M.J.) |

### UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE*

The undersigned, Erik Paul Belt, a member of the bar of this Court, moves pursuant to Local Rule 83.5.3(b) for the admission *pro hac vice* of Michael E. Husmann, Joseph T. Miotke, and Jennifer L. Haluptzok of the law firm Michael Best & Friedrich of Milwaukee, Wisconsin. Attorneys Husmann, Miotke, and Haluptzok will represent defendants West Bend Housewares, LLC and Focus Products Group, LLC.

As stated in the accompanying certificates (attached as Exhibits A, B, and C respectively), Attorneys Husmann, Miotke, and Haluptzok are members of the Bar of the State of Wisconsin. In addition, Attorney Husmann is also admitted to practice before the United States Court of Appeals for the Seventh Circuit, and Attorney Miotke is also a member of the Bar of the State of Illinois as well numerous federal bars, including the bars of the United States District Court for the Northern District of Illinois, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for the Western District of Wisconsin, and is registered to practice in the United States Patent and Trademark Office. They are in good

standing in every jurisdiction in which they have been admitted to practice. Also, there are no disciplinary proceedings pending against them as members of the bar in any jurisdiction, court, or agency. Attorneys Husmann, Miotke, and Haluptzok declare that they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Lee Carl Bromberg and Erik Paul Belt, partners in the Boston law firm Bromberg & Sunstein LLP, are also appearing in this action on behalf of West Bend Housewares and Focus Products Group, LLC, and will continue to represent both companies as local counsel. Messrs. Bromberg and Belt are members in good standing of the bar of this Court.

The required admission fees for appearing *pro hac vice* ($50.00 for each attorney, or $150.00 total) will be sent to the Court by messenger today.

Plaintiff does not oppose the admission of Attorneys Husmann, Miotke, and Haluptzok.

ACCORDINGLY, Erik Paul Belt respectfully requests that Michael E. Husmann, Joseph T. Miotke, and Jennifer L. Haluptzok be admitted to the bar of this Court for purposes of the above-captioned action.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

    I certify that, on August 12, 2005, I conferred by telephone with counsel for the plaintiff, Nicholas J. Nesgos, Esq., in a good faith attempt to resolve or narrow the issues presented by this motion. Mr. Nesgos stated that Plaintiff does not oppose the admission of Attorneys Husmann, Miotke, and Haluptzok.

| | |
|---|---|
| Dated: August 12, 2005 | *Attorneys for* <br> West Bend Housewares, LLC <br> Focus Products Group, LLC |
| | /s/ Erik P. Belt <br> Lee Carl Bromberg, BBO # 058480 <br> Erik Paul Belt, BBO # 558620 <br> BROMBERG & SUNSTEIN LLP <br> 125 Summer Street <br> Boston, MA 02110 <br> (617) 443-9292 <br> ebelt@bromsun.com |

03032/00501  423867.1

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST BEND HOUSEWARES, LLC and )<br>FOCUS PRODUCTS GROUP, LLC )<br>)<br>Defendants. )<br>) | CA No. 05-CV-11367-REK<br>(Alexander, M.J.) |

## DECLARATION AND CERTIFICATE OF MICHAEL E. HUSMANN, ESQ.

I, Michael E. Husmann, declare as follows:

1. I am a partner in the law firm of Michael Best & Friedrich of Milwaukee, Wisconsin. I am admitted to practice before the Bar of the State of Wisconsin (Wisconsin Bar No. 1015114 admitted 1976), as well as the bar of the United States Court of Appeals for the Seventh Circuit.

2. I am a member of the bar in good standing in each jurisdiction and court to which I have been admitted to practice. There are currently no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, court, or agency. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. I am trial counsel for the defendants West Bend Housewares, LLC, 1100 Schmidt Road, PO Box 2780, West Bend, Wisconsin 53090 and Focus Products Group, LLC, 120 Lakeview Pkwy. Vernon Hills, IL 60061. I represent both defendants in the above-captioned

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 11, 2005

*[signature]*
Michael E. Husmann

X:\clientb\095511\9088\A1265351.1

2

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 11, 2005

/s/ Michael E. Hussman
Michael E. Hussman

X:\clientb\095511\9088\A1265351.1

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST BEND HOUSEWARES, LLC and )<br>FOCUS PRODUCTS GROUP, LLC )<br>)<br>Defendant. )<br>) | CA No. 05-CV-11367-REK<br>(Alexander, M.J.) |

### DECLARATION AND CERTIFICATE OF JOSEPH T. MIOTKE, ESQ.

I, Joseph T. Miotke, declare as follows:

1. I am an associate in the law firm of Michael Best & Friedrich of Milwaukee, Wisconsin. I am admitted to practice before the Bar of the State of Wisconsin (Wisconsin Bar No. 1033986, admitted 1999) and the Bar of the State of Illinois (Illinois Bar No. 6270285, admitted 1999), as well as the bars of the United States District Court of the Eastern District of Wisconsin, the United States District Court of the Western District of Wisconsin, and the United States District Court of the Northern District of Illinois. I am also registered to practice in the United States Patent and Trademark Office.

2. I am a member of the bar in good standing in every jurisdiction and court to which I have been admitted to practice. There are currently no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, court, or agency. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. I am trial counsel for the defendants West Bend Housewares, LLC, 1100 Schmidt

Road, PO Box 2780, West Bend, Wisconsin 53090 and Focus Products Group, LLC, 120 Lakeview Pkwy. Vernon Hills, IL 60061. I represent both defendants in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 10, 2005

*/s/ Joseph T. Miotke*
Joseph T. Miotke

03032/00501 423874.1

Road, PO Box 2780, West Bend, Wisconsin 53090 and Focus Products Group, LLC, 120 Lakeview Pkwy. Vernon Hills, IL 60061. I represent both defendants in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 10, 2005

/s/ Joseph T. Miotke
Joseph T. Miotke

03032/00501  423874.1

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST BEND HOUSEWARES, LLC and ) <br> FOCUS PRODUCTS GROUP, LLC ) <br> ) <br> Defendant. ) | CA No. 05-CV-11367-REK <br> (Alexander, M.J.) |

## DECLARATION AND CERTIFICATE OF JENNIFER L. HALUPTZOK, ESQ.

I, Jennifer L. Haluptzok, declare as follows:

1. I am an associate in the law firm of Michael Best & Friedrich of Milwaukee, Wisconsin. I am admitted to practice before the Bar of the State of Wisconsin (Wisconsin Bar No. 1052404, admitted 2004).

2. I am in good standing as a member of the Bar of the State of Wisconsin. There are currently no disciplinary proceedings pending against me as a member of the bar in any jurisdiction, court, or agency. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. I am trial counsel for the defendants West Bend Housewares, LLC, 1100 Schmidt Road, PO Box 2780, West Bend, Wisconsin 53090 and Focus Products Group, LLC, 120 Lakeview Pkwy. Vernon Hills, IL 60061. I represent both defendants in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 12th, 2005

Jennifer L. Haluptzok

03032/00501 423877.1
S:\client\095511\9088\A1270085.1

00001/00001 285144.1                      2

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON AUGUST 12, 2005

/s/ Jennifer L. Haluptzok
Jennifer L. Haluptzok

03032/00501  423877.1
S:\client\095511\9088\A1270085.1