**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.90 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.95 |

Postmark Here — BOSTON MA PRUDENTIAL CTR STA JUL [?] 2005 02199

Sent To: K. Berk
Street, Apt. No.; or PO Box No.: 180 N. LaSalle
City, State, ZIP+4: Chicago, IL 60601

7004 0750 0000 8737 7074

PS Form 3800, June 2002 — See Reverse for Instructions

---

**Posternak**
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

Attn: JCF

• Sender: Please print your name, address, and ZIP+4 in this box •

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

K. Berk
180 N. LaSalle
St., Ste. 3700
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [W. Moore]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
[illegible] | 7 [?] 05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3001-159

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0750 0000 8737 7074

PS Form 3811, August 2001 — Domestic Return Receipt — 2ACPRI-03-P-4081