**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 4.90 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.95 |

Postmark Here — BOSTON MA PRUDENTIAL CTR STA JUL [ ] 2005

Sent To: K. Berk
Street, Apt. No.; or PO Box No.: 180 N. LaSalle
City, State, ZIP+4: Chicago, IL 60601

7004 0750 0000 8737 7074

PS Form 3800, June 2002    See Reverse for Instructions

---

Sender: Please print your name, address, and ZIP+4 in this box •

**Posternak**
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004

Attn: JCF

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

K. Berk
180 N. LaSalle
St., Ste. 3700
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  W. Moore    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 7 . 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3001-159

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 0750 0000 8737 7074

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081