### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., : | |
| : | |
| Plaintiff, : | Civil Action No. 1: 05-CV-11367 REK |
| v. : | (Alexander, M.J.) |
| : | |
| WEST BEND HOUSEWARES, LLC and : | |
| FOCUS PRODUCTS GROUP, L.L.C., : | |
| : | |
| Defendants. : | |

### ASSENTED TO MOTION TO EXTEND TIME WITHIN
### WHICH PLAINTIFF MAY ANSWER OR OTHERWISE RESPOND

Plaintiff, The Holmes Group, Inc. with the assent of Defendants, West Bend Housewares, LLC and Focus Products Group, LLC, respectfully requests a three week extension up to and including October 5, 2005, to answer or otherwise respond to Defendants' counterclaims.

### CERTIFICATE UNDER LOCAL RULE 7.1

I certify that counsel conferred by telephone on September 12, 2005, and that, as a result, the Defendants, West Bend Housewares, LLC and Focus Products Group, LLC, assent to the requested extension.

|  |  |
|---|---|
|  | THE HOLMES GROUP, INC. |
|  | By its Attorneys, |
| Dated: September 12, 2005 | /s/ Nicholas J. Nesgos |
|  | Nicholas J. Nesgos, BBO No. 553177 |
|  | nnesgos@pbl.com |
|  | Jennifer Finger, BBO No. 641830 |
|  | jfinger@pbl.com |
|  | Posternak Blankstein & Lund LLP |
|  | Prudential Tower, 800 Boylston Street |
|  | Boston, Massachusetts 02199-8004 |
|  | Telephone: (617) 973-6100 |

ID # 443521v01/3021-173/ 09.12.2005

                                                        Facsimile:  (617) 367-2315

Of Counsel:

Charles R. Hoffmann, Esq.
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger, Esq.
GTHDocket@hoffmannbaron.com
HOFFMANN & BARON, LLP
6900 Jericho Turnpike
Syosset, New York  11791-4407
Telephone:  (516) 822-3550
Facsimile:  (516) 822-3582