## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
THE HOLMES GROUP, INC.,                     )
                                            )
                Plaintiff,                  )      CA No. 05-CV-11367-REK
                                            )      (Alexander, M.J.)
        v.                                  )
                                            )
WEST BEND HOUSEWARES, LLC and               )
FOCUS PRODUCTS GROUP, LLC                   )
                                            )
                Defendants.                 )
_____)


### NOTICE OF APPEARANCE FOR EMILY J. SCHAFFER, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the defendants, West

Bend Housewares, LLC, and Focus Products Group, LLC.


Dated:  September 19, 2005                   Respectfully submitted,


                                            /s/ Emily J. Schaffer, Esq.
                                            Emily J. Schaffer, BBO #653752
                                            BROMBERG & SUNSTEIN LLP
                                            125 Summer Street
                                            Boston, MA 02110
                                            Telephone: 617.443.9292
                                            Fax: 617.443.0004
                                            eschaffer@bromsun.com


03032/00501  431927.1