FILED
IN CLERKS OFFICE

2005 OCT 12 P 4: 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| THE HOLMES GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | CA No. 05-CV-11367-REK |
| ) | (Alexander, M.J.) |
| v. ) | |
| ) | |
| WEST BEND HOUSEWARES, LLC and ) | |
| FOCUS PRODUCTS GROUP, LLC ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE OF MICHAEL E. HUSMANN, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the defendants, West Bend Housewares, LLC, and Focus Products Group, LLC. I have been admitted by this Court to appear *pro hac vice* in the above-captioned case pursuant to Order of 8/17/05.

Respectfully submitted,

/s/ Michael E. Husmann

Michael E. Husmann (WI Bar # 1015114)
Michael Best & Friedrich
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Telephone: 414.271.6560
Fax: 414.277.0656
mehusmann@michaelbest.com

October 12, 2005

## CERTIFICATE OF SERVICE

    I certify that, on October 12, 2005, a true copy of the Notice of Appearance of Michael E. Husmann, Esq., was served by email and first-class mail on counsel of record for The Holmes Group, Nicholas J. Nesgos, Esq., Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston Street, 33rd Floor, Boston, MA 02199.

                                                                  Emily J. Schaffer

03032/00501  437019.1