IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST BEND HOUSEWARES, LLC and ) <br> FOCUS PRODUCTS GROUP, LLC ) <br> ) <br> Defendants. ) | CA No. 05-CV-11367-REK <br> (Alexander, M.J.) |

### NOTICE OF APPEARANCE OF CHARLES A. LAFF, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the defendants, West Bend Housewares, LLC, and Focus Products Group, LLC. I have been admitted by this Court to appear *pro hac vice* in the above-captioned case pursuant to Order of 8/25/2005.

Respectfully submitted,

_____
Charles A. Laff (IL Bar #01558153)
Michael Best & Friedrich
401 North Michigan Avenue Suite 1900,
Chicago, IL 60611-4274
Telephone: (312) 222-0800
Fax: (312) 222-0818
calaff@michaelbest.com

October 6th, 2005

03032/00501 431195.1
X:\clientb\095511\9088\A1323919.1

## CERTIFICATE OF SERVICE

I certify that, on October 12, 2005, a true copy of the Notice of Appearance of Charles A. Laff, Esq., was served by email and first-class mail on counsel of record for The Holmes Group, Nicholas J. Nesgos, Esq., Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston Street, 33rd Floor, Boston, MA 02199.

Emily J. Schaffer

03032/00501 437020.1