FILED
IN CLERKS OFFICE

2005 OCT 12 P 4: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HOLMES GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST BEND HOUSEWARES, LLC and )<br>FOCUS PRODUCTS GROUP, LLC )<br>)<br>Defendants. )<br>) | CA No. 05-CV-11367-REK<br>(Alexander, M.J.) |

## NOTICE OF APPEARANCE OF JOSEPH T. MIOTKE, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the defendants, West Bend Housewares, LLC, and Focus Products Group, LLC. I have been admitted by this Court to appear *pro hac vice* in the above-captioned case pursuant to Order of 8/17/05.

Respectfully submitted,

_____
Joseph T. Miotke (WI Bar # 1033986)
Michael Best & Friedrich
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Telephone: 414.271.6560
Fax: 414.277.0656
jtmiotke@michaelbest.com

October 6, 2005

03032/00501 431677.1
X:\clientb\095511\9088\A1323869.1

## CERTIFICATE OF SERVICE

I certify that, on October 12, 2005, a true copy of the Notice of Appearance of Joseph T. Miotke, Esq., was served by email and first-class mail on counsel of record for The Holmes Group, Nicholas J. Nesgos, Esq., Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston Street, 33rd Floor, Boston, MA 02199.

Emily J. Schaffer

03032/00501 437021.1