IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST BEND HOUSEWARES, LLC and ) <br> FOCUS PRODUCTS GROUP, LLC ) <br> ) <br> Defendants. ) | CA No. 05-CV-11367-REK <br> (Alexander, M.J.) |

### NOTICE OF APPEARANCE OF JENNIFER L. HALUPTZOK, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the defendants, West Bend Housewares, LLC, and Focus Products Group, LLC. I have been admitted by this Court to appear *pro hac vice* in the above-captioned case pursuant to Order of 8/17/05.

Respectfully submitted,

Jennifer L. Haluptzok (WI Bar # 1052404)
Michael Best & Friedrich
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Telephone: 414.271.6560
Fax: 414.277.0656
jlhaluptzok@michaelbest.com

October 5th, 2005

03032/00501 431680.1
X:\clientb\095511\9088\A1323867.1

## CERTIFICATE OF SERVICE

I certify that, on October 12, 2005, a true copy of the Notice of Appearance of Jennifer L. Haluptzok, Esq., was served by email and first-class mail on counsel of record for The Holmes Group, Nicholas J. Nesgos, Esq., Posternak Blankstein & Lund LLP, Prudential Tower, 800 Boylston Street, 33rd Floor, Boston, MA 02199.

*Emily J. Schaffer*

03032/00501 437022.1