IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., : | |
| : | Civil Action No. 05-11367 REK |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| WEST BEND HOUSEWARES, LLC and : | |
| FOCUS PRODUCTS GROUP, L.L.C., : | |
| : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jennifer L. Finger as counsel for the plaintiff The Holmes Group, Inc. in the above-captioned matter.

In connection with this withdrawal, please note that Nicholas J. Nesgos of this office remains counsel of record.

Respectfully submitted,

/s/ Jennifer L. Finger
Jennifer L. Finger, BBO #641830
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston Street, 32nd Floor
Boston, MA 02199-8004
Dated: November 10, 2005         617-973-6100

## Certificate of Service

  I, Jennifer L. Finger, attorney for the plaintiff, hereby certify that on this 10th day of November, 2005, I served a copy of the within on the defendant by efiling to:

Keith H. Berk, Esquire
Horwood Marcus & Berk, Chartered
180 North LaSalle Street, Suite 3700
Chicago, IL 60601


Eric P. Belt, Esquire, BBO 5586209
Lee Carl Bromberg, BBO 058480
Emily Schaffer
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110


       ___/s/ Jennifer L. Finger_____
         Jennifer L. Finger