IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HOLMES GROUP, INC., ) ) Plaintiff, ) ) v. ) ) WEST BEND HOUSEWARES, LLC and ) FOCUS PRODUCTS GROUP, LLC ) ) Defendants. ) ) | CA No. 05-CV-11367-REK (Alexander, M.J.) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JENNIFER L. HALUPTZOK, ESQ.

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance for the defendants of Jennifer L. Haluptzok, West Bend Housewares, LLC, and Focus Products Group, LLC. Please note that all other attorneys for defendants remain counsel of record in this case.

Respectfully submitted,

/s/ Emily J. Schaffer
Emily J. Schaffer, BBO # 653752)
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004
eschaffer@bromsun.com

Dated: January 12, 2006

03032/00501 458732.1