IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HOLMES GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WEST BEND HOUSEWARES, LLC and ) <br> FOCUS PRODUCTS GROUP, LLC ) <br> ) <br> Defendants. ) <br> ) | CA No. 05-CV-11367-WGY <br> (Alexander, M.J.) |

**NOTICE OF DATE CHANGE TO SCHEDULING CONFERENCE**

With Plaintiff's assent, Defendants have requested that the scheduling conference--previously scheduled for Friday, July 14, 2006, at 2:00 pm in Courtroom 18--be changed to Friday, July 21, 2006, at 2:00 pm. The Court has consented to the change and has requested that Defendants e-file a notice of the new date and time.

Accordingly, the scheduling conference in the above-captioned matter will now be held on Friday, July 21, 2006, at 2:00 pm (EST) in Courtroom 18.

Dated: July 5, 2006

WEST BEND HOUSEWARES, LLC
FOCUS PRODUCTS GROUP, LLC

*By their attorneys*,

/s/ Erik P. Belt
Erik Paul Belt, BBO # 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Tel: (617) 443-9292
Facsimile: (617) 443-0004
ebelt@bromsun.com

*Of Counsel*:

Charles A. Laff
Martin L. Stern
MICHAEL BEST & FRIEDRICH LLP
401 N. Michigan Ave. – Ste. 1900
Chicago, Illinois 60611
Tel:  (312) 222-0800
Facsimile:  (312) 222-0818
calaff@michaelbest.com

Michael E. Husmann
Joseph T. Miotke
MICHAEL BEST & FRIEDRICH LLP
100 E. Wisconsin Ave.
Milwaukee, Wisconsin 53202
Tel.:  (414) 271-6560
Facsimile:  (414) 277-0656
mehusmann@michaelbest.com

## CERTIFICATE OF SERVICE

I certify that, on July 5, 2006, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Erik P. Belt
Erik Paul Belt

03032/00501  515160.1