IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,

             Plaintiff,

v.

WEST BEND HOUSEWARES, LLC and
FOCUS PRODUCTS GROUP, L.L.C.,

             Defendants.

Civil Action No. 1: 05-CV-11367 (REK)

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the District of Massachusetts, Plaintiff, THE HOLMES GROUP, INC. (hereinafter "HOLMES") by and through the undersigned counsel, hereby applies to this Court for an Order permitting Alan M. Sack, Esq. of the law firm of Hoffmann & Baron, LLP of Syosset, New York, to appear as attorney in the above-captioned action for the limited purpose of representing HOLMES in this one action.

The grounds for this Application are that:

1.    HOLMES has appeared in this action through Nicholas J. Nesgos, Esq., of the law firm of Posternak Blankstein & Lund LLP, of Boston, Massachusetts who has been designated as local counsel and whose address and telephone number are set forth below. Mr. Nesgos

maintains an office for the practice of law in the District of Massachusetts and is a member of the bar of the District of Massachusetts.

2. As explained in the attached Affidavit and Certificate of Good Standing (Exhibit A), Mr. Sack:

a. Is a resident in the office of Hoffmann & Baron LLP, located at 6900 Jericho Turnpike, Suite 200, Syosset, New York 11791, with a telephone number of (516) 822-3550 and a facsimile number of (516) 822-3582;

b. Is a member in good standing of the State Bar of New York and the State Bar of New Jersey and is licensed to practice law in the Federal District Courts for the Southern, Eastern, and Western Districts of New York; Federal District Court of New Jersey; the Court of Appeals for the Federal Circuit; and the United States Supreme Court.

c. Has not been subject to any disciplinary actions in any of the jurisdictions described above within the last (5) years.

d. Has not been denied admission to the court of any state or to any federal court within the last five (5) years.

e. Has familiarized himself with and agrees to abide by the Local Rules of the District Court of Massachusetts.

WHEREFORE, Plaintiff, HOLMES respectfully requests that this Court enter an Order permitting Alan M. Sack to appear as attorney in the above-captioned action for the limited purpose of representing Plaintiff in this one action.

Respectfully submitted,

THE HOLMES GROUP, INC.
By its attorneys,


/s/ Nicholas J. Nesgos
Nicholas J. Nesgos, Esq., BBO #553177
nnesgos@pbl.com
Posternak, Blankstein & Lund L.L.P.
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617 973-6100
Fax: 617-367-2315

Dated: August 1, 2006

**Of Counsel:**

Charles R. Hoffmann
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger
GTHDocket@hoffmannbaron.com
Alan M. Sack
AMSDocket@hoffmannbaron.com
6900 Jericho Turnpike
Syosset, NY 11791-4407
Telephone: 516-822-3550
Fax: 516-822-3582

# EXHIBIT A

# **CERTIFICATE OF GOOD STANDING**

**UNITED STATES OF AMERICA**

**EASTERN DISTRICT OF NEW YORK** } ss.

I **Robert C. Heinemann**, Clerk of the **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

do hereby certify that ALAN M. SACK was duly admitted to practice in said Court **on July 10, 1984 is in good standing as a member of the bar of said Court.**

Date: July 27, 2006                                    *Robert C. Heinemann*
Central Islip, N.Y.                                    CLERK OF THE COURT

                                                BY: *Liliana Serret*
                                                    Liliana Serret
                                                    Deputy Clerk