```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-11367-WGY

 4

 5   * * * * * * * * * * * * * * * * *
                                     *
 6   THE HOLMES GROUP, INC.,         *
                                     *
 7            Plaintiff,             *
                                     *
 8   v.                              *    MARKMAN HEARING
                                     *
 9   WEST BEND HOUSEWARES, LLC and   *
     FOCUS PRODUCTS GROUP, LLC,      *
10                                   *
              Defendants.            *
11                                   *
     * * * * * * * * * * * * * * * *
12
              BEFORE:  The Honorable William G. Young,
13                        District Judge

14
     APPEARANCES:
15

16         HOFFMANN & BARON, LLP (By Charles R.
     Hoffmann, Esq. and Glenn T. Henneberger, Esq.)
17   6900 Jericho Turnpike, Syosset, New York
     11791-4407, on behalf of the Plaintiff
18
           BROMBERG & SUNSTEIN LLP (By Erik Paul Belt,
19   Esq.), 125 Summer Street, Boston, Massachusetts
     02110-1618
20         - and -
           MICHAEL BEST & FRIEDRICH LLP (By Michael E.
21   Husmann, Esq. and Joseph T. Miotke, Esq.), 100
     East Wisconsin Avenue, Suite 3300, Milwaukee,
22   Wisconsin 53202-4108, on behalf of the Defendants

23

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      September 27, 2006
```