```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                          Civil Action
                                          No. 05-11367-WGY


* * * * * * * * * * * * * * * *
                               *
THE HOLMES GROUP, INC.,        *
                               *
        Plaintiff,             *
                               *
v.                             *     MOTION HEARING
                               *
WEST BEND HOUSEWARES, LLC and  *
FOCUS PRODUCTS GROUP, LLC,     *
                               *
        Defendants.            *
                               *
* * * * * * * * * * * * * * * *

            BEFORE:  The Honorable William G. Young,
                     District Judge


APPEARANCES:

        HOFFMANN & BARON, LLP (By Charles R.
   Hoffmann, Esq. and Glenn T. Henneberger, Esq.)
   6900 Jericho Turnpike, Syosset, New York
   11791-4407, on behalf of the Plaintiff

        BROMBERG & SUNSTEIN LLP (By Emily J.
   Schaffer, Esq.), 125 Summer Street, Boston,
   Massachusetts 02110-1618
        - and -
        MICHAEL BEST & FRIEDRICH LLP (By Michael E.
   Husmann, Esq. and Joseph T. Miotke, Esq.), 100
   East Wisconsin Avenue, Suite 3300, Milwaukee,
   Wisconsin 53202-4108, on behalf of the Defendants



                                  Suffolk University Law School
                                  Boston, Massachusetts

                                  October 18, 2006
```