IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,                      :
                                             :
    Plaintiff/Counterclaim-Defendant,         :
                                             :      Civil Action No.  1: 05-CV-11367 WGY
          v.                                 :      (Alexander, M.J.)
                                             :
WEST BEND HOUSEWARES, LLC and                :
FOCUS PRODUCTS GROUP, L.L.C.,                :
                                             :
    Defendants/Counterclaim-Plaintiffs.      :


## HOLMES' MOTION FOR LEAVE TO FILE AN ENLARGED BRIEF

Pursuant to L.R. 7.1(b)(4), Plaintiff, The Holmes Group, Inc. ("Holmes"), hereby moves to file an enlarged MEMORANDUM IN SUPPORT OF HOLMES' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF WEST BEND'S DESIGN PATENTS.  An enlarged brief is required to fully address claim construction issues and non-infringement of three asserted design patents by thirty-four models of slow-cookers.

Pursuant to Local Rule 7.2, counsel for Holmes has conferred with opposing counsel regarding this motion, but were unable to reach agreement.

For the foregoing reasons, Holmes respectfully moves for leave to file an enlarged Memorandum in Support of Holmes' Motion for Summary Judgment of Non-Infringement of West Bend's Design Patents. A proposed order accompanies this motion.

|  |  |
|---|---|
|  | SUNBEAM PRODUCTS, INC., d/b/a JARDEN CONSUMER SOLUTIONS f/k/a THE HOLMES GROUP |
|  | By its Attorneys, |
| Dated: December 1, 2006 | /s/Glenn T. Henneberger |
|  | Charles R. Hoffmann, Esq. (*Pro Hac Vice*) |
|  | CRHDocket@hoffmannbaron.com |
|  | Glenn T. Henneberger, Esq. (*Pro Hac Vice*) |
|  | GTHDocket@hoffmannbaron.com |
|  | Alan M. Sack, Esq. (*Pro Hac Vice*) |
|  | AMSDocket@hoffmannbaron.com |
|  | HOFFMANN & BARON, LLP |
|  | 6900 Jericho Turnpike |
|  | Syosset, New York  11791-4407 |
|  | Telephone:  (516) 822-3550 |
|  | Facsimile:  (516) 822-3582 |
|  | and |
|  | Nicholas J. Nesgos (BBO No. 553177) |
|  | nnesgos@pbl.com |
|  | Joseph W. Corrigan (BBO No. 647393) |
|  | jcorrigan@pbl.com |
|  | Posternak Blankstein & Lund LLP |
|  | Prudential Tower, 800 Boylston Street |
|  | Boston, Massachusetts  02199-8004 |
|  | Telephone:  (617) 973-6100 |
|  | Facsimile:  (617) 367-2315 |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2006.

                                            /s/ Glenn T. Henneberger
                                              Glenn T. Henneberger

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC.,                     : | |
|                                   : | |
|    Plaintiff/Counterclaim-Defendant,    : | |
|                                   : | Civil Action No. 1: 05-CV-11367 WGY |
|       v.                                                    : | (Alexander, M.J.) |
|                                   : | |
| WEST BEND HOUSEWARES, LLC and        : | |
| FOCUS PRODUCTS GROUP, L.L.C.,            : | |
|                                   : | |
|    Defendants/Counterclaim-Plaintiffs.   : | |

**[PROPOSED] ORDER GRANTING HOLMES'
MOTION FOR LEAVE TO FILE ENLARGED BRIEF**

This matter, having come before the Honorable William G. Young on THE HOLMES GROUP, INC. ("HOLMES") MOTION FOR LEAVE TO FILE AN ENLARGED MEMORANDUM IN SUPPORT OF HOLMES' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF WEST BEND'S DESIGN PATENTS and the Court being fully advised of the premises, **IT IS HEREBY ORDERED**:

That HOLMES' motion to file an enlarged brief is hereby granted.

**SO ORDERED.**

Dated: _____                                      BY THE COURT

 

                                                                                                                                          _____
                                                                                                                                         The Honorable William G. Young
                                                                                                                                         Judge of United States District Court

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2006.

                                                  /s/ Glenn T. Henneberger
                                                    Glenn T. Henneberger