IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,                          :
                                                 :
    Plaintiff/Counterclaim-Defendant,       :       Civil Action No.  1: 05-CV-11367 WGY
                                                 :       (Alexander, M.J.)
    v.                                       :
                                                 :
WEST BEND HOUSEWARES, LLC and                    :
FOCUS PRODUCTS GROUP, L.L.C.,                    :
                                                 :
    Defendants/Counterclaim-Plaintiffs.      :

**HOLMES' MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF WEST BEND'S DESIGN PATENTS**

      Plaintiff, The Holmes Group, Inc., now known as Sunbeam, Inc., d/b/a/ Jarden Consumer Solutions, (hereinafter "Holmes") brought this action against Defendants West Bend Housewares, LLC and Focus Products Group, LLC (collectively referred to as "West Bend") for infringement of Holmes' U.S. Patent Nos. 6,573,483 and 6,740,855 ("the '483 Patent" and "the '855 Patent," respectively).  By way of its Answer and Counterclaims, West Bend has alleged infringement of these design patents by Holmes.  Holmes denies infringing the West Bend design patents-in-suit and seeks costs and attorney's fees for West Bend's frivolous assertion of its design patents as detailed in Holmes' accompanying memorandum in support of this motion.

**CONCLUSION**

For the reasons set forth in the accompanying memorandum and supporting documents, Holmes respectfully requests the Court to grant Holmes' motion of non-infringement of the West Bend patents-in-suit and award Holmes its costs and attorneys' fees.

Respectfully submitted,

SUNBEAM PRODUCTS, INC.,
d/b/a JARDEN CONSUMER SOLUTIONS
f/k/a THE HOLMES GROUP
By its Attorneys,

Dated:  December 1, 2006                /s/ Glenn T. Henneberger
Charles R. Hoffmann, Esq. (*Pro Hac Vice*)
CRHDocket@hoffmannbaron.com
Glenn T. Henneberger, Esq. (*Pro Hac Vice*)
GTHDocket@hoffmannbaron.com
Alan M. Sack, Esq. (*Pro Hac Vice*)
AMSDocket@hoffmannbaron.com
Hoffmann & Baron, LLP
6900 Jericho Turnpike
Syosset, New York  11791-4407
Telephone:  (516) 822-3550
Facsimile:  (516) 822-3582

and

Nicholas J. Nesgos (BBO No. 553177)
nnesgos@pbl.com
Joseph W. Corrigan (BBO No. 647393)
jcorrigan@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts  02199-8004
Telephone:  (617) 973-6100

## **LOCAL RULE 7.2 CERTIFICATE**

The undersigned certify that, on November 28, 2006, counsel for the parties conferred in person in a good faith attempt to resolve or narrow the issues presented in this motion but were unable to reach agreement.

                                                Respectfully submitted,

                                                SUNBEAM PRODUCTS, INC.,
                                                d/b/a JARDEN CONSUMER SOLUTIONS
                                                f/k/a THE HOLMES GROUP
                                                By its Attorneys,

Dated:   December 1, 2006                    /s/ Glenn T. Henneberger
                                                Charles R. Hoffmann, Esq. (*Pro Hac Vice*)
                                                CRHDocket@hoffmannbaron.com
                                                Glenn T. Henneberger, Esq. (*Pro Hac Vice*)
                                                GTHDocket@hoffmannbaron.com
                                                Alan M. Sack, Esq. (*Pro Hac Vice*)
                                                AMSDocket@hoffmannbaron.com
                                                Hoffmann & Baron, LLP
                                                6900 Jericho Turnpike
                                                Syosset, New York  11791-4407
                                                Telephone:  (516) 822-3550
                                                Facsimile:  (516) 822-3582
                                                and

                                                Nicholas J. Nesgos (BBO No. 553177)
                                                nnesgos@pbl.com
                                                Joseph W. Corrigan (BBO No. 647393)
                                                jcorrigan@pbl.com
                                                Posternak Blankstein & Lund LLP
                                                Prudential Tower, 800 Boylston Street
                                                Boston, Massachusetts  02199-8004
                                                Telephone:  (617) 973-6100
                                                Facsimile:  617-367-2315

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2006.

                                              /s/ Glenn T. Henneberger
                                                 Glenn T. Henneberger