# EXHIBIT A

US00D434266S

# United States Patent [19]

## Dobson et al.

[11] **Patent Number:** Des. 434,266

[45] **Date of Patent:** ✱✱ **Nov. 28, 2000**

[54] **COOKER**

[75] Inventors: **William C. Dobson; Scott T. Pollnow**, both of West Bend, Wis.

[73] Assignee: **Premark WB Holdings, Inc.**, Wilmington, Del.

[**] Term: **14 Years**

[21] Appl. No.: **29/120,985**

[22] Filed: **Mar. 28, 2000**

### Related U.S. Application Data

[63] Continuation of application No. 29/097,446, Dec. 7, 1998, Pat. No. Des. 425,360.

[51] **LOC (7) Cl.** ...................................................... **07-02**
[52] **U.S. Cl.** ................................................... **D7/354**
[58] **Field of Search** ........................... D7/354–361, 545; 99/324, 325, 340, 347, 403, 410, 411, 413, 419

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 153,894 | 5/1949 | Mortrude | D7/354 |
| D. 199,747 | 12/1964 | Farber | D7/354 |
| D. 248,363 | 7/1978 | Rinaldi | D7/354 |
| D. 253,574 | 12/1979 | Anderson, Jr. | D7/356 |
| D. 254,355 | 3/1980 | Ottier | D7/545 |
| D. 275,925 | 10/1984 | Bowen et al. | D7/357 |
| D. 284,257 | 6/1986 | Greb et al. | D7/355 |
| D. 366,592 | 1/1996 | Cesaroni et al. | D7/360 |
| D. 416,434 | 11/1999 | Pollnow | D7/360 |
| D. 420,246 | 2/2000 | Alonge et al. | D7/360 |
| D. 420,247 | 2/2000 | Kaney et al. | D7/360 |
| D. 425,360 | 5/2000 | Dobson et al. | D7/360 |

*Primary Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

[57] **CLAIM**

The ornamental design for a cooker, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a cooker constructed in accordance with one preferred embodiment of the invention;
FIG. 2 is an elevation view of the front of the cooker shown in FIG. 1;
FIG. 3 is an elevation view of the rear of the cooker shown in FIGS. 1 and 2;
FIG. 4 is an elevation view of the right of the cooker shown in FIGS. 1, 2 and 3;
FIG. 5 is an elevation view of the left of the cooker shown in FIGS. 1, 2, 3 and 4;
FIG. 6 is a top plan view of the cooker shown in FIGS. 1, 2, 3, 4 and 5; and,
FIG. 7 is a bottom plan view of the cooker shown in FIGS. 1, 2, 3, 4, 5 and 6.
The broken line showings in FIGS. 1–7 are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



EXHIBIT A

**U.S. Patent**    Nov. 28, 2000    Sheet 1 of 7    **Des. 434,266**



*Fig. 1*



*Fig. 2*



*Fig. 3*



*Fig. 4*

**U.S. Patent**        Nov. 28, 2000        Sheet 5 of 7        **Des. 434,266**



*Fig. 5*



*Fig. 6*



Fig. 7

**EXHIBIT B**

US00D444664S

(12) **United States Design Patent**   (10) Patent No.:     **US D444,664 S**

Dobson et al.                           (45) **Date of Patent:**  ✳  *Jul. 10, 2001

(54) **COOKER**

(75) Inventors: **William C. Dobson; Scott T. Pollnow**, both of West Bend, WI (US)

(73) Assignee: **Premark WB Holdings, Inc.,** Wilmington, DE (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/120,882**

(22) Filed: **Mar. 28, 2000**

(51) **LOC (7) Cl.** ............................................. **07-02**

(52) **U.S. Cl.** ............................................... **D7/354**

(58) **Field of Search** ............................ D7/323, 354–361; 99/324, 325, 340, 347, 403, 413, 419, 410, 411

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 104,914 | * | 6/1937 | Coss ....................... D7/360 |
| D. 416,434 | * | 11/1999 | Pollnow ................... D7/360 |
| D. 420,246 | * | 2/2000 | Alonge et al. ............ D7/360 |
| D. 425,360 | * | 5/2000 | Dobson et al. ........... D7/360 |

D. 429,596   *   8/2000   Hlava et al. ..................... D7/360

* cited by examiner

*Primary Examiner*—Caron D. Veynar

(74) *Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

(57)                **CLAIM**

The ornamental design for a cooker, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a cooker constructed in accordance with one preferred embodiment of the invention;

FIG. **2** is an elevation view of the front of the cooker shown in FIG. **1**;

FIG. **3** is an elevation view of the rear of the cooker shown in FIGS. **1** and **2**;

FIG. **4** is an elevation view of the right of the cooker shown in FIGS. **1, 2** and **3**;

FIG. **5** is an elevation view of the left of the cooker shown in FIGS. **1, 2, 3** and **4**;

FIG. **6** is a top plan view of the cooker shown in FIGS. **1, 2, 3, 4** and **5**; and,

FIG. **7** is a bottom plan view of the cooker shown in FIGS. **1, 2, 3, 4, 5** and **6**.

The broken line showings in FIGS. **1–7** are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



EXHIBIT B



*Fig. 1*

Case 1:05-cv-11367-WGY    Document 67-2    Filed 12/04/2006    Page 4 of 9



Fig. 2



Fig. 3



*Fig. 4*



*Fig. 5*

Case 1:05-cv-11367-WGY    Document 67-2    Filed 12/04/2006    Page 8 of 9



Fig. 6



Fig. 7

**EXHIBIT C**

US00D444993S

(12) **United States Design Patent**    (10) Patent No.:    **US D444,993 S**
Dobson et al.    (45) **Date of Patent:**    ✱✱    **Jul. 17, 2001**

(54) **COOKER**

(75) Inventors: **William C. Dobson; Scott T. Pollnow,** both of West Bend, WI (US)

(73) Assignee: **Premark WB Holdings, Inc.,** Wilmington, DE (US)

(✱) Notice: This patent is subject to a terminal disclaimer.

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/120,883**

(22) Filed: **Mar. 28, 2000**

(51) **LOC (7) Cl.** ........................................ **07-02**
(52) **U.S. Cl.** ........................................ **D7/354**
(58) **Field of Search** ........................... D7/323, 354–361; 99/324, 325, 340, 347, 403, 413, 419, 410, 411

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D. 104,914 | ✱ | 6/1937 | Coss | D7/360 |
| D. 416,434 | ✱ | 11/1999 | Pollnow | D7/360 |
| D. 420,246 | ✱ | 2/2000 | Alonge et al. | D7/360 |
| D. 425,360 | ✱ | 5/2000 | Dobson et al. | D7/360 |
| D. 429,596 | ✱ | 8/2000 | Hlava et al. | D7/360 |

✱ cited by examiner

*Primary Examiner*—Caron D. Veynar
(74) *Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

(57) **CLAIM**

The ornamental design for a cooker, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a cooker constructed in accordance with one preferred embodiment of the invention;
FIG. 2 is an elevation view of the front of the cooker shown in FIG. 1;
FIG. 3 is an elevation view of the rear of the cooker shown in FIGS. 1 and 2;
FIG. 4 is an elevation view of the right of the cooker shown in FIGS. 1, 2 and 3;
FIG. 5 is an elevation view of the left of the cooker shown in FIGS. 1, 2, 3 and 4;
FIG. 6 is a top plan view of the cooker shown in FIGS. 1, 2, 3, 4 and 5; and,
FIG. 7 is a bottom plan view of the cooker shown in FIGS. 1, 2, 3, 4, 5 and 6.
The broken line showings in FIGS. 1–7 are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



EXHIBIT C



*Fig. 1*



Fig. 2



Fig. 3



*Fig. 4*



*Fig. 5*



Fig. 6

Case 1:05-cv-11367-WGY    Document 67-3    Filed 12/04/2006    Page 9 of 9



*Fig. 7*

EXHIBIT D - Part 1

JM

**D434266**

| DESIGN SERIAL NUMBER | PATENT DATE NOV 28 2000 | PATENT NUMBER | D434266 |
|---|---|---|---|

| CLASS D7 | SUBCLASS 354 | O.I.P.E SCANNED Q.A. | ART UNIT 2913 | EXAMINER Veynar |
|---|---|---|---|---|

SCANNED

TITLE OF INVENTION (FOR DESIGN APPLICATION ONLY):

| TERMINAL DISCLAIMER | ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | ☐ The term of this patent shall not extend beyond the expiration date of Pat. No. _____ | ☐ The terminal _____ months of this patent have been disclaimed. |
|---|---|---|---|

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | |
|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) |
| D7 | 354 | | |

INTERNATIONAL CLASSIFICATION

| | | | 07 / 02 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

☐ Continued on Issue Slip Inside File Jacket

Form PTO-2009 (Rev. 4-97)

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

| PARTS OF APPLICATION FILED SEPARATELY | | CHECK BOX FOR REQUEST FOR INFORMATION ☐ |
|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | |
|---|---|---|
| 6-20-00 | Assistant Examiner | Applications Examiner 6/20/00 |

| ISSUE FEE | JM | Caron D. Veynar | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due | Date Paid | CARON D. VEYNAR PRIMARY EXAMINER GROUP 2900 | Sheets Drwg. 7 | Figs. Drwg. 7 | Print Fig. 1 |
| A30-00 | 9/05/0 | | ISSUE BATCH NUMBER Y75 | | |
| Label Area | | Primary Examiner | | | |
| | | PREPARED FOR ISSUE | | | |

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-450 (Rev. 7/92)

**DESIGN**

|||||||||||||||||||||||
29 120985

jc542 U.S. PT
**29/120985**
||||||||||||||||||||||
03/28/00

APPROVED FOR LICENSE ☐

INITIALS _APR 13002_

| Date Entered or Counted | CONTENTS | Date Received or Mailed |
|---|---|---|

7

| | 1. Application _____ papers. | |
| 6/19= | 2. Examiners Amendment a | 6/20/00 |
| | 3. Notice Allowance | 6/20/00 |
| 9/29/00 | 4. FORMAL DRWGS (7sht) | 9/25/00 |
| | 5. | |
| | 6. | |
| | 7. | |
| | 8. | |
| | 9. | |
| | 10. | |
| | 11. | |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/03/2000 YGIZAW    00000144 29120985
01 FC:106                      310.00 OP

PTO-1556
  (5/87)
*U.S. GPO: 1999-459-082/19144

file:///c:/APPS/preexam/correspondence/1.htm

**Bib Data Sheet**

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address:  COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER 29/120,985 | FILING DATE 03/28/2000 RULE _ | CLASS ~~D11~~ D7 | GROUP ART UNIT 2900 | ATTORNEY DOCKET NO. 95372-9174-00 |
|---|---|---|---|---|

**APPLICANTS**

William C. Dobson, West Bend, WI ;
Scott T. Pollnow, West Bend, WI ;

** CONTINUING DATA ************************* *con*

THIS APPLICATION IS A CON OF 29/097,446 12/07/1998    D425,360

** FOREIGN APPLICATIONS ******************** *none con*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
** 04/25/2000

| Foreign Priority claimed ☐ yes ☑ no | STATE OR COUNTRY WI | SHEETS DRAWING 7 | TOTAL CLAIMS 1 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged  *Caron D. Vernan*  Examiner's Signature        Initials | | | | |

**ADDRESS**

Gerald L Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee ,WI 53202

**TITLE**

Cooker

| FILING FEE RECEIVED 310 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |



03-29-00

A/DES

| DESIGN PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 953/2-9174-00 |
|---|---|---|
| | First Named Inventor | |
| | William C. Dobson | |
| | Express Mail Label No. | EL402998347US |

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C. 20231

Sir:

    Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

    William C. Dobson
    1941 Frontier Court
    West Bend, WI 53095

    Scott T. Pollnow
    1608 Beverly Lane
    West Bend, WI 53090

and including the following documents:

    Specification including Claims - 1 page
    Drawings - 7 sheets
    Declaration and Power of Attorney
    Assignment to Premark WB Holdings, Inc.
    Check No. 104440 in the amount of $310

    This patent application is a continuation of pending Application No. 29/097,446.

    The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

Please address all correspondence to:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

Respectfully submitted,

Gerald L. Fellows
Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF



03-29-00

A/DES

| **DESIGN PATENT APPLICATION TRANSMITTAL** | *Attorney Docket No.* | 95372-9174-00 |
|---|---|---|
| | *First Named Inventor* | |
| | William C. Dobson | |
| | *Express Mail Label No.* | EL402998347US |

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C. 20231

Sir:

Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

William C. Dobson
1941 Frontier Court
West Bend, WI 53095

Scott T. Pollnow
1608 Beverly Lane
West Bend, WI 53090

and including the following documents:

Specification including Claims - 1 page
Drawings - 7 sheets
Declaration and Power of Attorney
Assignment to Premark WB Holdings, Inc.
Check No. 104440 in the amount of $310

This patent application is a continuation of pending Application No. 29/097,446.

The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

Please address all correspondence to:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

Respectfully submitted,

_____
Gerald L. Fellows
Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF

**PATENT**

**Attorney Docket No. <u>95372-9174</u>**

I hereby certify that this paper or fee is being deposited with the United States Postal Service as Express Mail No. <u>EL402998347US</u> in an envelope addressed to: Box Patent Applications, Assistant Commissioner for Patents, Washington, D.C. 20231 on <u>March 28, 2000</u>.

Michael Best & Friedrich LLP

Date: <u>March 28, 2000</u>

Ellen R. Webb

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## SPECIFICATION AND CLAIM OF DESIGN PATENT APPLICATION

(a)    We, <u>William C. Dobson and Scott T. Pollnow</u>

have invented a design for a <u>COOKER</u>

(b)    A description of each of the figures is as follows:

FIG. 1 is a perspective view of a COOKER constructed in accordance with one preferred embodiment of the invention;

FIG. 2 is an elevation view of the front of the COOKER shown in FIG. 1;

FIG. 3 is an elevation view of the rear of the COOKER shown in FIGS. 1 and 2;

FIG. 4 is an elevation view of the right of the COOKER shown in FIGS. 1, 2 and 3;

FIG. 5 is an elevation view of the left of the COOKER shown in FIGS. 1, 2, 3 and 4;

FIG. 6 is a top plan view of the COOKER shown in FIGS. 1, 2, 3, 4 and 5;

FIG. 7 is a bottom plan view of the COOKER shown in FIGS. 1, 2, 3, 4, 5 and 6.

We claim:

The ornamental design for a COOKER as shown and described.

Application/Control Number: 29/120,985                                    Page 2

Art Unit: 2913

1.      An examiner's amendment to the record appears below.  Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312.

To ensure consideration of such an amendment, it MUST be submitted no later than the payment

of the issue fee.

2.      The drawings are objected to by the examiner for poor line quality in Figs. 1 - 7.  The lines

are rough, blurred and not a uniform thickness.

        Corrected formal drawings are now required.

3.      Since the applicant considers this application a continuation application the following

statement has been entered before the figure descriptions:

        ⮌ This application is a continuation of application number 29/097,446, filed

12/7/1998, Patent No. D425,360. ⮌

4.      In view of the broken lines the following statement has been added after the figure

descriptions:  --The broken line showings in Figs. 1 - 7 are for illustrative purposes only and form

no part of the claimed design. ⮌

5.      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Ms. Caron Veynar, whose telephone number is (703) 305-3162.  the
examiner can normally be reached on Monday - Thursday from 6:30AM to 4:00PM.  The
examiner can also be reached on alternate Fridays.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Ms. Doris Coles, can be reached at (703) 305-3107.  The FAX phone number for this group is
(703) 308-2742.

## Declaration and Power of Attorney For Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on an ornamental design for a "COOKER" (Attorney Docket No. 95372/9059), the specification of which was filed on December 7, 1998, and bears serial No. 29/097,446.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claim.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

And I hereby appoint JOSEPH A. GEMIGNANI, (Reg. No. 19,482), ROBERT E. CLEMENCY (Reg. No. 19,287), DAVID B. SMITH (Reg. No. 27,595), GLENN A. BUSE (Reg. No. 24,217), FRED WIVIOTT (Reg. No. 19,158), DAVID R. PRICE (Reg. No. 31,557), BAYARD H. MICHAEL (Reg. No. 15,974), CASIMIR F. LASKA (Reg. No. 30,862), DAVID L. DEBRUIN (Reg. No. 35,489), TIMOTHY M. KELLEY (Reg. No. 34,201), BILLIE JEAN STRANDT (Reg. No. 36,940), THOMAS A. MILLER (Reg. No. 36,871), KEVIN P. MORAN (Reg. No. 37,193), GERALD L. FELLOWS (Reg. 36,133), EDWARD R. LAWSON (Reg. No. 41,931), JAMES A. COLLINS (Reg. No. P-43,557), DANIEL S. JONES (Reg. No. 42,697), ANDREW R. PERET (Reg. No. 41,246), RANDALL W. FIELDHACK (Reg. No. P-43,611), CHRISTOPHER B. AUSTIN (Reg. No. 41,592), GRADY J. FRENCHICK (Reg. No. 29,018), TERESA J. WELCH (Reg. No. 33,049), LINDA BLAIR MEIER (Reg. No. 39,769), PAUL F. DONOVAN (Reg. No. 39,962) and KAREN B. KING (Reg. No. 41,898), Michael Best & Friedrich LLP; and ROBERT S. BEISER (Reg. No. 28,687) and WITOLD Z. ZIARNO (Reg. No. 39,888), Michael Best & Friedrich (Illinois), and each or any of them, my attorneys or agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

ADDRESS ALL COMMUNICATIONS IN OR PERTAINING TO THIS APPLICATION TO:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

11-Mar-99  10:54am  From-MICHAEL                    +4142770656        T-742  P.03/05  F-364

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of first joint inventor:  William C. Dobson

Inventor's signature  _William C. Dobson_      _3/11/99_
                                                    Date

Residence:              West Bend, WI
Citizenship:            United States
Post Office Address:    1941 Frontier Court
                        West Bend, WI 53095

Full name of second joint inventor:  Scott T. Pollnow

Inventor's signature  _____  _____
                                                    Date

Residence:              West Bend, WI
Citizenship:            United States
Post Office Address:    1608 Beverly Lane
                        West Bend, WI 53090

-2-

<u>Declaration and Power of Attorney For Patent Application</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on an ornamental design for a "COOKER" (Attorney Docket No. 95372/9059), the specification of which was filed on December 7, 1998, and bears serial No. 29/097,446.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claim.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, $1.56(a).

And I hereby appoint JOSEPH A. GEMIGNANI, (Reg. No. 19,482), ROBERT E. CLEMENCY (Reg. No. 19,287), DAVID B. SMITH (Reg. No. 27,595), GLENN A. BUSE (Reg. No. 24,217), FRED WIVIOTT (Reg. No. 19,158), DAVID R. PRICE (Reg. No. 31,557), BAYARD H. MICHAEL (Reg. No. 15,974), CASIMIR F. LASKA (Reg. No. 30,862), DAVID L. DEBRUIN (Reg. No. 35,489), TIMOTHY M. KELLEY (Reg. No. 34,201), BILLIE JEAN STRANDT (Reg. No. 36,940), THOMAS A. MILLER (Reg. No. 36,871), KEVIN P. MORAN (Reg. No. 37,193), GERALD L. FELLOWS (Reg. 36,133), EDWARD R. LAWSON (Reg. No. 41,931), JAMES A. COLLINS (Reg. No. P-43,557), DANIEL S. JONES (Reg. No. 42,697), ANDREW R. PERET (Reg. No. 41,246), RANDALL W. FIELDHACK (Reg. No. P-43,611), CHRISTOPHER B. AUSTIN (Reg. No. 41,592), GRADY J. FRENCHICK (Reg. No. 29,018), TERESA J. WELCH (Reg. No. 33,049), LINDA BLAIR MEIER (Reg. No. 39,769), PAUL F. DONOVAN (Reg. No. 39,962) and KAREN B. KING (Reg. No. 41,898), Michael Best & Friedrich LLP; and ROBERT S. BEISER (Reg. No. 28,687) and WITOLD Z. ZIARNO (Reg. No. 39,888), Michael Best & Friedrich (Illinois), and each or any of them, my attorneys or agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

ADDRESS ALL COMMUNICATIONS IN OR PERTAINING TO THIS APPLICATION TO:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of first joint inventor:  William C. Dobson

Inventor's signature _____    _____
                                                   Date

Residence:              West Bend, WI
Citizenship:            United States
Post Office Address:    1941 Frontier Court
                        West Bend, WI 53095


Full name of second joint inventor:  Scott T. Pollnow

Inventor's signature _____    3/12/99
                                                   Date

Residence:              West Bend, WI
Citizenship:            United States
Post Office Address:    1608 Beverly Lane
                        West Bend, WI 53090

-2-



Fig. 1



Fig. 2



Fig. 3



Fig. 4



*Fig. 5*



Fig. 6



Fig. 7

PRINT OF DRAWINGS
AS ORIGINALLY FIL

29/128985



Fig. 1

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 2

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 3

PRINT OF DRAWINGS
AS ORIGINALLY FIL



*Fig. 4*

# EXHIBIT D - Part 2

T OF DRAWINGS
RIGINALLY FIL



*Fig. 5*

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 6

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 7

C. Veynar 6/19/00
Exs. And+ a

| | Application No. 29/120,985 | Applicant(s) Dobson et al |
|---|---|---|
| **Notice of Allowability** | Examiner Caron D. Veynar | Group Art Unit 2913 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☐ This communication is responsive to _____ .

☒ The allowed claim(s) is/are *the single claim* _____ .

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None  of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____ .

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE **THREE MONTHS** FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    ☒ including changes required by the attached Examiner's Amendment/Comment.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.**

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    ☒ Notice of References Cited, PTO-892

    ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

    ☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

    ☐ Notice of Informal Patent Application, PTO-152

    ☐ Interview Summary, PTO-413

    ☒ Examiner's Amendment/Comment

    ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

    ☐ Examiner's Statement of Reasons for Allowance

# THE FOLLOWING WAS FOUND
# TO BE MISSING FROM THE
# OFFICIAL PTO FILE HISTORY

Page 2 of Paper 2

Application/Control Number: 29/120,985                    Page 3

Art Unit: 2913


     Any inquiry of a general nature or relating to the status of this application should be
directed to the Group receptionist whose telephone number is (703) 305-3290.


C.D. Veynar
June 19, 2000

**CARON D. VEYNAR**
**PRIMARY EXAMINER**
**GROUP 2900**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Notice of References Cited** | | **Application No.**<br>29/120,985 | **Applicant(s)**<br>Dobson et al | | | | |
| | | **Examiner**<br>Caron D. Veynar | | **Group Art Unit**<br>2913 | | **Page 1 of 1** | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| x | A | D199747 | 12/1964 | Farber | D7 | 354 |
| x | B | D248363 | 7/1978 | Rinaldi | D7 | 354 |
| x | C | D253574 | 12/1979 | Anderson, Jr. | D7 | 356 |
| x | D | D254355 | 3/1980 | Ottier | D7 | 545 |
| x | E | D275925 | 10/1984 | Bowen et al | D7 | 357 |
| x | F | D284257 | 6/1986 | Greb et al | D7 | 355 |
| x | G | D366592 | 1/1996 | Cesaroni et al | D7 | 360 |
| x | H | D416434 | 11/1999 | Pollnow | D7 | 360 |
| x | I | D420246 | 2/2000 | Alonge et al | D7 | 360 |
| x | J | D420247 | 2/2000 | Kaney et al | D7 | 360 |
| x | K | D425360 | 5/2000 | Dobson et al | D7 | 360 |
| x | L | D153894 | 5/1949 | Mortrude | D7 | 354 |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

*A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

NM12/0620

Gerald L Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee WI 53202

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 29/120,585 | 03/28/00 | 001 | VEYNAR, C | 2913 | 06/20/00 |

| First Named Applicant | DOBSON, | 35 USC 154(b) term ext. = 0 Days. |
|---|---|---|

TITLE OF INVENTION  COOKER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| G  95372-9174-0 | D07-354.000 | Y75 | DESIGN | NO | $430.00 | 09/20/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

A. If the status is changed, pay twics the amount of the
FEE DUE shown above and notify the Patent and
Trademark Office of the change in status, or
B. If the status is the same, pay the FEE DUE shown
above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with,
payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal
should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
**maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance**
**fees when due.**

**PATENT AND TRADEMARK OFFICE COPY**
PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

*U.S. GPO: 1999-454-457/24601

Batch Y75

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Group Art Unit 2913

In re Patent Application of:

William C. Dobson, et al.

Serial No.: 29/120,985

Filed: March 28, 2000

Examiner: C. Veynar

Title: "COOKER"

I, Ellen Webb, hereby certify that this correspondence is being deposited with the US Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231, on the date of my signature.


Signature

September 19, 2000
Date of Signature

SEP 2 5 2000

## SUBMISSION OF FORMAL DRAWINGS

Box Issue Fee
Assistant Commissioner for Patents
ATTENTION:  Official Draftsperson
Washington, D.C. 20231

Sir:

      Enclosed for filing are the formal drawings for the above-identified application.  Entry of the enclosed drawings is respectfully requested.

Respectfully submitted,

Christopher B. Austin
Reg. No. 41,592

File No. 95372-9174-00

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560



**D434266**



*Fig. 1*



Fig. 2

| APPROVED | O.G. FIG. | |
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |



Fig. 3

| APPROVED | O.G. FIG. | |
|----------|-----------|----------|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |



*Fig. 4*

| APPROVED | O.G. FIG. | |
|---|---|---|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |



*Fig. 5*

| APPROVED BY DRAFTSMAN | O.G. FIG. | |
|---|---|---|
| | CLASS | SUBCLASS |



Fig. 6

| APPROVED | O.G. FIG. | |
|----------|-----------|---------|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |



Fig. 7

**PART B—ISSUE FEE TRANSMITTAL**

2907

Complete and mail this form, together with app̶ ̶ble fees, to:    **Box ISSUE FEE**
**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

*MAILING INSTRUCTIONS:* This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

NM12/0620

Gerald L Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee WI 53202

SEP 25 2000

Ellen R. Webb _____ (Depositor's name)

_Ellen R. Webb_ _____ (Signature)

September 19, 2000 _____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 29/120,985 | 03/28/00 | 001 | VEYNAR, C        2913 | 06/20/00 |

First Named Applicant    DOBSON,    35 USC 154(b) term ext. =    0 Days.

TITLE OF INVENTION    COOKER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0  95372-9174-0 | D07-354.000 | Y75 | DESIGN | NO | $430.00 | 09/20/00 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Michael Best & Friedrich LLP

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a subsititue for filing an assignment.

(A) NAME OF ASSIGNEE
        Premark WB Holdings, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)
        Wilmington, DE

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee
☐ Advance Order - # of Copies _____

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER _____ 13-3080
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) Christopher B. Austin    (Date)  9/19/00

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement:* This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

9/26/2000 NBERNE1 0000045 29120985
01 FC:143    430.00 OP

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

## CODE SHEET FOR CONTINUING DATA

| Line | Code | Serial No. | Filing Date | Status | Document No. | Issue Date |
|------|------|-----------|-------------|--------|--------------|------------|
| 104 | 71 | 29/097,446 | 12/7/98 | 01 | D 425,360 | |
| 105 | | | | | | |
| 106 | | | | | | |
| 107 | | | | | | |
| 108 | | | | | | |
| 109 | | | | | | |
| 110 | | | | | | |
| 111 | | | | | | |
| 112 | | | | | | |
| 113 | | | | | | |
| 114 | | | | | | |
| 115 | | | | | | |
| 116 | | | | | | |
| 117 | | | | | | |

### Condition and Status Codes for Continuing Data

CONDITION CODE

| | |
|---|---|
| 71 | Continuation of application No. |
| 81 | which is a continuation of application No. |
| 91 | and a continuation of application No. |
| 72 | Continuation-in-part of application No. |
| 82 | which is a continuation-in-part of application No. |
| 75 | and a continuation-in-part of application No. |
| 74 | Division of application No. |
| 84 | which is a division of application No. |
| 76 | and a division of application No. |
| 86 | , said application No. |
| 89 | Application No. |
| 90 | and application No. |
| 92 | each |
| 65 | filed as application No. |
| 66 | Substitute for application No. |
| 68 | Provisional application No. |

STATUS CODE

| | |
|---|---|
| 01 | Patent No. |
| 03 | abandoned |
| 04 | SIR No. |

NOTE I:   When the codes 86 and 92 are used, they must be followed by 81, 82 or 84 -- conditions beginning with "which is"

NOTE II:  Codes 71, 72 and 74 may be used only on the first line; one of them must be used on the first line in regular
continuing data. 66 or 68 may be used on the first line in Substitute or Provisional cases. Remember, however,
that if there is a Provisional and other continuing data, the Provisional is always listed last.

Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | 71868 | 4-8-00 |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| D7 | 354-361 545 | | |
| 99 | 324 325 340 347 403,410,411, 413 419 | 6/5/2000 | COV |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| The Chefs Catalog various dates | | |
| | 6/5/2000 | COV |



| INTERFERENCE SEARCHED | | | |
|-------|------|------|------|
| Class | Sub. | Date | Exmr. |
| D7 | 354 | 6/19/2000 | cov |
|  |  |  |  |
|  |  |  |  |

| EMBODIMENTS FILED |
|-------------------|
| ONE |
|  |
|  |
|  |
|  |

**EXHIBIT E – Part 1**

PATENT NUMBER

**D444664**

D444664

## U.S. DESIGN Patent Application

| | O.I.P.E. | PATENT DATE |
|---|---|---|
| RD | 14 OP8 | JUL 1 0 2001 |
| SCANNED | Q.A. | |

| CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|
| D7 | 354 | 2913 | Veynar |

TITLE OF INVENTION:

**Certificate**
OCT 0 3 2006
**of Correction**

APPLICANT(S):

### ISSUING CLASSIFICATION

| ORIGINAL | | | CROSS REFERENCE(S) | |
|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | |
| D7 | 354 | | | |
| INTERNATIONAL CLASSIFICATION | | | | |
| | 07-02 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | ☐ Continued on Issue Slip Inside File Jacket |

| ☑ TERMINAL DISCLAIMER | DRAWINGS | | | NOTICE OF ALLOWANCE MAILED |
|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | |
| | 7 | 7 | 1 | 2-08-01 |
| ☐ The term of this patent subsequent to ___ (date) has been disclaimed. | (Assistant Examiner) | | (Date) | ISSUE FEE |
| ☑ The term of this patent shall not extend beyond the expiration date of U.S Patent No. D454,266 | CARON D. VEYNAR PRIMARY EXAMINER GROUP 2900 | | | Amount Due: AAO-00   Date Paid: 5/11/01 |
| | Caron D. Veynar 2/7/2001 | | | ISSUE BATCH NUMBER |
| | (Primary Examiner) | | (Date) | 479 |
| ☐ The terminal ___ months of this patent have been disclaimed. | Olivia Williams 2/10-01 | | | |
| | (Legal Instruments Examiner) | | (Date) | |

WARNING:
This information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-450
(Rev. 6/99)

(FACE)

**DESIGN**

||||||||||||||||||||
29 120882

JCS42 U.S. PTO
29/120882
03/28/00

APPROVED FOR LICENSE ☐
INITIALS

APR 13 0029

| Date Entered or Counted | CONTENTS | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|
| | 1. Application papers. | |
| 9/11 | 2. Herman | 9.11.00 |
| 12-19 | 3. Amdt a w/swp c/g mail 12-11-00 | 12-14-00 |
| | 4. Terminal Disct | 12-14-00 |
| 2/8 ≡ | 5. Notice Allowability | 02-08-01 |
| | 6. Notice Allowance | 02-08-01 |
| | 7. | 8/15/05 |
| | 8. Directors Report | 10/7/05 |
| | 9. Denied | 3/15/06 |
| | 10. Re Consideration for Cof C | |
| | 11. Approved | 8-21-06 |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

(LEFT OUTSIDE)

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/03/2000 YGIZAW   00000041 29120882
01 FC:106                    310.00 OP

PTO-1556
  (5/87)
*U.S. GPO: 1999-459-082/19144

file:///c:/APPS/preexam/correspondence/1.htm

**Bib Data Sheet**

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER 29/120,882 | FILING DATE 03/28/2000 RULE _ | CLASS D07 D7 | GROUP ART UNIT 2900 | ATTORNEY DOCKET NO. 95372-9176-00 |
|---|---|---|---|---|

**APPLICANTS**

William C. Dobson, West Bend, WI ;
Scott T. Pollnow, West Bend, WI ;

** CONTINUING DATA *************************  none crv

** FOREIGN APPLICATIONS ****************** none crv

IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
** 05/04/2000

| Foreign Priority claimed ☐ yes ☑ no  | STATE OR COUNTRY WI | SHEETS DRAWING 7 | TOTAL CLAIMS 1 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged     Examiner's Signature      Initials | | | | |

**ADDRESS**

Gerald L Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee ,WI 53202

**TITLE**

Cooker

| FILING FEE RECEIVED 310 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |

5/4/00 8:17 AM

03-28-00

| DESIGN PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 95372-9176-00 |
|---|---|---|
| | *First Named Inventor* | |
| | William C. Dobson | |
| | Express Mail Label No. | EL402998364US |

A/DE

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C.  20231

Sir:

Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

William C. Dobson
1941 Frontier Court
West Bend, WI 53095

Scott T. Pollnow
1608 Beverly Lane
West Bend, WI 53090

and including the following documents:

Specification including Claims - 1 page
Drawings - 7 sheets
Declaration and Power of Attorney
Assignment to Premark WB Holdings, Inc.
Check No. 104443 in the amount of $310

This patent application is a continuation of pending Application No. 29/097,446.

The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

Please address all correspondence to:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

Respectfully submitted,

Gerald L. Fellows
Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF

**PATENT**

Attorney Docket No. <u>95372-9176</u>

I hereby certify that this paper or fee is being deposited with the United States Postal Service as Express Mail No. <u>EL402998364US</u> in an envelope addressed to:  Box Patent Applications, Assistant Commissioner for Patents, Washington, D.C. 20231 on <u>March 28, 2000</u>.

Date: <u>March 28, 2000</u>

Michael Best & Friedrich LLP

Ellen R. Webb

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## SPECIFICATION AND CLAIM OF DESIGN PATENT APPLICATION

    (a)    We,  <u>William C. Dobson and Scott T. Pollnow</u>

have invented a design for a     <u>COOKER</u>

    (b)    A description of each of the figures is as follows:

    FIG. 1 is a perspective view of a COOKER constructed in accordance with one preferred

embodiment of the invention;

    FIG. 2 is an elevation view of the front of the COOKER shown in FIG. 1;

    FIG. 3 is an elevation view of the rear of the COOKER shown in FIGS. 1 and 2;

    FIG. 4 is an elevation view of the right of the COOKER shown in FIGS. 1, 2 and 3;

    FIG. 5 is an elevation view of the left of the COOKER shown in FIGS. 1, 2, 3 and 4;

    FIG. 6 is a top plan view of the COOKER shown in FIGS. 1, 2, 3, 4 and 5;

    FIG. 7 is a bottom plan view of the COOKER shown in FIGS. 1, 2, 3, 4, 5 and 6.

We claim:

    The ornamental design for a COOKER as shown and described.

11-Mar-99  10:53am  From-MICHAEL                           +4142770656            T-742  P.02/05  F-364

## Declaration and Power of Attorney For Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on an ornamental design for a "COOKER" (Attorney Docket No. 95372/9059), the specification of which was filed on December 7, 1998, and bears serial No. 29/097,446.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claim.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

And I hereby appoint JOSEPH A. GEMIGNANI, (Reg. No. 19,482), ROBERT E. CLEMENCY (Reg. No. 19,287), DAVID B. SMITH (Reg. No. 27,595), GLENN A. BUSE (Reg. No. 24,217), FRED WIVIOTT (Reg. No. 19,158), DAVID R. PRICE (Reg. No. 31,557), BAYARD H. MICHAEL (Reg. No. 15,974), CASIMIR F. LASKA (Reg. No. 30,862), DAVID L. DEBRUIN (Reg. No. 35,489), TIMOTHY M. KELLEY (Reg. No. 34,201), BILLIE JEAN STRANDT (Reg. No. 36,940), THOMAS A. MILLER (Reg. No. 36,871), KEVIN P. MORAN (Reg. No. 37,193), GERALD L. FELLOWS (Reg. No. 36,133), EDWARD R. LAWSON (Reg. No. 41,931), JAMES A. COLLINS (Reg. No. P-43,557), DANIEL S. JONES (Reg. No. 42,697), ANDREW R. PERET (Reg. No. 41,246), RANDALL W. FIELDHACK (Reg. No. P-43,611), CHRISTOPHER B. AUSTIN (Reg. No. 41,592), GRADY J. FRENCHICK (Reg. No. 29,018), TERESA J. WELCH (Reg. No. 33,049), LINDA BLAIR MEIER (Reg. No. 39,769), PAUL F. DONOVAN (Reg. No. 39,962) and KAREN B. KING (Reg. No. 41,898), Michael Best & Friedrich LLP; and ROBERT S. BEISER (Reg. No. 28,687) and WITOLD Z. ZIARNO (Reg. No. 39,888), Michael Best & Friedrich (Illinois), and each or any of them, my attorneys or agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

ADDRESS ALL COMMUNICATIONS IN OR PERTAINING TO THIS APPLICATION TO:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of first joint inventor:  William C. Dobson

Inventor's signature _____  3/11/99
                                                     Date

Residence:                West Bend, WI
Citizenship:              United States
Post Office Address:      1941 Frontier Court
                          West Bend, WI 53095


Full name of second joint inventor:  Scott T. Pollnow

Inventor's signature _____  _____
                                                    Date

Residence:                West Bend, WI
Citizenship:              United States
Post Office Address:      1608 Beverly Lane
                          West Bend, WI 53090

-2-

<u>Declaration and Power of Attorney For Patent Application</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on an ornamental design for a "COOKER" (Attorney Docket No. 95372/9059), the specification of which was filed on December 7, 1998, and bears serial No. 29/097,446.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claim.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

And I hereby appoint JOSEPH A. GEMIGNANI, (Reg. No. 19,482), ROBERT E. CLEMENCY (Reg. No. 19,287), DAVID B. SMITH (Reg. No. 27,595), GLENN A. BUSE (Reg. No. 24,217), FRED WIVIOTT (Reg. No. 19,158), DAVID R. PRICE (Reg. No. 31,557), BAYARD H. MICHAEL (Reg. No. 15,974), CASIMIR F. LASKA (Reg. No. 30,862), DAVID L. DEBRUIN (Reg. No. 35,489), TIMOTHY M. KELLEY (Reg. No. 34,201), BILLIE JEAN STRANDT (Reg. No. 36,940), THOMAS A. MILLER (Reg. No. 36,871), KEVIN P. MORAN (Reg. No. 37,193), GERALD L. FELLOWS (Reg. No. 36,133), EDWARD R. LAWSON (Reg. No. 41,931), JAMES A. COLLINS (Reg. No. P-43,557), DANIEL S. JONES (Reg. No. 42,697), ANDREW R. PERET (Reg. No. 41,246), RANDALL W. FIELDHACK (Reg. No. P-43,611), CHRISTOPHER B. AUSTIN (Reg. No. 41,592), GRADY J. FRENCHICK (Reg. No. 29,018), TERESA J. WELCH (Reg. No. 33,049), LINDA BLAIR MEIER (Reg. No. 39,769), PAUL F. DONOVAN (Reg. No. 39,962) and KAREN B. KING (Reg. No. 41,898), Michael Best & Friedrich LLP; and ROBERT S. BEISER (Reg. No. 28,687) and WITOLD Z. ZIARNO (Reg. No. 39,888), Michael Best & Friedrich (Illinois), and each or any of them, my attorneys or agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

ADDRESS ALL COMMUNICATIONS IN OR PERTAINING TO THIS APPLICATION TO:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of first joint inventor:  William C. Dobson

Inventor's signature _____     _____
                                                                              Date

Residence:            West Bend, WI
Citizenship:          United States
Post Office Address:  1941 Frontier Court
                      West Bend, WI 53095


Full name of second joint inventor:  Scott T. Pollnow

Inventor's signature _____     3/12/99
                                                                              Date

Residence:            West Bend, WI
Citizenship:          United States
Post Office Address:  1608 Beverly Lane
                      West Bend, WI 53090

-2-



| **DESIG. PATENT APPLICATION TRANSMITTAL** | *Attorney Docket No.* | 5___72-9176-00 |
|---|---|---|
| | *First Named Inventor* | |
| | William C. Dobson | |
| | *Express Mail Label No.* | EL402998364US |

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C. 20231

Sir:

    Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

    William C. Dobson
    1941 Frontier Court
    West Bend, WI 53095

    Scott T. Pollnow
    1608 Beverly Lane
    West Bend, WI 53090

and including the following documents:

    Specification including Claims - 1 page
    Drawings - 7 sheets
    Declaration and Power of Attorney
    Assignment to Premark WB Holdings, Inc.
    Check No. 104443 in the amount of $310

    This patent application is a continuation of pending Application No. 29/097,446.

    The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

Please address all correspondence to:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

Respectfully submitted,

Gerald L. Fellows
Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF

11-Mar-99  10:54am  From-MICHAEL Best                    +4142770656            T-742  P.04/05  F-364

A S S I G N M E N T

For and in consideration of the sum of One Dollar

($1.00) to us:

        William C. Dobson
        1941 Frontier Court
        West Bend WI 53095

        Scott T. Pollnow
        1608 Beverly Lane
        West Bend, WI 53090

paid by Premark WB Holdings, Inc. (hereafter "Assignee"), a

Delaware corporation having its principal place of business

at:

        300 Delaware Avenue
        Wilmington, DE 19801

and for other valuable and sufficient consideration, receipt

whereof is hereby acknowledged, we hereby sell, assign and

convey, unto Assignee, its successors and assigns, our entire

right, title and interest –

        (1)  in and to an ornamental design entitled

"COOKER" for which we have executed United States Design

Patent Application Serial No. 29/097,446, filed December 7,

1998 (hereafter "the Application");

        (2)  in and to the Application, in and to all other

corresponding patent applications including divisional,

continuation, continuation-in-part and reissue applications,

and in and to the patent or patents to be granted therefrom,

including reissues thereof;

        (3)  in and to all patent applications corresponding

to the Application filed in countries foreign to the United

States of America, and in and to any and all patents granted

on said applications; and

        (4)  under the International Convention in respect

to the Application, I agree that any patent applications of

any foreign countries which may be filed shall be filed in the

name of Assignee with a claim to priority based on the
Application.

   We hereby agree that we will, upon demand of
Assignee, its successors or assigns, and without further
consideration to us, execute any and all papers that may be
deemed necessary by Assignee, its successors or assigns to a
complete fulfillment of the intent and purposes of this
Assignment.  It is understood that any expense incident to the
execution of such papers shall be paid by Assignee, its
successors and assigns.

   The Commissioner of Patents and Trademarks of the
United States is hereby authorized and requested to issue any
patents issuing from the Application to Assignee.

   Signed at _West Bend Co._____

this __11__ day of __March_____, 1999.

                                   _William C. Dobson___
                                   William C. Dobson


   Signed at _____

this _____ day of _____, 1999.


                                   Scott T. Pollnow_____

A S S I G N M E N T

For and in consideration of the sum of One Dollar
($1.00) to us:

        William C. Dobson
        1941 Frontier Court
        West Bend WI 53095

        Scott T. Pollnow
        1608 Beverly Lane
        West Bend, WI 53090

paid by Premark WB Holdings, Inc. (hereafter "Assignee"), a
Delaware corporation having its principal place of business
at:

        300 Delaware Avenue
        Wilmington, DE 19801

and for other valuable and sufficient consideration, receipt
whereof is hereby acknowledged, we hereby sell, assign and
convey, unto Assignee, its successors and assigns, our entire
right, title and interest -

        (1)  in and to an ornamental design entitled
"COOKER" for which we have executed United States Design
Patent Application Serial No. 29/097,446, filed December 7,
1998 (hereafter "the Application");

        (2)  in and to the Application, in and to all other
corresponding patent applications including divisional,
continuation, continuation-in-part and reissue applications,
and in and to the patent or patents to be granted therefrom,
including reissues thereof;

        (3)  in and to all patent applications corresponding
to the Application filed in countries foreign to the United
States of America, and in and to any and all patents granted
on said applications; and

        (4)  under the International Convention in respect
to the Application, I agree that any patent applications of
any foreign countries which may be filed shall be filed in the

name of Assignee with a claim to priority based on the Application.

We hereby agree that we will, upon demand of Assignee, its successors or assigns, and without further consideration to us, execute any and all papers that may be deemed necessary by Assignee, its successors or assigns to a complete fulfillment of the intent and purposes of this Assignment. It is understood that any expense incident to the execution of such papers shall be paid by Assignee, its successors and assigns.

The Commissioner of Patents and Trademarks of the United States is hereby authorized and requested to issue any patents issuing from the Application to Assignee.

Signed at _____
this _____ day of _____, 1999.


William C. Dobson
_____

Signed at _____
this _12_ day of _March_____, 1999.


Scott T. Pollnow
_____



Fig. 1

**EXHIBIT E – Part 2**



Fig. 2

Fig. 3



*Fig. 4*





*Fig. 5*





Fig. 6



Fig. 7

PRINT OF DRAWINGS
AS ORIGINALLY FII

09/120882





Fig 1

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 2

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 3

**EXHIBIT E – Part 3**

PRINT OF DRAWINGS
AS ORIGINALLY FIL



*Fig. 4*

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 5

PRINT OF DRAWINGS
AS ORIGINALLY FI



Fig. 6

PRINT OF DRAWINGS
AS ORIGINALLY FIL



Fig. 7



**UNITED STATE DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 29/120,882 | 03/28/00 | DOBSON | W | 95372-9176-0 |

```
                              NM12/0911
Gerald L Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee WI 53202
```

| EXAMINER |
|---|
| VEYNAR, C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2913 | 2 |

DATE MAILED:     09/11/00

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No. 29/120,882 | Applicant(s) Dobson et al |
|---|---|---|
| | Examiner Caron D. Veynar | Group Art Unit 2913 |

☐ Responsive to communication(s) filed on _____

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___*THREE*___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _*The single claim*_ is/are pending in the application.

    Of the above, claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) _*The single claim*_ is/are allowed.

☐ Claim(s) _____ is/are rejected.

☐ Claims _____ is/are objected to.

☐ _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☒ The drawing(s) filed on ___*Mar 28, 2000*___ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☒ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None    of the CERTIFIED copies of the priority documents have been

        ☐ received.

        ☐ received in Application No. (Series Code/Serial Number) _____

        ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

**EXHIBIT E – Part 4**

Application/Control Number: 29/120,882                          Page 2

Art Unit: 2913

1.      The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to overcome an actual or provisional rejection based on a non-statutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application.  See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

        The claim is provisionally rejected under the judicially created doctrine of the obviousness-type double patenting of the claim of copending Application Nos. 29/120,985 and 29/120,883. Although the conflicting claims are not identical, they are not patentably distinct from each other because merely disclaiming the bottom line or portion of the cooker and claiming the feet does not change the overall visual appearance and is not patentably distinct over 29/120,883 because merely claiming the feet and disclaiming the knob on the cover, again does not change the overall visual appearance.  This is a provisional obviousness-type double patenting rejection because the conflicting claims have not in fact been patented.

        It is well settled that it is unobviousness in the overall appearance of the claimed design, when compared with the prior art, rather than minute details or small variations in design as appears to be the case here, that constitutes the test of design patentability.  See *In re Frick*, 275

Application/Control Number: 29/120,882

Page 3

Art Unit: 2913

F2d 741, 125 USPQ 191 (CCPA 1960) and *In re Lamb,* 286 F2d 610, 128 USPQ 539 (CCPA 1961).

2.    The drawings are objected to by the Official Draftsman as per the enclosed form PTO-948.  In addition, surface shading should not extend into the broken line disclosure of the bottom portion of the cooker shown in Figs. 1 - 5.

Proposed corrected drawings are now needed.

3.    Immediately after the figure descriptions the following statement must be added:

-- The broken line showings in Figs. 1 - 7 are for illustrative purposes only and form no part of the claimed design. --

4.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Ms. Caron Veynar, whose telephone number is (703) 305-3162.  the examiner can normally be reached on Monday - Thursday from 6:30AM to 4:00PM.  The examiner can also be reached on alternate Fridays.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Ms. Doris Coles, can be reached at (703) 305-3107.  The FAX phone number for this group is (703) 308-2742.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-3290.

*Caron D. Veynar*

**CARON D. VEYNAR**
**PRIMARY EXAMINER**
**GROUP 2900**

C.D.Veynar
September 10, 2000

# EXHIBIT E – Part 5

FORM PTO 948 (REV. 01-97)   U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office   Application No. *29/120,882*

# NOTICE OF DRAFTPERSON'S
# PATENT DRAWING REVIEW

The drawing filed (insert date) *3-28-00* are:

A. _____ ✓ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. _____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawing are not acceptable until petition is granted.
   Fig.(s)_____
   _____ Pencil and non black ink is not permitted. Fig(s)_____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   _____ Photographs are not acceptable until petition is granted.
   _____ 3 full-tone sets are required. Fig(s)_____
   _____ Photographs not properly mounted (must bristol board or photographic double-weight paper). Fig(s)_____
   _____ Poor quality (half-tone). Fig(s)_____

3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white and durable.
   Fig.(s)_____
   _____ Erasures, alterations, overwritings, interlineations, folds, copy machine marks not acceptable. (too thin)
   Fig(s)_____
   _____ Mylar, vellum paper is not acceptable (too thin).
   Fig(s)_____

4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size.
   Sheet(s)_____

5. MARGINS. 37 CFR 18.4(g): Acceptable margins:
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   _____ Margins not acceptable. Fig(s)_____
   _____ Top (T) _____ Left (L)
   _____ Right (R) _____ Bottom (B)

6. VIEWS. CFR 1.84(h)
   REMINDER: Specification may require revision to correspond to drawing changes.
   _____ Views connected by projection lines or lead lines.
   Fig.(s)_____
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   Fig.(s)_____
   _____ Views not labeled separately or properly.
   Fig.(s)_____
   _____ Enlarged view not labeled separately or properly.
   Fig.(s)_____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   Fig.(s)_____
   _____ Sectional designation should be noted with Arabic or Roman numbers. Fig.(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when page is either upright or turned, so that the top becomes the right side, except for graphs. Fig.(s)_____
   _____ Views not on the same plane on drawing sheet. Fig.(s)_____

9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechanism without crowding when drawing is reduced in size to two-thirds in reproduction.
   Fig.(s)_____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    _____ ✓ Lines, numbers & letters not uniformly thick and well defined, clean, durable and black (poor line quality).
    Fig.(s) *1-7*

11. SHADING. 37 CFR 1.84(m)
    _____ Solid black areas pale. Fig.(s)_____
    _____ Solid black shading not permitted. Fig.(s)_____
    _____ Shade lines, pale, rough and blurred. Fig.(s)_____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS. 37 CFR 1.48(p)
    _____ Numbers and reference characters not plain and legible.
    Fig.(s)_____
    _____ Figure legends are poor. Fig.(s) *1-7*
    _____ Numbers and reference characters not oriented in the same direction as the view. 37 CFR 1.84(p)(3) Fig.(s)_____
    _____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)_____
    _____ Numbers, letters and reference characters must be at least .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)_____

13. LEAD LINES. 37 CFR 1.84(q)
    _____ Lead lines cross each other. Fig.(s)_____
    _____ Lead lines missing. Fig.(s)_____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.84(t)
    _____ Sheets not numbered consecutively, and in Arabic numerals beginning with number 1. Fig.(s)_____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    _____ Views not numbered consecutively, and in Arabic numerals, beginning with number 1. Fig.(s)_____

16. CORRECTIONS. 37 CFR 1.84(w)
    _____ Corrections not made from PTO-948 dated_____

17. DESIGN DRAWINGS. 37 CFR 1.152
    _____ Surface shading shown not appropriate. Fig.(s)_____
    _____ Solid black shading not used for color contrast.
    Fig.(s)_____

COMMENTS

REVIEWER _____ JC     DATE *S-7-00*   TELEPHONE NO. *703 305 8430*

ATTACHMENT TO PAPER NO. *2*              *703- 305- 8430*

PTO COPY

**Notice of References Cited**

| Application No. | Applicant(s) |
|---|---|
| 29/120,882 | Dobson et al |

| Examiner | Group Art Unit | |
|---|---|---|
| Caron D. Veynar | 2913 | Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | D104914 | 6/1937 | Coss | D7 | 360 |
| B | D416434 | 11/1999 | Pollnow | D7 | 360 |
| C | D420246 | 2/2000 | Alonge et al | D7 | 360 |
| D | D425360 | 5/2000 | Dobson et al | D7 | 360 |
| E | D429596 | 8/2000 | Hlava et al | D7 | 360 |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

## NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Group Art Unit 2913

RECEIVED
DEC 15 2000
TECH CENTER 1900/2900

In re Patent Application of:

Dobson

Serial No.: 29/120,882

Filed: March 28, 2000

Examiner: Caron D. Veynar

Title: "COOKER"

I, Ellen R. Webb, hereby certify that this correspondence is being deposited with the US Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231, on the date of my signature.

_____
Signature

_____
December 11, 2000
Date of Signature

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Transmitted herewith is an Amendment in the above-identified application.

No additional fees are required.

| | (2) CLAIMS REMAINING AFTER AMENDMENT | | (4) HIGHEST NO. PREVIOUSLY PAID FOR | (5) PRESENT EXTRA | (6) RATE | (7) ADDITIONAL FEE |
|---|---|---|---|---|---|---|
| | | | CLAIMS AS AMENDED | | | |
| TOTAL CLAIMS | | MINUS | | | X $18 | |
| INDEP. CLAIMS | | MINUS | | | | |
| | | | TOTAL ADDITIONAL FEE FOR THIS AMENDMENT ---- | | | |

  * If the entry in Column 2 is less than the entry in Column 4, write "0" in Column 5.
  ** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
  *** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

Please charge or credit Deposit Account No. 13-3080 with any shortage or overpayment of fees.  IN NO EVENT CAN THE ISSUE FEE BE CHARGED TO THE DEPOSIT ACCOUNT.

Respectfully submitted,

Christopher B. Austin
Reg. No. 41,592

File No. 95372-9176

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: William C. Dobson    ) Group Art Unit: 2913
                                            )
Serial No.: 29/120,882                      ) Examiner: Caron D. Veynar
                                            )
Filed: March 28, 2000                       ) Date: December 11, 2000
                                            )
For:   "COOKER"                             ) Attorney Docket No.: 95372-9176-US001

Assistant Commissioner for Patents

Washington, D.C. 20231

Sir:

## AMENDMENT

This Amendment is filed in response to the September 11, 2000 Office Action issued with respect to the above-referenced application, and is filed within the three-month shortened statutory period for response.  Accordingly, no extension of time petition or fees are required for the present Amendment.

## IN THE DRAWINGS:

Entry of formal drawings 1-7 submitted herewith (and the drawing changes described below included therein) is respectfully requested.

## IN THE SPECIFICATION:

On page 1, after line 13:      insert --The broken line showings in FIGS. 1-7 are for illustrative purposes only and form no part of the claimed design.--

## REMARKS

In section 1 of the Office Action, the claim of the present application is provisionally rejected under the judicially created doctrine of obviousness-type double patenting of the claim of copending application nos. 29/120,985 and 29/120,883. The Applicants submit herewith a Terminal Disclaimer in compliance with 37 C.F.R. 1.321(c), and therefore submit that the double patenting rejection is overcome.

With regard to the drawing objections mentioned in section 2 of the Office Action and in form PTO-948, the Applicants also submit herewith formal drawings 1-7 to replace the drawings currently on file in the present application. Enclosed formal drawings 1-7 address the objections raised by the Official Draftsman. In addition, the surface shading shown in FIGS. 1-5 does not extend into the broken line disclosure as requested by the Examiner. Also, FIG. 4 has been corrected to show (in broken lines) all the controls visible from the right side of the cooker. This FIG. 4 amendment is made only to correct an obvious error and adds no new matter to the application as originally filed.

In view of the above amendments and remarks it is submitted that the claim is patentably distinct over the prior art, that the rejection and objections to the claim have been overcome, and that the application is in condition for allowance. Entry of this Amendment is therefore respectfully requested. If any issues remain outstanding following entry of the above claim amendments, the Examiner is invited to contact the undersigned Applicant's Representative at (414) 225-8266 to discuss the claim further.

Respectfully submitted,

BY

Christopher B. Austin
Attorney for Applicant
Registration No. 41,592

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
414-225-8266

2

1/7

D444664



Fig. 1



2/7



Fig. 2

3/7



Fig. 3



4/7



*Fig. 4*



5/7



Fig. 5

6/7



Fig. 6

7/7



Fig. 7



*GP 2900*

**RECEIVED**
DL DEC 15 2000
TECHNOLOGY CENTER 1600/2900

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

GROUP ART UNIT 2913

In re Patent Application of:
Dobson

Serial No.: 29/120,882

Filed:  March 28, 2000

Examiner:  Caron D. Veynar

For: "COOKER"

I, Ellen R. Webb, hereby certify that this
correspondence is being deposited with the
US Postal Service as first class mail in an
envelope addressed to Assistant
Commissioner for Patents, Washington,
D.C. 20231, on the date of my signature.

_____
Signature

_____December 11, 2000_____
Date of Signature

**TRANSMITTAL LETTER**

Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

    Transmitted herewith is a Terminal Disclaimer for the above-titled patent application.

Please charge Deposit Account No. 13-3080 for payment of the required fee.  A duplicate of this

sheet is enclosed.

             Respectfully submitted,

             Christopher B. Austin
             Reg. No. 41,592

File No. 95372/9176
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of: William C. Robson ) Group Art Unit: 2913
)
Serial No.: 29/120,883 ) Examiner: Caron D. Veynar
)
Filed: March 28, 2000 ) Date: December 11, 2000
)
For: "COOKER" ) Attorney Docket No.: 95372-9176-US001

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

## TERMINAL DISCLAIMER

Petitioner, Premark WB Holdings, Inc., is the owner of 100 percent interest in the present application. Petitioner hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the present application which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of United States Design Patent Number 434,266 or a patent granted on United States Design Patent Application Number 29/120,883. Petitioner hereby agrees that any patent so granted on the present application shall be enforceable only for and during such period that it, United States Design Patent Number 434,266, and a patent issuing from United States Design Patent Application Number 29/120,883 are commonly owned. This agreement runs with any patent granted on the present application and is binding upon the grantee, its successors and assigns.

In making the above disclaimer, Petitioner does not disclaim the terminal part of any patent granted on the present application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of United States Design Patent Number 434,266 or a patent granted on United States Design Patent Application Number 29/120,883, in the event that

3

either patent later is held enforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer. For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned (whose title is supplied below) is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Respectfully submitted,

BY

Christopher B. Austin
Attorney for Applicant
Registration No. 41,592

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI  53202
414-271-6560

| | Application No. | Applicant(s) |
|---|---|---|
| ***Notice of Allowability*** | 29/120,882 | DOBSON ET AL. |
| | Examiner | Art Unit |
| | Caron D. Veynar | 2913 |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *14 Dec. 2000*.
2. ☒ The allowed claim(s) is/are *the single claim*.
3. ☒ The drawings filed on *14 December 2000* are acceptable as formal drawings.
4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All    b) ☐ Some*    c) ☐ None   of the:
         1. ☐ Certified copies of the priority documents have been received.
         2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
         3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
             International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .
5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS , OR A SUBSTITUTE OATH OR DECLARATION.** This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached
         1) ☐ hereto or 2) ☐ to Paper No. _____ .
    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.
    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

| | |
|---|---|
| 1☐ Notice of References Cited (PTO-892) | 2☐ Notice of Informal Patent Application (PTO-152) |
| 3☐ Notice of Draftperson's Patent Drawing Review (PTO-948) | 4☐ Interview Summary (PTO-413), Paper No._____ . |
| 5☐ Information Disclosure Statements (PTO-1449), Paper No. _____ . | 6☒ Examiner's Amendment/Comment |
| 7☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8☐ Examiner's Statement of Reasons for Allowance |
| | 9☐ Other . |

**EXHIBIT E – Part 6**

Application/Control Number: 29/120,882                                    Page 2
Art Unit: 2913

1.      An examiner's amendment to the record appears below.  Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

2.      The claim has been reconsidered in view of the amendment and terminal

disclaimer received 14 Dec. 2000, both having been entered.  The provisional rejection

under the judicially created doctrine of the obviousness-type double patenting of the

claim of copending Application Nos. 29/120,985 and 29/120,883 is now withdrawn and

is in condition for allowance.

3.      The corrected drawings received 14 Dec. 2000 have been approved by the

examiner.

4.      Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Ms. Caron Veynar, whose telephone number is (703)
305-3162.  the examiner can normally be reached on Monday - Thursday from 6:30AM
to 4:00PM.  The examiner can also be reached on alternate Fridays.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Ms. Doris Coles, can be reached at (703) 305-3107.  The FAX phone
number for this group is (703) 308-2742.

        Any inquiry of a general nature or relating to the status of this application should
be directed to the Group receptionist whose telephone number is (703) 305-3290.


C.D.Veynar                                            *Caron D. Veynar*
February 7, 2001                                      CARON D. VEYNAR
                                                      PRIMARY EXAMINER
                                                      GROUP 2900

SUBJ____ DECISION ON TERMINAL DISCLAIM___ S INFORMAL FORM

DATE: *1-9-00*                                  APPL. S.N.: *29/120,882*

TO EXAMINER: *C. Veynar*                         ART UNIT: *2913*

MOSE MONTGOMERY ROOM *11E18*          MAILROOM DATE *12-14-00*

AFTER FINAL YES ____ NO ✓ NUMBER OF T.D(S). FILED ✓

INSTRUCTIONS: I have reviewed the submitted T.D. with the results as set forth below. If you agree, please use the appropiate form paragraphs identified by this informal memo in your next office action to notify applicant about the T.D. If you disagree with my analysis or have questions at all about the acceptability of the T.D., please see me or our Special Program Examiner. THIS MEMO IS AN INFORMAL, INTERNAL MEMO ONLY. IT MUST NOT BE MAILED TO APPLICANT, NOR SHOULD A COPY BE LEFT IN FILE.

[✓] The T.D. is PROPER and has been recorded. (See 14.23).

[ ] The T.D. is NOT PROPER and has not been accepted for the reason(s) checked below. (See 14.24).

[ ] The recording fee of $_____ has not been submitted nor is there any pre authorization in the application file to charge to a deposit account. (See 14.26.07)

[ ] Application Examiner has not processed T.D. fee. (See fee authorization).

[ ] The T.D. does not satisfy Rule 321(b)(3) in that the person who has signed the T.D. has not stated his/her interest (and/or the extent of the interest of the business entity represented by the signature) in the application/patent. (See 14.26 and 14.26.01).

[ ] The T.D. lacks the enforceable only during the common ownership clause needed to overcome a double patenting rejection, Rule 321(c). (See 14.27, 14.27.01).

[ ] It is directed to a particular claims(s), which is not acceptable since "the disclaimer must be of a terminal portion of the term of the entire patent to be granted". MPEP 1490. (See 14.26, 14.26.02).

[ ] The person who signed the terminal disclaimer;
      [ ] has failed to state his/her capacity to sign for the business entity, (See 14.28).
      [ ] is not recognized as an officer of the assignee. (See 14.29 and possibly 14.29.01).

[ ] No documentary evidence of a chain of title from the original inventor(s) to assignee has been submitted, nor is the reel and frame specified as to where such evidence is recorded in the office. 37 CFR 3.73(b). (See 1140 O.G. 72). NOTE: This documentary evidence or the specifying of the reel and frame may be found in the T.D. or in a separate paper submitted by applicant. (See 14.30).

[ ] No "statement" specifying that the evidentiary documents have been reviewed and that, to the best of the assignee's knowledge and belief the title is in the assignee seeking to take action. 37 CFR 3.73(b). (See 1140 O.G. 72) (See 14.31).

[ ] The T.D. is not signed. (See 14.26, 14.26.3). or 14.26.03 if TD is not signed by all the owners.

[ ] Attorney not of record in oath/decl. or a seperate paper filed appointing a new or associate attorney. (See 14.29.01).

[ ] The serial number of the application (or the number of the patent) which forms the basis for the double patenting is missing or incorrect. (See 14.32).

[ ] The serial number of this application (or the number of the patent in reexam or reissue case(s) being disclaimed is missing or incorrect. (See 14.26, 14.26.04 or 14.26.05).

[ ] The period disclaimed is incorrect or not specified. (See 14.27, 14.27.2 or 14.27.3)(For Samples 14.27.04 and 14.27.05)

[ ] Other: _____
_____
_____

[ ] Suggestion to request refund of $_____ . (See 14.35, 14.36).

[ ] EXAMINER NOTE: IF APPLICATION IS IN CONDITION FOR ALLOWANCE ANY OF THE ABOVE INFORMALTIES MAY BE FAXED IN TO THE GROUP

## FOR SAMPLE TERMINAL DISCLAIMERS AND CERTIFICATES:

[ ] Sample of a TD over a pending application and assignee Certificate (See 14.37).
[ ] Sample of a TD over a prior patent and assignee Certificate (See 14.38).
[ ] Sample Assignee Certificate under 37 CFR 3.73 (b) (See 14.39)



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

NM12/0208

Gerald I. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee WI 53202

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 29/120,862 | 03/28/00 | 001 | VEYNAR, C | 2913 | 02/08/01 |

First Named Applicant   DOBSON

35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION   COOKER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0   95072-9176-0 | D07-364.000 | Y79 | DESIGN | NO | $440.00 | 05/08/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or.

B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

## PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

PART B—ISSUE FEE TRANSMITTAL

RECEIVED 900

Complete and mail this form, together with a~~~~~ ~~~~ble fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

MAY 1 5 2001

TECH CENTER 1600/2900

MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through ~~~ should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the maintenance advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

NM12/0208

Gerald L Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee WI 53202

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Ellen Webb                                    (Depositor's name)

_____            (Signature)

May 8, 2001                                   (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 29/120,882 | 03/28/00 | 001 | VEYNAR, C | 2913 | 02/08/01 |

| First Named Applicant | DOBSON, | 35 USC 154(b) term ext. = | 0 Days. |
|---|---|---|---|

TITLE OF INVENTION    COOKER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0 95372-9176-0 | D07-354.000 | Y79 | DESIGN | NO | $440.00 | 05/08/01 |

1. Change of correspondence address or indication of " Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Michael Best & Friedrich LLP

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    Premark WB Holdings, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)    Wilmington, DE

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee
☐ Advance Order - # of Copies _____

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER    13-3080
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature)    Christopher B. Austin                    (Date)    5/8/01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

05/14/2001 MFAWAEI1 00000112 29120882

01 FC:143                                    440.00 DP

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE**

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033                    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Group Art Unit 2913

In re

Patent Application of

William C. Dobson, et. al.

Application No. 29/120,882

Confirmation No.: None

Filed: March 28, 2000

Examiner: Caron D. Veynar

U.S. Patent No. D444,664

Issued: July 10, 2001

"COOKER"

I, Nanci A. Musich, hereby certify that this correspondence is being deposited with the US Postal Service as first class mail in an envelope addressed to Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450, on the date of my signature.

_____
Signature

August 11, 2005
Date of Signature

Certificate
AUG 1 9 2005
of Correction

REQUEST FOR CERTIFICATE OF CORRECTION

Commissioner for Patents
ATTN: CERTIFICATE OF CORRECTION BRANCH
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

It is hereby requested that a Certificate of Correction be issued with respect to Patent No. D444,664, granted July 10, 2001, in accordance with the Certificate of Correction form attached hereto in duplicate.

The error listed on the Certificate of Correction form appears to have been incurred through oversight on the part of the U.S. Patent and Trademark Office, as will be disclosed by the records of files in the Office.  The priority application information was recited on the first page of the Design Patent Application Transmittal, a copy of which accompanies this Request.

AUG 1 9 2005

Please charge any fees associated with this communication to Account
No. 13-3080.

Respectfully submitted,

Christopher B. Austin
Reg. No. 41,592

File No. 095511-9078 US (formerly 95372-9176-0)

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, Wisconsin  53202-4108
414.271.6560

X:\clientb\095511\9078\A1268371.1

-2-

AUG 1 9 2005

| DESIGN PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 95372-9176-00 |
|---|---|---|
| | First Named Inventor | |
| | William C. Dobson | |
| | Express Mail Label No. | EL402998364US |

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C. 20231

Sir:

Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

William C. Dobson
1941 Frontier Court
West Bend, WI 53095

Scott T. Pollnow
1608 Beverly Lane
West Bend, WI 53090

and including the following documents:

Specification including Claims - 1 page
Drawings - 7 sheets
Declaration and Power of Attorney
Assignment to Premark WB Holdings, Inc.
Check No. 104443 in the amount of $310

This patent application is a continuation of pending Application No. 29/097,446.

The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

# COPY

AUG 1 9 2005

Please address all correspondence to:        Gerald L. Fellows
                                             Michael Best & Friedrich LLP
                                             100 East Wisconsin Avenue
                                             Milwaukee, WI 53202
                                             (414) 271-6560

                                             Respectfully submitted,


                                             Gerald L. Fellows
                                             Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF

AUG 1 9 2005

PTO/SB/44
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO:          D444,664 S    *29/20882*

DATED               July 10, 2001

INVENTOR(S):        William C. Dobson and Scott T. Pollnow

It is certified that an error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

*title page insert item (63),*

On the ~~line of the patent~~ beneath (22), ~~place insert~~ --Continuation of U.S. Patent Application No. 29/097,446; filed Dec. 7, 1998, now U.S. Patent No. D425,360.--

MAILING ADDRESS OF SENDER:
Christopher B. Austin, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

PATENT NO. D444,664

No. of additional copies
                    1

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

AUG 1 9 2005

**EXHIBIT E – Part 7**

PTO/SB/44
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. :      D444,664

DATED         :      July 10, 2001

INVENTOR(S):      William C. Dobson and Scott T. Pollnow

It is certified that an error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the face of the patent beneath (22), please insert--Continuation of U.S. Patent Application No. 29/097,446; filed Dec. 7, 1998, now U.S. Patent No. D425,360.--

MAILING ADDRESS OF SENDER:
Christopher B. Austin, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI  53202-4108

PATENT NO. D444,664

No. of additional copies
1

AUG 1 9 2005

Burden Hour Statement:  This form is estimated to take 1.0 hour to complete.  Time will vary depending upon the needs of the individual case.  Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

AUG 1 9 2005

SPE RESPONSE FOR CERTIFICATE OF CORRECTION

Paper No.: 8

DATE        : 10|4|05

TO SPE OF  : ART UNIT 2913

SUBJECT    : Request for Certificate of Correction on Patent No.: D 4/4 6064

A response is requested with respect to the accompanying request for a certificate of correction.

Please complete this form and return with file, within 7 days to:
**Certificates of Correction Branch - PK 3-915**
Palm location 7580 - Tel. No. 305-8309

With respect to the change(s) requested, correcting Office and/or Applicant's errors, <u>should the patent read as shown in the certificate of correction</u>? No new matter should be introduced, nor should the scope or meaning of the claims be changed.

Thank You For Your Assistance                    Certificates of Correction Branch

---

**The request for issuing the above-identified correction(s) is hereby:**
Note your decision on the appropriate box.

☐ Approved                    All changes apply.

☐ Approved in Part            Specify below which changes do not apply.

☒ Denied                      State the reasons for denial below.

Comments:

_See the attached letter._

_____

_____

_____

_____

Caron D Veyner                    2913
SPE                              Art Unit

PTOL-306 (REV. 7/03)              U.S. DEPARTMENT OF COMMERCE Patent and Trademark Off

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.          : Des. 444,664 S                              Page 1 of 1
APPLICATION NO.   : 29/120882
DATED                : July 10, 2001
INVENTOR(S)       : William C. Dobson and Scott T. Pollnow

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page insert item (63), beneath (22), --Continuation of U.S. Patent Application No. 29/097,446; filed Dec. 7, 1998, now U.S. Patent No. D425,360.--

Signed and Sealed this

Third Day of October, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

SPE RESPONSE FOR CERTIFICATE OF CORRECTION

Paper No.:20051223

**DATE**        : December 23, 2005

**TO SPE OF** : ART UNIT 2913

**SUBJECT**    : Request for Certificate of Correction on Patent No.: D444664

A response is requested with respect to the accompanying request for a certificate of correction.

Please complete this form and return with file, within **7 days** to:
**Certificates of Correction Branch - PK 3-910**
Palm location **7590** - Tel. No. 305-8201

With respect to the change(s) requested, correcting Office and/or Applicant's errors, <u>should the patent read as shown in the certificate of correction</u>?  No new matter should be introduced, nor should the scope or meaning of the claims be changed.

**Thank You For Your Assistance**            _____
                                            **Certificates of Correction Branch**

---

**The request for issuing the above-identified correction(s) is hereby:**
Note your decision on the appropriate box.

☐ **Approved**                  **All** changes apply.

☐ **Approved in Part**          Specify below which changes **do not** apply.

☒ **Denied**                    State the reasons for denial below.

**Comments:**

See the attached letter.

**SPE:** <u>Caron D. Veynar</u>          **Art Unit** 2913
         C. Veynar

PTOL-306 (Rev. 7/03)

U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

Application/Control Number: 29/120,882                                   Page 2
Art Unit: 2913

The present claim, 29/120,882 is not considered a continuation because claimed design

is a change in scope from application 29/097,446 and not entitled to any continuity.

201.07 [R-3]   Continuation Application

A continuation is a second application for the same invention claimed in a prior

nonprovisional application and filed before the original prior application becomes

abandoned or patented. The continuation application may be filed under 37 CFR

1.53(b) (or 1.53(d) if the application is a design application). The applicant in the

continuation application must include at least one inventor named in the prior

nonprovisional application. The disclosure presented in the continuation must be the

same as that of the original application; i.e., the continuation should not include anything

which would constitute new matter if inserted in the original application. The

continuation application must claim the benefit of the prior nonprovisional application

under 35 U.S.C. 120 or 365(c). >For more information on claiming the benefit of a prior

nonprovisional application, see MPEP § 201.11.

*Caron D Veynar*

CARON D. VEYNAR
SUPERVISORY PATENT EXAMINER



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY OF COMMERCE AND
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

#9
1/2

Date:  February 15, 2006

Patent No.:  Des 444,664
Inventor(s): Dobson et al
Issued: July 10, 2001

For: Cooker

Re:  Request for Certificate of Correction

Consideration has been given your request for the issuance of a certificate of correction in
the above-identified patent under Rule 1.322.

The present claim, 29/120,882 is not considered a continuation because claimed design is
a change in scope from application 29/097,446 and not entitled to any continuity.

In view of the foregoing, your request, in this matter is hereby denied.  Future
correspondence concerning this matter should be filed and directed to Decision &
Certificate of Correction Branch.

FOR Monreal Drleif

Cecelia B. Newman, Supervisor
Decisions & Certificates of
Correction Branch
(703) 305-8309

Christopher B. Austin
Michael Best & Friedrich
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI  53202-4108

<u>DO NOT SCAN!</u>  Please forward case and paper to address shown below.

SPE RESPONSE FOR CERTIFICATE OF CORRECTION

DATE            : July 21, 2006                          Paper No.: 10

TO SPE OF    : ART UNIT  2913

SUBJECT      : Request for Certificate of Correction for Appl. No.: 29/120882  Patent No.: D 444,664

Please respond to this request for a certificate of correction within 7 days.

Please review the requested changes/corrections as shown in the attached certificate of correction.  Please complete this form (see below) and forward it with the file to:

**Certificates of Correction Branch (CofC)**
**South Tower - 9A22**
**Palm Location 7580**

_____
Certificates of Correction Branch
**703-308-9390 ext. _____**

Thank You For Your Assistance

The request for issuing the above-identified correction(s) is hereby:
Note your decision on the appropriate box.

☒ **Approved**                    All changes apply.

☐ **Approved in Part**            Specify below which changes **do not** apply.

☐ **Denied**                      State the reasons for denial below.

Comments: The previous denial, paper #8, ~~was~~ that was given by SPE was in error. Please approve changes in the C of C dated 8/19/2005

_____
Caron D. Veynar
CARON D. VEYNAR
SUPERVISORY PATENT EXAMINER            2913
SPE                                    Art Unit
PTOL-306 (REV. 7/03)
U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | | | |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | VC | 70017 | 5/1/00 |
| RESPONSE FORMALITY REVIEW | | | |

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| D7 | 323 | | |
| | 354-361 | | |
| 99 | 324 | | |
| | 325 | | |
| | 340 | | |
| | 347 | | |
| | 403 | | |
| | 413 | | |
| | 419 | | |
| | 410 | | |
| | 411 | 9/5/2000 | CPV |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| The Chefs Catalog various dates | 9/5/2000 | CPV |

(LEFT INSIDE)


| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| D7 | 354 | 2/7/2001 | COV |
| | | | |
| | | | |
| | | | |

| EMBODIMENTS FILED |
|---|
| ONE |
| |
| |
| |
| |

(RIGHT OUTSIDE)

**EXHIBIT F – Part 1**

JC542 U.S.PTO
29/120383
03/28/10

D7 354
ISSUE CLASSIFICATION Class | Subclass

PATENT NUMBER

**D444993**

D444993

## U.S. **DESIGN** Patent Application

| PD SCANNED | O.I.P.E. | PATENT DATE |
|---|---|---|
| | LA Q.A. | JUL 1 7 2001 |

| CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|
| D7 | 354 | 2913 | Va,NAr, C |

TITLE OF INVENTION:

Certificate

OCT 03 2006

of Correction

APPLICANT(S):

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | |
|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | |
| D7 | 354 | | | |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| | 07-02 | | | |
| | | | | |
| | | | | |
| | | | | |

☐ Continued on Issue Slip Inside File Jacket

| ☑ TERMINAL DISCLAIMER | DRAWINGS | | | NOTICE OF ALLOWANCE MAILED |
|---|---|---|---|---|
| | Sheets Drwg. 7 | Figs. Drwg. 7 | Print Fig. 1 | 2/08/01 |
| ☐ The term of this patent subsequent to _____ (date) has been disclaimed. | (Assistant Examiner) _____ (Date) | | | ISSUE FEE  JM |
| ☑ The term of this patent shall not extend beyond the expiration date of U.S Patent. No. D434266 | CARON D. VEYNAR PRIMARY EXAMINER GROUP 2900 | | | Amount Due 440.00 / Date Paid 5/11/01 |
| | Caron D. Veynar 2/7/2001 (Primary Examiner) (Date) | | | ISSUE BATCH NUMBER |
| ☐ The terminal _____ months of this patent have been disclaimed. | Diane Williams 2/8/01 (Legal Instruments Examiner) (Date) | | | |

WARNING:
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-450
(Rev. 6/99)

(FACE)



**DESIGN**

29120883

JC542 U.S.
29/120883

03/28/00

APPROVED FOR LICENSE ☐
INITIALS

APR **130029**

| Date Entered or Counted | CONTENTS | Date Received (Incl. C. of M.) or Date Mailed |
|---|---|---|
| | 1. Application papers. | |
| 9/11 | 2. Rep 3 mos | 9.11.00 |
| 12-19 | 3. Amdt A w/dwgs | 12-14-00 w/m 12-11-00 |
| | 4. Terminal Disel. | 12-14-00 |
| 2/8= | 5. Notice Allowability | 2/8/01 |
| | 6. Notice Allowance | 2/8/01 |
| | 7. CFR | 8/15/05 |
| | 8. Director's Report | 10/4/05 |
| | 9. Denied | 2/15/06 |
| | 10. Directory Report | 8-21-06 |
| | 11. Approved | 8-21-06 |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

(LEFT OUTSIDE)

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

04/03/2000 YGIZAW   00000042 29120883
01 FC:106                    310.00 OP

PTO-1556
(5/87)

*U.S. GPO: 1999-459-082/19144

file:///c:/APPS/preexam/correspondence/1.htm

Bib Data Sheet

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER 29/120,883 | FILING DATE 03/28/2000 RULE _ | CLASS ~~001~~ D7 | GROUP ART UNIT 2900 | ATTORNEY DOCKET NO. 95372-9175 |
|---|---|---|---|---|

**APPLICANTS**

William C Dobson, West Bend, WI ;
Scott T Pollnow, West Bend, WI ;

** CONTINUING DATA *********************** *none cov* 

** FOREIGN APPLICATIONS ****************** *none cov* 

IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** 05/03/2000

| Foreign Priority claimed ☐ yes ☑ no 35 USC 119 (a-d) conditions ☐ yes ☐ no ☐ Met after met Allowance ✓erified and Acknowledged   *Cuon D. Vayner*   Examiner's Signature          Initials | STATE OR COUNTRY WI | SHEETS DRAWING 7 | TOTAL CLAIMS 1 | INDEPENDENT CLAIMS 1 |
|---|---|---|---|---|

**ADDRESS**

Gearld H Fellows
Michael Best & Freidrich LLP
100 East Wisconson Avenue
Milwaukee ,WI 53202

**TITLE**

Cooker

| | | |
|---|---|---|
| **FILING FEE RECEIVED** 310 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees ☐ 1.16 Fees ( Filing ) ☐ 1.17 Fees ( Processing Ext. of time ) ☐ 1.18 Fees ( Issue ) ☐ Other _____ ☐ Credit |

1 of 1                                                                                                    5/3/00 2:56 PM

03-29-00

| DESIGN PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 95372-9175-00 |
|---|---|---|
| | First Named Inventor | |
| | William C. Dobson | |
| | Express Mail Label No. | EL402998355US |

A/DES

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C. 20231

Sir:

     Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

     William C. Dobson
     1941 Frontier Court
     West Bend, WI 53095

     Scott T. Pollnow
     1608 Beverly Lane
     West Bend, WI 53090

and including the following documents:

     Specification including Claims - 1 page
     Drawings - 7 sheets
     Declaration and Power of Attorney
     Assignment to Premark WB Holdings, Inc.
     Check No. 104441 in the amount of $310

     This patent application is a continuation of pending Application No. 29/097,446.

     The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

Please address all correspondence to:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

Respectfully submitted,

Gerald L. Fellows
Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF

03-27-00

| DESIGN PATENT APPLICATION TRANSMITTAL | Attorney Docket No. | 95    75-00 |
|---|---|---|
| | First Named Inventor | |
| | William C. Dobson | |
| | Express Mail Label No. | EL402998355US |

(D)

A/DES

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C. 20231

Sir:

     Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

     William C. Dobson
     1941 Frontier Court
     West Bend, WI 53095

     Scott T. Pollnow
     1608 Beverly Lane
     West Bend, WI 53090

and including the following documents:

     Specification including Claims - 1 page
     Drawings - 7 sheets
     Declaration and Power of Attorney
     Assignment to Premark WB Holdings, Inc.
     Check No. 104441 in the amount of $310

     This patent application is a continuation of pending Application No. 29/097,446.

     The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

Please address all correspondence to:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

Respectfully submitted,

Gerald L. Fellows
Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF

PATENT

Attorney Docket No. <u>95372-9175</u>

I hereby certify that this paper or fee is being deposited with the United States Postal Service as Express Mail No. <u>EL402998355US</u> in an envelope addressed to:  Box Patent Applications, Assistant Commissioner for Patents, Washington, D.C. 20231 on <u>March 28, 2000</u>.

Michael Best & Friedrich LLP

Date: <u>March 28, 2000</u>

Ellen R. Webb

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### SPECIFICATION AND CLAIM OF DESIGN PATENT APPLICATION

(a)    We,  <u>William C. Dobson and Scott T. Pollnow</u>

have invented a design for a _____<u>COOKER</u>

(b)    A description of each of the figures is as follows:

FIG. 1 is a perspective view of a COOKER constructed in accordance with one preferred

embodiment of the invention;

FIG. 2 is an elevation view of the front of the COOKER shown in FIG. 1;

FIG. 3 is an elevation view of the rear of the COOKER shown in FIGS. 1 and 2;

FIG. 4 is an elevation view of the right of the COOKER shown in FIGS. 1, 2 and 3;

FIG. 5 is an elevation view of the left of the COOKER shown in FIGS. 1, 2, 3 and 4;

FIG. 6 is a top plan view of the COOKER shown in FIGS. 1, 2, 3, 4 and 5;

FIG. 7 is a bottom plan view of the COOKER shown in FIGS. 1, 2, 3, 4, 5 and 6.

We claim:

The ornamental design for a COOKER as shown and described.

1-Mar-99  10:53am  From-MICHAEL BF                    +4142770656        T-742  P.02/05  F-364

## Declaration and Power of Attorney For Patent Application

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on an ornamental design for a "COOKER" (Attorney Docket No. 95372/9059), the specification of which was filed on December 7, 1998, and bears serial No. 29/097,446.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claim.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

And I hereby appoint JOSEPH A. GEMIGNANI, (Reg. No. 19,482), ROBERT E. CLEMENCY (Reg. No. 19,287), DAVID B. SMITH (Reg. No. 27,595), GLENN A. BUSE (Reg. No. 24,217), FRED WIVIOTT (Reg. No. 19,158), DAVID R. PRICE (Reg. No. 31,557), BAYARD H. MICHAEL (Reg. No. 15,974), CASIMIR F. LASKA (Reg. No. 30,862), DAVID L. DEBRUIN (Reg. No. 35,489), TIMOTHY M. KELLEY (Reg. No. 34,201), BILLIE JEAN STRANDT (Reg. No. 36,940), THOMAS A. MILLER (Reg. No. 36,871), KEVIN P. MORAN (Reg. No. 37,193), GERALD L. FELLOWS (Reg. 36,133), EDWARD R. LAWSON (Reg. No. 41,931), JAMES A. COLLINS (Reg. No. P-43,557), DANIEL S. JONES (Reg. No. 42,697), ANDREW R. PERET (Reg. No. 41,246), RANDALL W. FIELDHACK (Reg. No. P-43,611), CHRISTOPHER B. AUSTIN (Reg. No. 41,592), GRADY J. FRENCHICK (Reg. No. 29,018), TERESA J. WELCH (Reg. No. 33,049), LINDA BLAIR MEIER (Reg. No. 39,769), PAUL F. DONOVAN (Reg. No. 39,962) and KAREN B. KING (Reg. No. 41,898), Michael Best & Friedrich LLP; and ROBERT S. BEISER (Reg. No. 28,687) and WITOLD Z. ZIARNO (Reg. No. 39,888), Michael Best & Friedrich (Illinois), and each or any of them, my attorneys or agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

ADDRESS ALL COMMUNICATIONS IN OR PERTAINING TO THIS APPLICATION TO:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of first joint inventor:  William C. Dobson

Inventor's signature _____William C. Dobson_____  3/11/99
                                                          Date

Residence:                West Bend, WI
Citizenship:              United States
Post Office Address:      1941 Frontier Court
                          West Bend, WI 53095


Full name of second joint inventor:  Scott T. Pollnow

Inventor's signature _____  _____
                                                    Date

Residence:                West Bend, WI
Citizenship:              United States
Post Office Address:      1608 Beverly Lane
                          West Bend, WI 53090

-2-

<u>Declaration a. . Power of Attorney For Pa. .t Application</u>

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am an original, first and joint inventor of the subject matter which is claimed and for which a patent is sought on an ornamental design for a "COOKER" (Attorney Docket No. 95372/9059), the specification of which was filed on December 7, 1998, and bears serial No. 29/097,446.

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claim.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

And I hereby appoint JOSEPH A. GEMIGNANI, (Reg. No. 19,482), ROBERT E. CLEMENCY (Reg. No. 19,287), DAVID B. SMITH (Reg. No. 27,595), GLENN A. BUSE (Reg. No. 24,217), FRED WIVIOTT (Reg. No. 19,158), DAVID R. PRICE (Reg. No. 31,557), BAYARD H. MICHAEL (Reg. No. 15,974), CASIMIR F. LASKA (Reg. No. 30,862), DAVID L. DEBRUIN (Reg. No. 35,489), TIMOTHY M. KELLEY (Reg. No. 34,201), BILLIE JEAN STRANDT (Reg. No. 36,940), THOMAS A. MILLER (Reg. No. 36,871), KEVIN P. MORAN (Reg. No. 37,193), GERALD L. FELLOWS (Reg. No. 36,133), EDWARD R. LAWSON (Reg. No. 41,931), JAMES A. COLLINS (Reg. No. P-43,557), DANIEL S. JONES (Reg. No. 42,697), ANDREW R. PERET (Reg. No. 41,246), RANDALL W. FIELDHACK (Reg. No. P-43,611), CHRISTOPHER B. AUSTIN (Reg. No. 41,592), GRADY J. FRENCHICK (Reg. No. 29,018), TERESA J. WELCH (Reg. No. 33,049), LINDA BLAIR MEIER (Reg. No. 39,769), PAUL F. DONOVAN (Reg. No. 39,962) and KAREN B. KING (Reg. No. 41,898), Michael Best & Friedrich LLP; and ROBERT S. BEISER (Reg. No. 28,687) and WITOLD Z. ZIARNO (Reg. No. 39,888), Michael Best & Friedrich (Illinois), and each or any of them, my attorneys or agents, with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

ADDRESS ALL COMMUNICATIONS IN OR PERTAINING TO THIS APPLICATION TO:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of first joint inventor:  William C. Dobson

Inventor's signature _____    _____
                                                   Date

Residence:            West Bend, WI
Citizenship:          United States
Post Office Address:  1941 Frontier Court
                      West Bend, WI 53095


Full name of second joint inventor:  Scott T. Pollnow

Inventor's signature _____    3/12/99
                                           Date

Residence:            West Bend, WI
Citizenship:          United States
Post Office Address:  1608 Beverly Lane
                      West Bend, WI 53090

-2-

## A S S I G N M E N T

For and in consideration of the sum of One Dollar

($1.00) to us:

        William C. Dobson
        1941 Frontier Court
        West Bend WI 53095

        Scott T. Pollnow
        1608 Beverly Lane
        West Bend, WI 53090

paid by Premark WB Holdings, Inc. (hereafter "Assignee"), a
Delaware corporation having its principal place of business
at:

        300 Delaware Avenue
        Wilmington, DE 19801

and for other valuable and sufficient consideration, receipt
whereof is hereby acknowledged, we hereby sell, assign and
convey, unto Assignee, its successors and assigns, our entire
right, title and interest –

        (1)  in and to an ornamental design entitled
"COOKER" for which we have executed United States Design
Patent Application Serial No. 29/097,446, filed December 7,
1998 (hereafter "the Application");

        (2)  in and to the Application, in and to all other
corresponding patent applications including divisional,
continuation, continuation-in-part and reissue applications,
and in and to the patent or patents to be granted therefrom,
including reissues thereof;

        (3)  in and to all patent applications corresponding
to the Application filed in countries foreign to the United
States of America, and in and to any and all patents granted
on said applications; and

        (4)  under the International Convention in respect
to the Application, I agree that any patent applications of
any foreign countries which may be filed shall be filed in the

11-Mar-99  1...4am   From-MICHAEL BEST                    +4142770656       T-742  P.05/05  F-364

name of Assignee with a claim to priority based on the
Application.

We hereby agree that we will, upon demand of
Assignee, its successors or assigns, and without further
consideration to us, execute any and all papers that may be
deemed necessary by Assignee, its successors or assigns to a
complete fulfillment of the intent and purposes of this
Assignment.  It is understood that any expense incident to the
execution of such papers shall be paid by Assignee, its
successors and assigns.

The Commissioner of Patents and Trademarks of the
United States is hereby authorized and requested to issue any
patents issuing from the Application to Assignee.

Signed at _West Bend Co._____
this __11__ day of _March_____, 1999.

_William C Dobson_____
William C. Dobson

Signed at _____ _____
this _____ day of _____, 1999.

_____
Scott T. Pollnow

-2-

A S S I G N M E N T

For and in consideration of the sum of One Dollar ($1.00) to us:

William C. Dobson
1941 Frontier Court
West Bend WI 53095

Scott T. Pollnow
1608 Beverly Lane
West Bend, WI 53090

paid by Premark WB Holdings, Inc. (hereafter "Assignee"), a Delaware corporation having its principal place of business at:

300 Delaware Avenue
Wilmington, DE 19801

and for other valuable and sufficient consideration, receipt whereof is hereby acknowledged, we hereby sell, assign and convey, unto Assignee, its successors and assigns, our entire right, title and interest —

(1)  in and to an ornamental design entitled "COOKER" for which we have executed United States Design Patent Application Serial No. 29/097,446, filed December 7, 1998 (hereafter "the Application");

(2)  in and to the Application, in and to all other corresponding patent applications including divisional, continuation, continuation-in-part and reissue applications, and in and to the patent or patents to be granted therefrom, including reissues thereof;

(3)  in and to all patent applications corresponding to the Application filed in countries foreign to the United States of America, and in and to any and all patents granted on said applications; and

(4)  under the International Convention in respect to the Application, I agree that any patent applications of any foreign countries which may be filed shall be filed in the

name of Assignee with a claim to priority based on the Application.

We hereby agree that we will, upon demand of Assignee, its successors or assigns, and without further consideration to us, execute any and all papers that may be deemed necessary by Assignee, its successors or assigns to a complete fulfillment of the intent and purposes of this Assignment. It is understood that any expense incident to the execution of such papers shall be paid by Assignee, its successors and assigns.

The Commissioner of Patents and Trademarks of the United States is hereby authorized and requested to issue any patents issuing from the Application to Assignee.

Signed at _____
this _____ day of _____, 1999.


_____
William C. Dobson


Signed at _____
this _12_ day of __March__, 1999.


_____
Scott T. Pollnow

-2-

**EXHIBIT F – Part 2**

Fig. 1



Fig. 2

Fig. 3



*Fig. 4*



*Fig. 5*



Fig. 6

Fig. 7

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED

29/120883



Fig. 2

PRINT OF DRAWINGS
AS ORIGINALLY FILE



Fig. 3

PRINT OF DRAWINGS
AS ORIGINALLY FILED



*Fig. 4*

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 5

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 6



PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 7



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
             Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 29/120,883 | 03/28/00 | DOBSON | W | 95372-9175 |

NM12/0911

Gearld H Fellows
Michael Best & Freidrich LLP
100 East Wisconson Avenue
Milwaukee WI 53202

| EXAMINER |
|---|
| VEYNAR, C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2913 | 2 |

DATE MAILED:
                09/11/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

                                    Commissioner of Patents and Trademarks

| *Office Action Summary* | Application No.<br>29/120,883 | Applicant(s)<br>Dobson et al |
| | Examiner<br>Caron D. Veynar | Group Art Unit<br>2913 |

☐ Responsive to communication(s) filed on _____ .

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___THREE___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

Disposition of Claims

   ☒ Claim(s) *The single claim* _____ is/are pending in the application.

     ☐ Of the above, claim(s) _____ is/are withdrawn from consideration.

   ☐ Claim(s) _____ is/are allowed.

   ☒ Claim(s) *The single claim* _____ is/are rejected.

   ☐ Claim(s) _____ is/are objected to.

   ☐ Claims _____ are subject to restriction or election requirement.

Application Papers

   ☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

   ☒ The drawing(s) filed on ___Mar 28, 2000___ is/are objected to by the Examiner.

   ☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

   ☒ The specification is objected to by the Examiner.

   ☐ The oath or declaration is objected to by the Examiner.

Priority under 35 U.S.C. § 119

   ☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

     ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

       ☐ received.

       ☐ received in Application No. (Series Code/Serial Number) _____ .

       ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     *Certified copies not received: _____

   ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Attachment(s)

   ☒ Notice of References Cited, PTO-892

   ☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

   ☐ Interview Summary, PTO-413

   ☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

   ☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

Application/Control Number: 29/120,883                                                    Page 2

Art Unit: 2913

1.      The nonstatutory double patenting rejection is based on a judicially created doctrine
grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or
improper timewise extension of the "right to exclude" granted by a patent and to prevent possible
harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.
Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686
F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA
1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).
        A timely filed terminal disclaimer in compliance with 37 CFR 1.321© may be used to
overcome an actual or provisional rejection based on a non-statutory double patenting ground
provided the conflicting application or patent is shown to be commonly owned with this
application.  See 37 CFR 1.130(b).
        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal
disclaimer.  A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

        The claim is provisionally rejected under the judicially created doctrine of the obviousness-

type double patenting of the claim of copending Application Nos. 29/120,985 and 29/120,882.

Although the conflicting claims are not identical, they are not patentably distinct from each other

because merely disclaiming the bottom line or portion of the cooker and the knob on the cover

does not change the overall visual appearance and is not patentably distinct over 29/120,882

because merely disclaiming the feet and the knob on the cover, again does not change the overall

visual appearance.  This is a provisional obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.

        It is well settled that it is unobviousness in the overall appearance of the claimed design,

when compared with the prior art, rather than minute details or small variations in design as

appears to be the case here, that constitutes the test of design patentability.  See *In re Frick*, 275

Application/Control Number: 29/120,883                                          Page 3

Art Unit: 2913

F2d 741, 125 USPQ 191 (CCPA 1960) and *In re Lamb,* 286 F2d 610, 128 USPQ 539 (CCPA 1961).

2.      The drawings are objected to by the Official Draftsman as per the enclosed form PTO-

948.  In addition, surface shading should not extend into the broken line disclosure of the bottom

portion of the cooker shown in Figs. 1 - 5.

  Proposed corrected drawings are now needed.

3.      Immediately after the figure descriptions the following statement must be added:

  -- The broken line showings in Figs. 1 - 7 are for illustrative purposes only and

form no part of the claimed design. --

4.      Any inquiry concerning this communication or earlier communications from the examiner
should be directed to Ms. Caron Veynar, whose telephone number is (703) 305-3162.  the
examiner can normally be reached on Monday - Thursday from 6:30AM to 4:00PM.  The
examiner can also be reached on alternate Fridays.

  If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,
Ms. Doris Coles, can be reached at (703) 305-3107.  The FAX phone number for this group is
(703) 308-2742.

  Any inquiry of a general nature or relating to the status of this application should be
directed to the Group receptionist whose telephone number is (703) 305-3290.

C.D.Veynar
September 10, 2000

*Caron D. Veynar*

**CARON D. VEYNAR**
**PRIMARY EXAMINER**
**GROUP 2900**

**EXHIBIT F – Part 3**

FORM PTO 948 (REV. 01-97)     U.S. DEPARTMENT OF COMMERCE-Patent and Trademark Office     Application No. _29/120,883_

# NOTICE OF DRAFTPERSON'S
## PATENT DRAWING REVIEW

The drawing filied (insert date) _3·28·00_ are:

A. _____ not objected to by the Draftperson under 37 CFR 1.84 or 1.152.

B. _____ objected to by the Draftperson under 37 CFR 1.84 or 1.152 as indicated below. The Examiner will require submission of new, corrected drawings when necessary. Corrected drawings must be submitted according to the instructions on the back of this notice.

1. DRAWINGS. 37 CFR 1.84(a): Acceptable categories of drawings:
   Black ink. Color.
   _____ Color drawing are not acceptable until petition is granted.
   Fig.(s)_____
   _____ Pencil and non black ink is not permitted. Fig(s)_____

2. PHOTOGRAPHS. 37 CFR 1.84(b)
   _____ Photographs are not acceptable until petition is granted.
   _____ 3 full-tone sets are required. Fig(s)_____
   _____ Photographs not properly mounted (must brystol board or
   photographic double-weight paper). Fig(s)_____
   _____ Poor quality (half-tone). Fig(s)_____

3. TYPE OF PAPER. 37 CFR 1.84(e)
   _____ Paper not flexible, strong, white and durable.
   Fig.(s)_____
   _____ Erasures, alterations, overwritings, interlineations,
   folds, copy machine marks not acceptable. (too thin)
   Fig.(s)_____
   _____ Mylar, vellum paper is not acceptable (too thin).
   Fig(s)_____

4. SIZE OF PAPER. 37 CFR 1.84(F): Acceptable sizes:
   _____ 21.0 cm by 29.7 cm (DIN size A4)
   _____ 21.6 cm by 27.9 cm (8 1/2 x 11 inches)
   _____ All drawings sheets not the same size.
   Sheet(s)_____

5. MARGINS. 37 CFR 18.4(g): Acceptable margins:
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: A4 Size
   Top 2.5 cm Left 2.5 cm Right 1.5 cm Bottom 1.0 cm
   SIZE: 8 1/2 x 11
   _____ Margins not acceptable. Fig(s)_____
   _____ Top (T) _____ Left (L)
   _____ Right (R) _____ Bottom (B)

6. VIEWS. 37 CFR 1.84(h)
   REMINDER: Specification may require revision to
   correspond to drawing changes.
   _____ Views connected by projection lines or lead lines.
   Fig.(s)_____
   Partial views. 37 CFR 1.84(h)(2)
   _____ Brackets needed to show figure as one entity.
   Fig.(s)_____
   _____ Views not labeled separately or properly.
   Fig.(s)_____
   _____ Enlarged view not labeled separately or properly.
   Fig.(s)_____

7. SECTIONAL VIEWS. 37 CFR 1.84(h)(3)
   _____ Hatching not indicated for sectional portions of an object.
   Fig.(s)_____
   _____ Sectional designation should be noted with Arabic or
   Roman numbers. Fig.(s)_____

8. ARRANGEMENT OF VIEWS. 37 CFR 1.84(i)
   _____ Words do not appear on a horizontal, left-to-right fashion when
   page is either upright or turned, so that the top becomes the right
   side, except for graphs. Fig.(s)_____
   _____ Views not on the same plane on drawing sheet. Fig.(s)_____

9. SCALE. 37 CFR 1.84(k)
   _____ Scale not large enough to show mechansim with crowding
   when drawing is reduced in size to two-thirds in reproduction.
   Fig.(s)_____

10. CHARACTER OF LINES, NUMBERS, & LETTERS. 37 CFR 1.84(l)
    _✓_ Lines, numbers & letters not uniformly thick and well defined,
    clean, durable and black (poor line quality).
    Fig.(s)_1 - 7_

11. SHADING. 37 CFR 1.84(m)
    _____ Solid black areas pale. Fig.(s)_____
    _____ Solid black shading not permitted. Fig.(s)_____
    _____ Shade lines, pale, rough and blurred. Fig.(s)_____

12. NUMBERS, LETTERS, & REFERENCE CHARACTERS.
    37 CFR 1.48(p)
    _____ Numbers and reference characters not plain and legible.
    Fig.(s)_____
    _✓_ Figure legends are poor. Fig.(s) _1 - 7_
    _____ Numbers and reference characters not oriented in the same
    direction as the view. 37 CFR 1.84(p)(3) Fig.(s)_____
    _____ English alphabet not used. 37 CFR 1.84(p)(3) Fig.(s)_____
    _____ Numbers, letters and reference characters must be at least
    .32 cm (1/8 inch) in height. 37 CFR 1.84(p)(3) Fig.(s)_____

13. LEAD LINES. 37 CFR 1.84(q)
    _____ Lead lines cross each other. Fig.(s)_____
    _____ Lead lines missing. Fig.(s)_____

14. NUMBERING OF SHEETS OF DRAWINGS. 37 CFR 1.48(t)
    _____ Sheets not numbered consecutively, and in Atabic numerals
    beginning with number 1. Fig.(s)_____

15. NUMBERING OF VIEWS. 37 CFR 1.84(u)
    _____ Views not numbered consecutively, and in Arabic numerals,
    beginning with number 1. Fig.(s)_____

16. CORRECTIONS. 37 CFR 1.84(w)
    _____ Corrections not made from PTO-948 dated_____

17. DESIGN DRAWINGS. 37 CFR 1.152
    _____ Surface shading shown not appropriate. Fig.(s)_____
    _____ Solid black shading not used for color contrast.
    Fig.(s)_____

COMMENTS

REVIEWER _____JC_____     DATE _5·5·00_ TELEPHONE NO. _703-305-8430_

ATTACHMENT TO PAPER NO. _2_

PTO COPY

703-305-8430

| *Notice of References Cited* | Application No. 29/120,883 | Applicant(s) Dobson et al | | |
|---|---|---|---|---|
| | Examiner Caron D. Veynar | Group Art Unit 2913 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|
| A | D104914 | 6/1937 | Coss | D7 | 360 |
| B | D416434 | 11/1999 | Pollnow | D7 | 360 |
| C | D420246 | 2/2000 | Alonge et al | D7 | 360 |
| D | D425360 | 5/2000 | Dobson et al | D7 | 360 |
| E | D429596 | 8/2000 | Hlava et al | D7 | 360 |
| F | | | | | |
| G | | | | | |
| H | | | | | |
| I | | | | | |
| J | | | | | |
| K | | | | | |
| L | | | | | |
| M | | | | | |

### FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

### NON-PATENT DOCUMENTS

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Group Art Unit 2913

In re Patent Application

Dobson

Serial No.: 29/120,883

Filed: March 28, 2000

Examiner: Caron D. Veynar

Title: "COOKER"

Assistant Commissioner for Patents
Washington, D.C. 20231

I, Ellen R. Webb, hereby certify that this correspondence is being deposited with the US Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231, on the date of my signature.

_____
Signature

_____
December 11, 2000
Date of Signature

Sir:

**Transmitted herewith is an Amendment in the above-identified application.**

**No additional fees are required.**

| | (2) CLAIMS REMAINING AFTER AMENDMENT | | (4) HIGHEST NO. PREVIOUSLY PAID FOR | (5) PRESENT EXTRA | (6) RATE | (7) ADDITIONAL FEE |
|---|---|---|---|---|---|---|
| | | CLAIMS AS AMENDED | | | | |
| TOTAL CLAIMS | | MINUS | | | X $18 | |
| INDEP. CLAIMS | | MINUS | | | | |
| | | | TOTAL ADDITIONAL FEE FOR THIS AMENDMENT ---- | | | |

\* If the entry in Column 2 is less than the entry in Column 4, write "0" in Column 5.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, write "20" in this space.
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, write "3" in this space.

Please charge or credit Deposit Account No. 13-3080 with any shortage or overpayment of fees.  IN NO EVENT CAN THE ISSUE FEE BE CHARGED TO THE DEPOSIT ACCOUNT.

Respectfully submitted,

Christopher B. Austin
Reg. No. 41,592

File No. 95372-9175

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

RECEIVED
DEC 15 2000
TECH CENTER 1600/2900

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of:  William C. Dobson | ) Group Art Unit:  2913 |
| | ) |
| Serial No.: 29/120,883 | ) Examiner:  Caron D. Veynar |
| | ) |
| Filed:  March 28, 2000 | ) Date:  December 11, 2000 |
| | ) |
| For:    "COOKER" | ) Attorney Docket No.:  95372-9175-US001 |

Assistant Commissioner for Patents

Washington, D.C. 20231

Sir:

### AMENDMENT

This Amendment is filed in response to the September 11, 2000 Office Action issued with respect to the above-referenced application, and is filed within the three-month shortened statutory period for response.  Accordingly, no extension of time petition or fees are required for the present Amendment.

### IN THE DRAWINGS:

Entry of formal drawings 1-7 submitted herewith (and the drawing changes described below included therein) is respectfully requested.

### IN THE SPECIFICATION:

On page 1, after line 13:        insert -- The broken line showings in FIGS. 1-7 are for illustrative purposes only and form no part of the claimed design. --

**REMARKS**

In section 1 of the Office Action, the claim of the present application is provisionally rejected under the judicially created doctrine of obviousness-type double patenting of the claim of copending application nos. 29/120,985 and 29/120,882. The Applicants submit herewith a Terminal Disclaimer in compliance with 37 C.F.R. 1.321(c), and therefore submit that the double patenting rejection is overcome.

With regard to the drawing objections mentioned in section 2 of the Office Action and in form PTO-948, the Applicants also submit herewith formal drawings 1-7 to replace the drawings currently on file in the present application. Enclosed formal drawings 1-7 address the objections raised by the Official Draftsman. In addition, the surface shading shown in FIGS. 1-5 does not extend into the broken line disclosure as requested by the Examiner. Also, FIG. 4 has been corrected to show (in broken lines) all the controls visible from the right side of the cooker. This FIG. 4 amendment is made only to correct an obvious error and adds no new matter to the application as originally filed.

In view of the above amendments and remarks it is submitted that the claim is patentably distinct over the prior art, that the rejection and objections to the claim have been overcome, and that the application is in condition for allowance. Entry of this Amendment is therefore respectfully requested. If any issues remain outstanding following entry of the above claim amendments, the Examiner is invited to contact the undersigned Applicant's Representative at (414) 225-8266 to discuss the claim further.

Respectfully submitted,

BY _____

Christopher B. Austin
Attorney for Applicant
Registration No. 41,592

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
414-225-8266

2



1/7

D444993

*Fig. 1*

2/7



Fig 2

3/7



Fig. 3



4/7



Fig. 4

| APPROVED | O.G. FIG. | |
|---|---|---|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |

5/7



Fig. 5

APPROVED | O.G. FIG.
BY | CLASS | SUBCLASS
DRAFTSMAN

6/7



Fig. 6

| APPROVED | O.G. FIG. | |
|----------|-----------|--|
| BY | CLASS | SUBCLASS |
| DRAFTSMAN | | |

7/7



*Fig. 7*

RECEIVED

DEC 1 5 2000

TECH CENTER 2800/2900

THE UNITED STATES PATENT AND TRADEMARK OFFICE

GROUP ART UNIT 2913

In re Patent Application of:
Dobson

Serial No.: 29/120,883

Filed: March 28, 2000

Examiner: Caron D. Veynar

For: "COOKER"

I, Ellen R. Webb, hereby certify that this correspondence is being deposited with the US Postal Service as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231, on the date of my signature.

_____
Signature

_____December 11, 2000_____
Date of Signature

TRANSMITTAL LETTER

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Transmitted herewith is a Terminal Disclaimer for the above-titled patent application.

Please charge Deposit Account No. 13-3080 for payment of the required fee. A duplicate of this sheet is enclosed.

Respectfully submitted,

Christopher B. Austin
Reg. No. 41,592

File No. 95372/9175
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202

RECEIVED

DEC 15 2000

TECH CENTER 1600/2900

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of:  William C. Dobson | ) Group Art Unit:  2913 |
| | ) |
| Serial No.:  29/120,883 | ) Examiner:  Caron D. Veynar |
| | ) |
| Filed:  March 28, 2000 | ) Date:  December 11, 2000 |
| | ) |
| For:  "COOKER" | ) Attorney Docket No.:  95372-9175-US001 |

Assistant Commissioner for Patents

Washington, D.C. 20231

Sir:

### TERMINAL DISCLAIMER

Petitioner, Premark WB Holdings, Inc., is the owner of 100 percent interest in the present application. Petitioner hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the present application which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of United States Design Patent Number 434,266 or a patent granted on United States Design Patent Application Number 29/120,882. Petitioner hereby agrees that any patent so granted on the present application shall be enforceable only for and during such period that it, United States Design Patent Number 434,266, and a patent issuing from United States Design Patent Application Number 29/120,882 are commonly owned. This agreement runs with any patent granted on the present application and is binding upon the grantee, its successors and assigns.

In making the above disclaimer, Petitioner does not disclaim the terminal part of any patent granted on the present application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of United States Design Patent Number 434,266 or a patent granted on United States Design Patent Application Number 29/120,882, in the event that either patent later is held enforceable, is found invalid by a court of competent jurisdiction, is

3

statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer. For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned (whose title is supplied below) is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Respectfully submitted,

BY _____

Christopher B. Austin
Attorney for Applicant
Registration No. 41,592

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
414-271-6560

4

| | Application No. | Applicant(s) | |
|---|---|---|---|
| ***Notice of Allowability*** | 29/120,883 | DOBSON ET AL. | |
| | Examiner | Art Unit | |
| | Caron D. Veynar | 2913 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *14 Dec. 2000*.

2. ☒ The allowed claim(s) is/are *the single claim*.

3. ☒ The drawings filed on *14 December 2000* are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*    c) ☐ None    of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
           International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS , OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).**

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why
    the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached

        1) ☐ hereto  or  2) ☐ to Paper No. ____.

    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings
    should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)                2 ☐ Notice of Informal Patent Application (PTO-152)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)    4 ☐ Interview Summary (PTO-413), Paper No. ____ .

5 ☐ Information Disclosure Statements (PTO-1449), Paper No. ____.    6 ☒ Examiner's Amendment/Comment

7 ☐ Examiner's Comment Regarding Requirement for Deposit    8 ☐ Examiner's Statement of Reasons for Allowance
    of Biological Material                            9 ☐ Other

Application/Control Number: 29/120,883                                Page 2
Art Unit: 2913

1.      An examiner's amendment to the record appears below.  Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312.  To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

2.      The claim has been reconsidered in view of the amendment and terminal

disclaimer received 14 Dec. 2000, both having been entered.  The provisional rejection

under the judicially created doctrine of the obviousness-type double patenting of the

claim of copending Application Nos. 29/120,985 and 29/120,882 is now withdrawn and

is in condition for allowance.

3.      The corrected drawings received 14 Dec. 2000 have been approved by the

examiner.

4.      Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Ms. Caron Veynar, whose telephone number is (703)
305-3162.  the examiner can normally be reached on Monday - Thursday from 6:30AM
to 4:00PM.  The examiner can also be reached on alternate Fridays.

        If attempts to reach the examiner by telephone are unsuccessful, the examiner's
supervisor, Ms. Doris Coles, can be reached at (703) 305-3107.  The FAX phone
number for this group is (703) 308-2742.

        Any inquiry of a general nature or relating to the status of this application should
be directed to the Group receptionist whose telephone number is (703) 305-3290.

C.D.Veynar                                          CARON D. VEYNAR
February 7, 2001                                    PRIMARY EXAMINER
                                                       GROUP 2900

**EXHIBIT F – Part 4**

SUBJ. : DECISION ON TERMINAL DISCLAIM. & INFORMAL FORM

DATE: *1-9-00*

APPL. S.N. *291/120,883*

ART UNIT: *2913*

TO EXAMINER: *C. Vaynar*

MAILROOM DATE *12-14-00*

MOSE MONTGOMERY  ROOM *11E18*

AFTER FINAL YES _____ NO _____  NUMBER OF T.D(S). FILED *1*

**INSTRUCTIONS:** I have reviewed the submitted T.D. with the results as set forth below. If you agree, please use the appropriate form paragraphs identified by this informal memo in your next office action to notify applicant about the T.D. If you disagree with my analysis or have questions or all about the acceptability of the T.D., please see me or our Special Program Examiner. THIS MEMO IS AN INFORMAL, INTERNAL MEMO ONLY. IT MUST NOT BE MAILED TO APPLICANT, NOR SHOULD A COPY BE IN LEFT IN FILE.

[ ✓ ] The T.D. is PROPER and has been recorded. (See 14.23).

[ ] The T.D. is NOT PROPER and has not been accepted for the reason(s) checked below. (See 14.24).

[ ] The recording fee of $_____ has not been submitted nor is there any pre authorization in the application file to charge to a deposit account. (See 14.26.07)

[ ] Application Examiner has not processed T.D. fee. (See fee authorization).

[ ] The T.D. does not satisfy Rule 321(b)(3) in that the person who has signed the T.D. has not stated his/her interest (and/or the extent of the interest of the business entity represented by the signature) in the application/patent. (See 14.26 and 14.26.01).

[ ] The T.D. lacks the enforceable only during the common ownership clause needed to overcome a double patenting rejection, Rule 321(c). (See 14.27, 14.27.01).

[ ] It is directed to a particular claims(s), which is not acceptable since "the disclaimer must be of a terminal portion of the term of the entire patent to be granted". MPEP 1490. (See 14.26, 14.26.02).

[ ] The person who signed the terminal disclaimer, (See 14.28).
    [ ] has failed to state his/her capacity to sign for the business entity, (See 14.29 and possibly 14.29.01).
    [ ] is not recognized as an officer of the assignee, (See 14.29.01).

[ ] No documentary evidence of a chain of title from the original inventor(s) to assignee has been submitted, nor is the reel and frame specified as to where such evidence is recorded in the office. 37 CFR 3.73(b). (See 1140 O.G. 72). **NOTE:** This documentary evidence or the specifying of the reel and frame may be found in the T.D. or in a separate paper **submitted by applicant.** (See 14.30).

[ ] No "statement" specifying that the evidentiary documents have been reviewed and that, to the best of the assignee's knowledge and belief the title is in the assignee seeking to take action. 37 CFR 3.73(b). (See 1140 O.G. 72) (See 14.31).

[ ] The T.D. is not signed. (See 14.26, 14.26.3). or 14.26.03 if TD is not signed by all the owners.

[ ] Attorney not of record in oath/decl. or a separate paper filed appointing a new or associate attorney. (See 14.29.01).

[ ] The serial number of the application (or the number of the patent) which forms the basis for the double patenting is missing or incorrect. (See 14.32).

[ ] The serial number of this application (or the number of the patent in reexam or reissue case(s) being disclaimed is missing or incorrect. (See 14.26, 14.26.04 or 14.26.05).

[ ] The period disclaimed is incorrect or not specified. (See 14.27, 14.27.2 or 14.27.3)(For Samples 14.27.04 and 14.27.05)

[ ] Other: _____

[ ] Suggestion to request refund of $_____ . (See 14.35, 14.36).

[ ] **EXAMINER NOTE: IF APPLICATION IS IN CONDITION FOR ALLOWANCE ANY OF THE ABOVE INFORMALTIES MAY BE FAXED IN TO THE GROUP**

## FOR SAMPLE TERMINAL DISCLAIMERS AND CERTIFICATES:

[ ] Sample of a TD over a pending application and assignee Certificate (See 14.37).
[ ] Sample of a TD over a prior patent and assignee Certificate (See 14.38).
[ ] Sample Assignee Certificate under 37 CFR 3.73 (b) (See 14.39)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

NMH2/0208

Gerald H Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee WI 53202

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 29/120,883 | 03/28/00 | 001 | VEYNAR, C | 2913 | 02/08/01 |

| First Named Applicant | DOBSON, | | 35 USC 154(b) term ext. = 0 Days. | | |

TITLE OF INVENTION    COOKER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0  95372-9175 | D07-354.000 | Y80 | DESIGN | NO | $440.00 | 05/08/01 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.***
***PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS***
***APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

    A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
    B. If the status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

    A. Pay FEE DUE shown above, or

    B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
    Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of***
        ***maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance***
        ***fees when due.***
        PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to:    Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

RECEIVED

MAY 1 5 2001

TECH CENTER 1600/2900

*MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.*

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

NM12/0208

Gearld H Fellows
Michael Best & Freidrich LLP
100 East Wisconson Avenue
Milwaukee WI 53202

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Ellen Webb                                    (Depositor's name)

_(Signature)_

May 8, 2001                                    _(Date)_

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 29/120,883 | 03/28/00 | 001 | VEYNAR, C          2913 | 02/08/01 |

First Named Applicant    DOBSON,    35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION    COOKER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 0    95372-9175 | D07-354.000 | Y80 | DESIGN | NO | $440.00 | 05/08/01 |

1. Change of correspondence address or indication of " Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" Indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1   Michael Best & Freidrich LLP

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a subsitutue for filing an assignment.

(A) NAME OF ASSIGNEE

Premark WB Holdings, Inc.

(B) RESIDENCE: (CITY & STATE OR COUNTRY)

Wilmington, DE

Please check the appropriate assignee category indicated below (will not be printed on the patent)

☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):

☒ Issue Fee
☐ Advance Order - # of Copies _____

4b. The following fees or deficiency in these fees should be charged to:

DEPOSIT ACCOUNT NUMBER    13-3080
(ENCLOSE AN EXTRA COPY OF THIS FORM)

☒ Issue Fee
☐ Advance Order - # of Copies _____

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)    Christopher B. Austin    (Date)    5/8/01

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

05/14/2001 MFAWARI1 00000113 29120883
01 FC:143                          440.00 OP

*Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231*

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE

PTOL-65B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Group Art Unit 2913

Patent Application of

William C. Dobson, et. al.

Application No. 29/120,883

Confirmation No.:  None

Filed: March 28, 2000

Examiner:  Caron D. Veynar

U.S. Patent No. D444,993

Issued:  July 17, 2001

"COOKER"

I, Nanci A. Musich, hereby certify that this correspondence is being deposited with the US Postal Service as first class mail in an envelope addressed to Commissioner for Patents, P.O. Box 1450, Alexandria VA 22313-1450, on the date of my signature.

_____
Signature

_____
Date of Signature

August 11, 2005

Certificate
AUG 1 9 2005
of Correction

REQUEST FOR CERTIFICATE OF CORRECTION

Commissioner for Patents
ATTN:  CERTIFICATE OF CORRECTION BRANCH
P.O. Box 1450
Alexandria, VA  22313-1450

Sir:

It is hereby requested that a Certificate of Correction be issued with respect to Patent No. D444,993, granted July 17, 2001, in accordance with the Certificate of Correction form attached hereto in duplicate.

The error listed on the Certificate of Correction form appears to have been incurred through oversight on the part of the U.S. Patent and Trademark Office, as will be disclosed by the records of files in the Office.  The priority application information was recited on the first page of the Design Patent Application Transmittal, a copy of which accompanies this Request.

AUG 1 9 2005

Please charge any fees associated with this communication to Account
No. 13-3080.

Respectfully submitted,

Christopher B. Austin
Reg. No. 41,592

File No. 095511-9079 US (formerly 95372-9175)

Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, Wisconsin 53202-4108
414.271.6560

X:\clientb\095511\9079\A1265605.1

AUG 1 9 2005

| DESIGN | Attorney Docket No. | 05372-9175-00 |
| PATENT APPLICATION TRANSMITTAL | | |
| | First Named Inventor | |
| | William C. Dobson | |
| | Express Mail Label No. | EL402998355US |

Assistant Commissioner for Patents
BOX DESIGNS
Washington, D.C. 20231

Sir:

Enclosed for filing is a complete continuation design patent application, entitled "COOKER" invented by:

William C. Dobson
1941 Frontier Court
West Bend, WI 53095

Scott T. Pollnow
1608 Beverly Lane
West Bend, WI 53090

and including the following documents:

Specification including Claims - 1 page
Drawings - 7 sheets
Declaration and Power of Attorney
Assignment to Premark WB Holdings, Inc.
Check No. 104441 in the amount of $310

This patent application is a continuation of pending Application No. 29/097,446.

The entire disclosure of the prior application, from which a copy of the Declaration is enclosed, is considered as being part of the disclosure of the accompanying application and is hereby incorporated therein by reference.

**COPY**

Please address all correspondence to:

Gerald L. Fellows
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Milwaukee, WI 53202
(414) 271-6560

Respectfully submitted,

Gerald L. Fellows
Reg. No. 36,133

Date: 3/28/2000
cc: Docketing
Wkg Atty. CBA
Resp Atty. GLF

AUG 1 9 2005

PTO/SB/44
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO:      D444,993

DATED           July 17, 2001

INVENTOR(S):    William C. Dobson and Scott T. Pollnow

It is certified that an error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the face of the patent beneath (22), please insert--Continuation of U.S. Patent Application No. 29/097,446; filed Dec. 7, 1998, now U.S. Patent No. D425,360.--

MAILING ADDRESS OF SENDER:
  Christopher B. Austin, Esq.
  Michael Best & Friedrich LLP
  100 East Wisconsin Avenue
  Suite 3300
  Milwaukee, WI 53202-4108

PATENT NO. D444,993

No. of additional copies
                    1

AUG 1 9 2005

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

**SPE RESPONSE FOR CERTIFICATE OF CORRECTION**

Paper No.: _____

DATE         : _10 · 4 · 05_

TO SPE OF : ART UNIT _2913_

SUBJECT   : Request for Certificate of Correction on Patent No.: _D444993_

A response is requested with respect to the accompanying request for a certificate of correction.

Please complete this form and return with file, within 7 days to:
**Certificates of Correction Branch - PK 3-915**
**Palm location 7580 - Tel. No. 305-8309**

With respect to the change(s) requested, correcting Office and/or Applicant's errors, <u>should the patent read as shown in the certificate of correction</u>?  No new matter should be introduced, nor should the scope or meaning of the claims be changed.

Thank You For Your Assistance

_Morning_
Certificates of Correction Branch

---

The request for issuing the above-identified correction(s) is hereby:
Note your decision on the appropriate box.

☐ Approved                    All changes apply.

☐ Approved in Part          Specify below which changes do not apply.

☒ Denied                       State the reasons for denial below.

Comments:

_See the attached letter._

_Caron D Vezner_
**SPE**

_2913_
**Art Unit**

PTOL-306 (REV. 7/03)                              U.S. DEPARTMENT OF COMMERCE Patent and Trademark Off

UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.        : Des. 444,993 S
APPLICATION NO. : 29/120883                                      Page 1 of 1
DATED             : July 17, 2001
INVENTOR(S)       : William C. Dobson and Scott T. Pollnow

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page insert item (63), beneath (22), --Continuation of U.S. Patent Application No. 29/097,446; filed Dec. 7, 1998, now U.S. Patent No. D425,360.--

Signed and Sealed this

Third Day of October, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

PTO

Patent and Trademark Office: U.S. DEPARTMENT OF COMM

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO:        D444,993 S   *29120883*

DATED             July 17, 2001   *29077446*

INVENTOR(S):      William C. Dobson and Scott T. Pollnow

It is certified that an error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:   *title page insert item (63),*

On the ~~face of the patent~~ beneath (22), ~~please insert~~--Continuation of U.S. Patent Application No. 29/097,446; filed Dec. 7, 1998, now U.S. Patent No. D425,360.--

MAILING ADDRESS OF SENDER:
Christopher B. Austin, Esq.
Michael Best & Friedrich LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

PATENT NO. D444,993

No. of additional copies
1

Au

Burden Hour Statement: This form is estimated to take 1.0 hour to complete. Time will vary depending upon the needs of the individual case. comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark ( Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.C Alexandria, VA 22313-1450.

**SPE RESPONSE FOR CERTIFICATE OF CORRECTION**

Paper No.:20051223

**DATE**         : December 23, 2005

**TO SPE OF**  : ART UNIT 2913

**SUBJECT**    : Request for Certificate of Correction on Patent No.: D444993

A response is requested with respect to the accompanying request for a certificate of correction.

Please complete this form and return with file, within **7** days to:
**Certificates of Correction Branch - PK 3-910**
Palm location **7590** - Tel. No. 305-8201

With respect to the change(s) requested, correcting Office and/or Applicant's errors, <u>should the patent read as shown in the certificate of correction</u>?  No new matter should be introduced, nor should the scope or meaning of the claims be changed.

**Thank You For Your Assistance**                    **Certificates of Correction Branch**

---

**The request for issuing the above-identified correction(s) is hereby:**
Note your decision on the appropriate box.

☐ **Approved**                         **All** changes apply.

☐ **Approved in Part**            Specify below which changes **do not** apply.

☒ **Denied**                           State the reasons for denial below.

**Comments:**

See the attached letter.

SPE: <u>Caron D. Veynar</u> *cov*        **Art Unit** 2913

PTOL-306 (Rev. 7/03)                    U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

Application/Control Number: 29/120,883                                    Page 2
Art Unit: 2913

The present claim, 29/120,883 is not considered a continuation because the claimed

design is a change in scope from application 29/097,446 and not entitled to any

continuity.

201.07 [R-3]    Continuation Application

A continuation is a second application for the same invention claimed in a prior

nonprovisional application and filed before the original prior application becomes

abandoned or patented. The continuation application may be filed under 37 CFR

1.53(b) (or 1.53(d) if the application is a design application). The applicant in the

continuation application must include at least one inventor named in the prior

nonprovisional application. The disclosure presented in the continuation must be the

same as that of the original application; i.e., the continuation should not include anything

which would constitute new matter if inserted in the original application. The

continuation application must claim the benefit of the prior nonprovisional application

under 35 U.S.C. 120 or 365(c). >For more information on claiming the benefit of a prior

nonprovisional application, see MPEP § 201.11.

CARON D. VEYNAR
SUPERVISORY PATENT EXAMINER



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
ASSISTANT SECRETARY OF COMMERCE AND
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Date: February 15, 2006

Patent No.: Des. 425,360
Inventor(s): Dobson et al
Issued: May 23, 2000

For: Cooker

Re: Request for Certificate of Correction

Consideration has been given your request for the issuance of a certificate of correction in the above-identified patent under Rule 1.322.

The present claim, 29/120,883 is not considered a continuation because the claimed design is a change in scope from application 29/097,446 and not entitled to any continuity.

In view of the foregoing, your request, in this matter is hereby denied. Future correspondence concerning this matter should be filed and directed to Decision & Certificate of Correction Branch.

For Monywar Yonsey

Cecelia B. Newman, Supervisor
Decisions & Certificates of
Correction Branch
(703) 305-8309

Christopher B. Austin
Michael Best & Friedrich
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108

<u>DO NOT SCAN!</u>  **Please forward case and paper to address shown below.**

SPE RESPONSE FOR CERTIFICATE OF CORRECTION

DATE        : *July 21, 2006*                    Paper No.: *10*
                                                              *& papt#11*
TO SPE OF   : ART UNIT *2913*

SUBJECT     : Request for Certificate of Correction for Appl. No.: *29/120883* Patent No.: *D 444,993*

Please respond to this request for a certificate of correction within 7 days.

Please review the requested changes/corrections as shown in the attached certificate of correction.  Please complete this form (see below) and forward it with the file to:

    **Certificates of Correction Branch (CofC)**
    **South Tower - 9A22**
    **Palm Location 7580**

          **Certificates of Correction Branch**

          **703-308-9390 ext. _____**

**Thank You For Your Assistance**

---

**The request for issuing the above-identified correction(s) is hereby:**
Note your decision on the appropriate box.

   ☒ Approved                    **All changes apply.**

   ☐ **Approved in Part**          Specify below which changes **do not** apply.

   ☐ **Denied**                    State the reasons for denial below.

**Comments:** *The denial ~~given~~ previously given, paper #8, by SPE*
*was in error.  Please approve the changes in*
*the CofC dated 8/19/2005.*

                   *Caron D Veynar*
                CARON D. VEYNAR                    *2913*
               ~~SUPERVISORY PATENT EXAMINER~~
                    SPE                              Art Unit

PTOL-306 (REV. 7/03)                    U.S. DEPARTMENT OF COMMERCE Patent and Trademark Office

ISSUE SLIP STAPLE AREA (for additional cross references)

| POSITION | INITIALS | ID NO. | DATE |
|---|---|---|---|
| FEE DETERMINATION | M | 71620 | 5/2/0 |
| O.I.P.E. CLASSIFIER | | | |
| FORMALITY REVIEW | | | |
| RESPONSE FORMALITY REVIEW | | | |

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| D7 | 329 | | |
| | 354-361 | | |
| | | | |
| 99 | 324 | | |
| | 325 | | |
| | 340 | | |
| | 347 | | |
| | 403 | | |
| | 413 | | |
| | 419 | | |
| | 410 | | |
| | 411 | | |
| | | 9/5/2000 | COV |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|
| The Chefs Catalog various dates | 9/5/2000 | COV |

(LEFT INSIDE)



| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| D7 | 354 | 2/7/2011 | crl |
| | | | |
| | | | |

| EMBODIMENTS FILED |
|---|
| ONE |
| |
| |
| |
| |

**EXHIBIT G – Part 2**

# TABLE OF CONTENTS

A Guide to the Exhibits

1. The Industrial Designers Society of America's (IDSA's) Definition of Industrial Design

2. United States Patents Issued to Cooper C. Woodring

3. Curriculum Vitae of Cooper C. Woodring

4. Woodring's Testimony During Depositions or at Trial During the Past Four Years

5. United States Design Patent Number D434,266, D444,664 and D444,993

6. List of Rival's Accused Products by Model Number

7. United States Design Patent Number D1,440, Issued to John Gorham

8. Photographs of Rival's Accused Products With Knob and Loop Handles

9. Photographs of Rival's Accused Products With Painted, Printed Graphic and Stainless Steel Bodies

10. Photographs of Rival's Accused Products With Rotary and Programable Digital Controls

11. Photographs of Rival's Accused Products With Small and Large Quart Capacities

12. A Diagram Identifying the Individual Visual Elements of the '266, '664 and '993 Design Patents

13. The '266, '664 and '993 Patents' Fig. 1 Compared to Representative Samples of Rival's Accused Designs

14. The '266, '664 and '993 Patents' Fig. 2 Compared to Representative Samples of Rival's Accused Designs

15. The '266, '664 and '993 Patents' Fig. 3 Compared to Representative Samples of Rival's Accused Designs

16. The '266, '664 and '993 Patents' Fig. 4 Compared to Representative Samples of Rival's Accused Designs

17. The '266, '664 and '993 Patents' Fig. 5 Compared to Representative Samples of Rival's Accused Designs

18. The '266, '664 and '993 Patents' Fig. 6 Compared to Representative Samples of Rival's Accused Designs

19. The '266, '664 and '993 Patents' Fig. 7 Compared to Representative Samples of Rival's Accused Designs

20. Thirteen Cited Prior Art References to the '664, '266 and '993 Design Patents

21. A Grid Comparing the '266, '664 and '993 Patents' Points of Novelty to All Prior Art References

22. A Photograph of Each of Rival's Accused Designs

23. Three Grids Comparing West Bend's Design Patents' Points of Novelty to Each of Rival's Designs

24. A Grid Showing Which Rival Designs Appropriate All of Points of Novelty of Each of West Bends Patents

1

# Comprehensive Description of Industrial Design

**ID DESCRIPTION**

Industrial design is the professional service of creating and developing concepts and specifications that optimize the function, value and appearance of products and systems for the mutual benefit of both user and manufacturer.

Industrial designers develop these concepts and specifications through collection, analysis and synthesis of data guided by the special requirements of the client or manufacturer. They are trained to prepare clear and concise recommendations through drawings, models and verbal descriptions.

Industrial design services are often provided within the context of cooperative working relationships with other members of a development group. Typical groups include management, marketing, engineering and manufacturing specialists. The industrial designer expresses concepts that embody all relevant design criteria determined by the group.

The industrial designer's unique contribution places emphasis on those aspects of the product or system that relate most directly to human characteristics, needs and interests. This contribution requires specialized understanding of visual, tactile, safety and convenience criteria, with concern for the user. Education and experience in anticipating psychological, physiological and sociological factors that influence and are perceived by the user are essential industrial design resources.

Industrial designers also maintain a practical concern for technical processes and requirements for manufacture; marketing opportunities and economic constraints; and distribution sales and servicing processes. They work to ensure that design recommendations use materials and technology effectively, and comply with all legal and regulatory requirements.

In addition to supplying concepts for products and systems, industrial designers are often retained for consultation on a variety of problems that have to do with a client's image. Such assignments include product and organization identity systems, development of communication systems, interior space planning and exhibit design, advertising devices and packaging and other related services. Their expertise is sought in a wide variety of administrative arenas to assist in developing industrial standards, regulatory guidelines and quality control procedures to improve manufacturing operations and products.

Industrial designers, as professionals, are guided by their awareness of obligations to fulfill contractual responsibilities to clients, to protect the public safety and well-being, to respect the environment and to observe ethical business practice.

### Federal Codes for Industrial Design

Dictionary of Occupational Titles Code: The federal code that identifies industrial design in the Dictionary of Occupational Titles (DOT) is 142.061-026. The dictionary is available in public libraries.

### North American Industrial Classification System

The Federal Code that identifies industrial design under the NAIC System is 54142. This system replaces the Standard Industrial Classification (SIC) codes.

12

2

| No. | Patent No. | Date | Title of Patent | Inventors |
|-----|-----------|------|-----------------|-----------|
| 1. | D 224,308 | Jul. 18, 1972 | Vanity Sink | Woodring, Cooper C. Lauer, Donald G. Rinaldi, Joseph A. |
| 2. | D 245,613 | Aug. 30, 1977 | Strobe | Woodring, Cooper C. Emmerling, Ronald Boehm, Michael |
| 3. | 4,057,127 | Nov. 08, 1977 | Safety Actuating Devise Adapted for Two Wheeled Vehicles | Woodring, Cooper C. |
| 4. | 4,351,418 | Sep. 27, 1982 | Vehicle Brake Compensator | Woodring, Cooper C. Torbet, Philip A. |
| 5. | D 286,032 | Oct. 07, 1986 | Infant Walker | Woodring, Cooper C. MacGregor, Francis W. Bruno, Robert H. |
| 6. | 4,856,718 | Aug. 15, 1989 | Food Processor and Food Cutting Devices | Woodring, Cooper C. Gaber, Ira |
| 7. | D 316,207 | Apr. 16, 1991 | Hand-holdable Food Processor | Woodring, Cooper C. Gaber, Ira |
| 8. | 5,163,362 | Nov. 17, 1992 | Food Press | Woodring, Cooper C. Gaber, Ira |
| 9. | 5,165,459 | Nov. 24, 1992 | Window Covering | Woodring, Cooper C. Gaber, Ira |
| 10. | 5,238,043 | Aug. 24, 1993 | Apparatus for Adjustment of the Slats in a Venetian Blind | Woodring, Cooper C. Gaber, Ira |
| 11. | D 343,979 | Feb. 08, 1994 | Ladder Tape Fixer | Woodring, Cooper C. Rapp, William H. Gaber, Ira |
| 12. | 5,285,838 | Feb. 15, 1994 | Rotary Tubular Headrail Blind | Woodring, Cooper C. Gaber, Ira Rapp, William H. |
| 13. | 5,297,608 | Mar. 29, 1994 | Tilter Mechanism | Woodring, Cooper C. Gaber, Ira Rapp, William H. |
| 14. | 5,303,640 | Apr. 19,1994 | Food Press | Woodring, Cooper C. Gaber, Ira |
| 15. | 5,316,066 | May 31, 1994 | Cord-lock Mechanism | Woodring, Cooper C. Gaber, Ira Rapp, William H. |
| 16. | 5,375,642 | Dec. 27, 1994 | Venetian Blinds | Woodring, Cooper C. Gaber, Ira |
| 17. | D 383,315 | Sep. 09, 1997 | Closet Organizer | Woodring, Cooper C. |
| 18. | 5,810,187 | Sep. 22, 1998 | Drawer Organizer | Woodring, Cooper C. |
| 19. | 5,836,675 | Nov. 17, 1998 | Illuminated Closet Organizer | Woodring, Cooper C. |
| 20. | D 404,231 | Jan. 19, 1999 | Interlocking Drawer Organizer | Woodring, Cooper C. |
| 21. | D 407,929 | Apr. 13, 1999 | Interlocking Drawer Organizer | Woodring, Cooper C. |
| 22. | D 411,372 | Jan. 22, 1999 | Closet Organizer | Woodring, Cooper C. |
| 23. | D 411,768 | Jul. 06, 1999 | Interlocking Drawer Organizer | Woodring, Cooper C. |
| 24. | D 425,504 | May 23, 2000 | Dictation Interface Apparatus | Woodring, Cooper C. Howell, Dennis S. Latson, Donald E. |
| 25. | D 433,004 | Oct. 31, 2000 | Dictation Apparatus | Woodring, Cooper C. Howell, Dennis S. Latson, Donald E. |
| 26. | 6,371,191 | Apr. 16, 2002 | Decorative Venetian Blinds | Woodring, Cooper C. |

3

**Cooper Coolidge Woodring, FIDSA®**
14501 Compass Street #104, North Padre Island, Nueces County, Corpus Christi, TX 78418.6184, USA

Phone: 361.949.1542, Fax: 361.949.1543, Cell: 361.816.5863, e mail: cw@stx.rr.com

**Education:**

| | |
|---|---|
| 1955-1960 | University of Kansas, Lawrence, Bachelor of Fine Arts in Industrial Design |
| 1960-1962 | Cranbrook Academy of Art, Bloomfield Hills, Michigan, Master of Fine Arts in Design |

**Employment:**

| | |
|---|---|
| 1962-1964 | F. Eugene Smith Associates, Bath, Ohio, Designer |
| 1963-1964 | Akron Art Institute, Ohio, Instructor in Industrial Design and Modelmaking |
| 1964-1969 | BFGoodrich Co., New York City, Designer for BFG Tire Co. and BFG Research Center |
| 1969-1971 | JCPenney Co., Inc., New York City, Product Designer |
| 1971-1974 | JCPenney Co., Inc., New York City, Senior Product Designer |
| 1974-1983 | JCPenney Co., Inc., New York City, Manager, Product Design |
| 1983-1986 | JCPenney Co., Inc., New York City, Manager, New Product Development and Design |
| 1986-1997 | Better Mousetraps, Inc., Plandome, New York, President |
| 1997- 2003 | Independent Consultant Industrial Designer and Expert Witness, Topeka, Kansas |
| 2003 - Present | Independent Consultant Industrial Designer and Expert Witness, Corpus Christi, Texas |

**Professional:**

| | |
|---|---|
| 1967 | Member: Industrial Designers Society of America (IDSA) |
| 1978 | Chairman, New York Chapter, IDSA |
| 1979 | Chairman, IDSA National Conference, Washington, D.C. |
| 1979 | Recipient: New York Chapter, IDSA Bronze Apple Award |
| 1982 | Recipient: Fellowship, IDSA  (Represents less than 2% of IDSA's membership) |
| 1984-1985 | Executive Vice President, IDSA |
| 1985-1986 | President, IDSA |
| 1986-1988 | Chairman, IDSA |
| 1989-1990 | Chairman, IDSA Government Affairs Committee |

1

| 1990-1995 | Chairman, IDSA Design Legislation Committee |
| 1992 | Recipient: IDSA's Personal Recognition Award |
| 1993 | Member, Kansas Association of Inventors |
| 1996 | Chairman, IDSA National Nominations Committee |
| 1999 | Appointment, Juror in IDSA 's Annual Design Awards Program, IDEA 2000 |
| 1999 | Founder & Co-Chair, IDSA's Design Protection Section (with Perry J. Saidman, IDSA) |
| 2001 | Founding Trustee, The Design Foundation, Inc. (IDSA's 501.c.3 charitable organization) |
| 2001 | United States Delegate to ICSID Conference, Seoul, Korea |
| 2003 | United States Delegate to ICSID Conference, Berlin, Germany |

## Awards, Honors & Other Activities:

| 1976-1983 | Elected Trustee - Incorporated Village of Plandome, NY |
| 1979 | Citation for Distinguished Service and Achievement<br>Design Alumni Society, University of Kansas |
| 1979 | First Industrial Designer to Address "The Conference Board" |
| 1983-1985 | Elected Mayor - Incorporated Village of Plandome, NY |
| 1983-1991 | Part Owner - ID (Industrial Design) Magazine |
| 1985-1987 | Reelected Mayor - Incorporated Village of Plandome, NY |
| 1985 | Responsible for ICSID "WORLDESIGN", Washington, DC<br>(International Congress of Societies of Industrial Design)<br>"The World's Largest Gathering of Industrial Designers" |
| 1986 | Presidential Appointment to Head USIA's Cultural Exchange Mission<br>"Design in America", behind the Iron Curtain |
| 1986 | Inducted, Charter Member, JCPenney Inventor's Club |
| 1987 | Testified before U.S. Senate, Industrial Design Bill (S-791) |
| 1989-1994 | International Congress of the Societies of Industrial Design (ICSID)<br>Representative to the United Nations |
| 1992 | Testified before U. S. House of Representatives<br>Industrial Design Innovation & Technology Act (HR-1790) |
| 1992 | Gubernatorial Appointment: Kansas Historic Sites Board of<br>Review - State and National Register of Historic Places |

2

| | |
|---|---|
| 1993 | Guest Educator - University of Kansas, Dept. of Design<br>Senior course in Industrial Design in Spring 1993 |
| 1993 | Elected to Board of Directors, Friends of Cedar Crest Association<br>Kansas Governor's Residence, Topeka |
| Feb. 1993 | Appointed, Heritage Trust Fund, Board of Review<br>Allocation of $600,000 Federal Funds to Kansas Historic Sites |
| 1994 | Elected to Board of Directors, Historic Topeka, Inc. |
| Feb. 1994 | Appointed, Heritage Trust Fund, Board of Review<br>Allocation of $650,000 Federal Funds to Kansas Historic Sites |
| 1994 | Elected to Board of Directors, Kansas State Historical Society |
| Feb. 1995 | Appointed, Heritage Trust Fund, Board of Review<br>Allocation of $650,000 Federal Funds to Kansas Historic Sites |
| 1995 | Elected to Board of Directors, Mulvane Art Center of Topeka, Inc. |
| April 1996 | Elected to University of Kansas, School of Fine Arts Board of Advisors |
| Fall 1997 | Elected, Board of Directors, Friends of the Free State Capitol<br>A preservation group to save the former Kansas State Capitol |
| Summer 1998 | Selection Committee, Kansas State Historical Society<br>Governor's Architectural Preservation Award |
| June 2000 | Elected President of Board of Directors, Mulvane Art Museum |
| June 2001 | Reelected President of Board of Directors, Mulvane Art Museum |
| Nov. 2001 | Elected, Vice President, Board of Directors, Kansas International Museum |
| Aug. 2005 | Appointed, Chairman of IDSA's Academy of Presidents |

**Speeches and Publications:**

| | |
|---|---|
| Sep./Oct.1976 | ID Magazine, Cover Article, "Design System Transforms Mass Retailer" |
| 1977 | Quotes, 75th Anniversary Edition, JCPenney News |
| 1981 | ID Magazine, "The Design Manager's Opinion" |
| 1982 | IDSA Journal, innovation, "Designing with Corporate Goals in Mind" |
| 1983 | Speaker, "Profits by Design", New York Chamber of Commerce and Industry |
| Fall 1983 | IDSA Journal, innovation, "The Client's Role in Great Design" |
| Apr. 19, 1984 | Quote, Philadelphia Daily News, "Read This - Quick!" |

3

Aug. 8, 1984      Interview, National Public Radio (1090) Seattle

July 11, 1984     Speaker, Consumer Product Safety Commission (CPSC) Conference, Washington, DC

1985              Speaker, WORLDESIGN Conference, Washington, DC
                  "Driving Forces - What Shapes American Design"

1985              Article, New Product Development Newsletter
                  "The CW Formula for Successful New Products"

1985              Speaker/Panelist, International Design Conference/Aspen
                  "Everyday Art, Retailers v Museums"

Nov. 1985         Speaker, 1st New Products Design Conference, New York
                  "The Best Kept American Business Secret"

Nov. 14, 1985     Article, NY Times, Cover Home Section
                  "Made in America - How Does the US Fare in Design?"

1985              Jury's Introduction to Consumer Product Section, 5 Years of IDSA Design Excellence

Dec. 14, 1985     Article, The Economist, "World Business"

1985              Editorial, IDSA Newsletter "Design Perspectives"

July 15, 1986     Quote, Wall Street Journal, "Italian Designer of Sleek Autos Expands to US"

Sept. 10, 1986    Keynote Speech, USIA Lecture Series "Design in America", Belgrade, Yugoslavia

Sept. 12, 1986    Keynote Speech, USIA Lecture Series "Design in America", Zagreb, Yugoslavia

Dec. 2, 1986      Keynote Speech, USIA Lecture Series "Design in America", Ljubljana, Yugoslavia

Dec. 5, 1986      Keynote Speech, USIA Lecture Series "Design in America", Sarajevo, Yugoslavia

June 1986         Feature Article, Technical Aesthetics, Soviet Publication
                  "Artists Do What They Want, Designers Want What They Do"

1986              Introduction Speech, The Whitney Museum of American Art
                  "High Styles - Twentieth Century American Design"

June 1987         Full Page Interview, Housewares Executive Magazine

July 1987         Article, High Technology, "Design With People in Mind"

Aug. 27, 1987     Article, The London Financial Times, "The Sacrificial Enhancement Syndrome"

1987              Testimony, US Senate, Committee on The Judiciary
                  Subcommittee on Patents, Copyrights and Trademarks

Feb. 4, 1988      Article, NY Times, "US - Soviet Accord on Design"

4

| | |
|---|---|
| 1988 | Speaker, Design Management Institute (DMI) Conference<br>"Strategies for New Product Development" |
| 1988 | Article, DesignWeek, British Publication |
| Nov. 13, 1988 | Quotes, NY Times, Ideas and Trends<br>"A Bigger American Following for Industrial Design -<br>A New Approach to Products From Cars to Copiers" |
| Fall 1989 | Keynote Address, University of Baltimore Law School<br>"A Designer's View of Current Design Protection" |
| Nov. 17, 1989 | Quote, DesignWorld, Australian Publication, "Design in the Soviet Union" |
| 1990 | Speaker, IDSA Annual Conference, "The Profession After Design Legislation" |
| Jan. 29, 1992 | Testimony, US House of Representatives<br>Subcommittee on Intellectual Property and Judicial Administration<br>The Industrial Design Innovation and Technology Act |
| May/June 1992 | Quote, ID Magazine, "Should We Copyright Design ?" |
| May 20, 1992 | Speaker, International Congress of the Societies of Industrial Design<br>17th ICSID Conference, Ljubljana, Slovenia<br>"Designing a New Nation for Global Competitiveness" |
| Aug. 20, 1992 | Speaker, IDSA Worldesign Conference, San Francisco<br>"If Ralph had said 'Design' instead of 'Build' a Better Mousetrap" |
| Oct. 14, 1992 | Speaker, Rocky Mountain Chapter, IDSA, "Are Industrial Designs Intellectual Property?" |
| Nov. 9, 1992 | Speaker, Topeka Chamber of Commerce, "How to Profit from Your Ideas" |
| Dec. 6, 1992 | The Topeka Capital-Journal, Front Page Business Section, "Making Better Mousetraps" |
| Sept. 1993 | Speaker, Kansas City Chapter, IDSA<br>Do Industrial Designers Create Intellectual Property? |
| Nov. 1993 | Article, The Design Management Institute (DMI) Journal<br>"U.S. Policy & it's Effect on the Economic Value of Design" |
| May 16, 1994 | Wall Street Journal - "Another Gizmo to Indulge Our Love of Garlic"<br>Article about Better Mousetraps' GarlicEXPRESS |
| Jun. 11, 1994 | The Topeka Capital-Journal, Front Page Business Section<br>"Better Mousetraps Smells a Winner" -   Half Page Article |
| Nov./Dec. 1994 | Article, Inventor's Digest Magazine  -  5 Page Article, "The Economic Value of Design" |
| Sept. 1995 | Speaker, International Congress of the Societies of Industrial Design<br>(ICSID) Taipei, Taiwan  -  "Design in the 21st Century" |

5

Oct. 23, 1996    The National Conference on Industrial Design Protection
"Designer's View on What Should be Protected"
Sponsors: American Intellectual Property Law Association
and the Industrial Designers Society of America (IDSA)

Sept. 25, 1997 Design Management Institute (DMI) Annual Conference
"Design Patents: An Underutilized Competitive Weapon", Newport, RI

Spring 1998    Kansas Technology Enterprise Corporation (KTEC), Advanced Manufacturing Institute
Speaker at Annual Conference, "Design and Manufacturing"

Summer 1998    Juror for NorthWest Chapter, IDSA, Annual Awards Competition

October 1998    Speaker, International Congress of the Societies of Industrial Design (ICSID)
Pittsburgh, PA, "Design Patents in United States"

Dec. 1998    International Congress of the Societies of Industrial Design (ICSID) News
"Design Protection in the US"

May 13, 1999    Public Hearing, Testimony, United States Patent & Trademark Office (USPTO)
The Hague Agreement Concerning the International Registration of Industrial Designs

Aug. 25, 1999    United States Patent & Trademark Office (USPTO) Annual Open House
Keynote Speaker:  "The Importance of Design to Business & the US Economy"

March 2000    Juror for IDSA's Industrial Design Excellence Awards (IDEA) Program
Selections announced in the June 2, 2000 edition of BusinessWeek Magazine

March 2000    Speaker at IDSA's Midwest Regional Conference, St. Louis, MO
"On the Witness Stand for Design"

Sep. 23, 2000    Presentation at IDSA Annual Conference, New Orleans, LA
Mock Trial on Design Patent Infringement with Perry J. Saidman, IDSA

Jan. 14, 2001    Speaker, National Housewares Show, Chicago, IL
"On the Witness Stand for Design"

Jan. 15, 2001    Speaker, Chicago Chapter, IDSA
"On the Witness Stand for Design"

Apr. 07, 2001    Speaker, Southern District Conference, IDSA
"On the Witness Stand for Design"

Aug. 16, 2001    Presentation at IDSA Annual Conference, Boston, MA
"Top Ten Mistakes Designers & Patent Attorneys Make in Filing Design Patents"

Nov. 2001    Keynote Speaker, Fédération Internationale des Conseils en Propriété Industrielle
Rome, Italy  (FICPI is the International Association of Intellectual Property Attorneys)

July 2002    Presentation at IDSA Annual Conference, Monterey, CA
"The Latest Skinny on Design Patents, Do's & Don't's"

Aug. 2003  Presentation at IDSA Annual Conference, New York City
      "US Design Patents & The New Registration System in the European Community

Jan./Feb. 2004 Silver Magazine, "The Trial of the Century: Gorham Verses White, 1871"

Sept. 8, 2005 Keynote Speaker, International Trademark Association (INTA)
      2005 Worldwide Forum on Marks & Designs, Vancouver, British Columbia, Canada
      in Cooperation with the World Intellectual Property Organization (WIPO)

Mar. 3, 2006 Presenter, "Design Patents, The Currency of the Innovation Age"
      Innovation Imperative, The University of Cincinnati

Apr. 10, 2006 Keynote Presenter, The First USPTO "Design Day", Washington, DC

May 2006  Keynote Speaker, Fédération Internationale des Conseils en Propriété Industrielle
      Paris, France  (FICPI is the International Association of Intellectual Property Attorneys)

1972-Present Guest Lecturer, Industrial Design Department

     Auburn University
     Carnege-Mellon University
     Cranbrook Academy of Art
     Dartmouth College
     Georgia Institute of Technology
     Harvard University
     Illinois Institute of Technology
     Massachusetts Institute of Technology
     Pratt Institute
     Rhode Island School of Design
     Stanford University
     The Art Center
     University of Cincinnati
     University of Kansas

4

Cooper C. Woodring's Testimony During Deposition or Trial Within the Past Four Years

(My client is underlined)

| Date | Case Name | Case Number | Depo. | Trial |
|------|-----------|-------------|-------|-------|
| 2002 | PPC v. Corning Gilbert, Inc. | United States District Court<br>District of Arizona<br>Case No: CIV-01-1566 PHX SRB | Yes | Yes |
| 2003 | Rehig Pacific Company v.<br>Norseman Plastics Limited | United States District Court<br>Central District of California<br>Case No: SACV 03-470 JVS (AJWX) | Yes | No |
| 2003 | Tecumseh Products Company v.<br>Briggs & Stratton Corporation | United States District Court<br>Eastern District of Wisconsin<br>Case No: 02-C-0334 | Yes | No |
| 2004 | Displays by Paul Martin v.<br>In Zone, Inc. | United States District Court<br>Eastern District of Texas<br>Sherman Division<br>Case No: 4:02-cv-257 | Yes | No |
| 2005 | Pacific Market, Inc. (PMI) v.<br>Thermos LLC | United States District Court<br>Western District of Washington<br>at Seattle<br>Civil Action No. CV03-1261C | No | Yes |
| 2005 | Seed Lighting v.<br>Home Depot & Trend Lighting | United States District Court<br>Northern District of California<br>Case No. CO4 02291 EDL | Yes | No |
| 2005 | Sada & Hernandez, Individuals v.<br>Jack in the Box, Inc. | United States District Court<br>for the Western District of Texas<br>San Antonio Division<br>Civil Action No. SA04CA0541 (OG) | Yes | No |
| 2006 | Calphalon Corporation v.<br>Meyer Corporation, U.S. (Circulon) | United States District Court<br>Eastrn Division of California<br>Sacramento Division - ECF Program<br>Case No. 2:05 - CV-00971-WBS-DAD | Yes | |
| 2006 | Wenger Corporation v.<br>Jim Melhart Piano & Organ Co., Inc. | United States District Court<br>Southern District of Texas<br>McAllen Division<br>Civil Action No. M-05-359 | Yes | Yes |
| 2006 | Wenger Corporation v.<br>Stadium Chair Co. & Gil DeShazio | United States district Court<br>Western District of Texas<br>Midland/Odessa Division<br>Case No. MO-5-CV-099 | Yes | |

5



US00D434266S

# United States Patent [19]

## Dobson et al.

| [11] | Patent Number: | **Des. 434,266** |
|---|---|---|
| [45] | Date of Patent: ** | **Nov. 28, 2000** |

[54] **COOKER**

[75] Inventors: **William C. Dobson; Scott T. Pollnow,** both of West Bend, Wis.

[73] Assignee: **Premark WB Holdings, Inc.,** Wilmington, Del.

[**] Term: **14 Years**

[21] Appl. No.: **29/120,985**

[22] Filed: **Mar. 28, 2000**

### Related U.S. Application Data

[63] Continuation of application No. 29/097,446, Dec. 7, 1998, Pat. No. Des. 425,360.

[51] LOC (7) Cl. ............................................... **07-02**
[52] U.S. Cl. .................................................. **D7/354**
[58] Field of Search ..................... D7/354–361, 545; 99/324, 325, 340, 347, 403, 410, 411, 413, 419

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| D. 153,894 | 5/1949 | Mortnde ......................... | D7/354 |
|---|---|---|---|
| D. 199,747 | 12/1964 | Farber ........................... | D7/354 |
| D. 248,363 | 7/1978 | Rinaldi ......................... | D7/354 |
| D. 253,574 | 12/1979 | Anderson, Jr. .................. | D7/356 |
| D. 254,355 | 3/1980 | Ottier ........................... | D7/545 |
| D. 275,925 | 10/1984 | Bowen et al. .................... | D7/357 |
| D. 284,257 | 6/1986 | Greh et al. ...................... | D7/355 |
| D. 366,592 | 1/1996 | Cesaroni et al. ................. | D7/360 |
| D. 416,434 | 11/1999 | Pollnow ......................... | D7/360 |
| D. 420,246 | 2/2000 | Alonge et al. ................... | D7/360 |
| D. 420,247 | 2/2000 | Kaney et al. .................... | D7/360 |
| D. 425,360 | 5/2000 | Dobson et al. ................... | D7/360 |

*Primary Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

[57] **CLAIM**

The ornamental design for a cooker, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a cooker constructed in accordance with one preferred embodiment of the invention;

FIG. 2 is an elevation view of the front of the cooker shown in FIG. 1;

FIG. 3 is an elevation view of the rear of the cooker shown in FIGS. 1 and 2;

FIG. 4 is an elevation view of the right of the cooker shown in FIGS. 1, 2 and 3;

FIG. 5 is an elevation view of the left of the cooker shown in FIGS. 1, 2, 3 and 4;

FIG. 6 is a top plan view of the cooker shown in FIGS. 1, 2, 3, 4 and 5; and,

FIG. 7 is a bottom plan view of the cooker shown in FIGS. 1, 2, 3, 4, 5 and 6.

The broken line showings in FIGS. 1–7 are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



**U.S. Patent**    Nov. 28, 2000    Sheet 1 of 7    **Des. 434,266**



*Fig. 1*



*Fig. 2*

**U.S. Patent**    Nov. 28, 2000    Sheet 3 of 7    **Des. 434,266**



*Fig. 3*

**U.S. Patent**     Nov. 28, 2000     Sheet 4 of 7     **Des. 434,266**



*Fig. 4*

**U.S. Patent**    Nov. 28, 2000    Sheet 5 of 7    **Des. 434,266**



*Fig. 5*



*Fig. 6*

**U.S. Patent**     Nov. 28, 2000     Sheet 7 of 7     **Des. 434,266**



*Fig. 7*

**EXHIBIT G – Part 3**

US00D444664S

(12) **United States Design Patent**          (10) Patent No.:          **US D444,664 S**
Dobson et al.                                  (45) Date of Patent:   ** **\*Jul. 10, 2001**

(54) **COOKER**

(75) Inventors: **William C. Dobson; Scott T. Pollnow,**
both of West Bend, WI (US)

(73) Assignee: **Premark WB Holdings, Inc.,**
Wilmington, DE (US)

( * ) Notice: This patent is subject to a terminal dis-
claimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/120,882**

(22) Filed: **Mar. 28, 2000**

(51) LOC (7) Cl. ...................................................... **07-02**
(52) U.S. Cl. ............................................................ **D7/354**
(58) Field of Search ........................... D7/323, 354–361;
99/324, 325, 340, 347, 403, 413, 419, 410,
411

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| D. 104,914 | * | 6/1937 | Coss ..................................... | D7/360 |
| D. 416,434 | * | 11/1999 | Pollnow ................................ | D7/360 |
| D. 420,246 | * | 2/2000 | Alonge et al. ........................ | D7/360 |
| D. 425,360 | * | 5/2000 | Dobson et al. ....................... | D7/360 |

D. 429,596  *  8/2000  Hlava et al. .......................... D7/360

* cited by examiner

*Primary Examiner*—Caron D. Veynar
(74) *Attorney, Agent, or Firm*—Michael Best & Friedrich
LLP

(57)                **CLAIM**

The ornamental design for a cooker, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a cooker constructed in
accordance with one preferred embodiment of the invention;
FIG. 2 is an elevation view of the front of the cooker shown
in FIG. 1;
FIG. 3 is an elevation view of the rear of the cooker shown
in FIGS. 1 and 2;
FIG. 4 is an elevation view of the right of the cooker shown
in FIGS. 1, 2 and 3;
FIG. 5 is an elevation view of the left of the cooker shown
in FIGS. 1, 2, 3 and 4;
FIG. 6 is a top plan view of the cooker shown in FIGS. 1,
2, 3, 4 and 5; and,
FIG. 7 is a bottom plan view of the cooker shown in FIGS.
1, 2, 3, 4, 5 and 6.
The broken line showings in FIGS. 1–7 are for illustrative
purposes only and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



Case 1:05-cv-11367-WGY     Document 67-19     Filed 12/04/2006     Page 3 of 25



Fig. 1



Fig. 2



*Fig. 3*

**U.S. Patent**          Jul. 10, 2001          Sheet 4 of 7          US D444,664 S



*Fig. 4*



*Fig. 5*



*Fig. 6*



Fig. 7

US00D444993S

(12) **United States Design Patent**    (10) Patent No.:    **US D444,993 S**

Dobson et al.    (45) Date of Patent:    ∗∗    **Jul. 17, 2001**

(54) **COOKER**

(75) Inventors: **William C. Dobson; Scott T. Pollnow,** both of West Bend, WI (US)

(73) Assignee: **Premark WB Holdings, Inc.,** Wilmington, DE (US)

( ∗ ) Notice: This patent is subject to a terminal disclaimer.

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/120,883**

(22) Filed: **Mar. 28, 2000**

(51) LOC (7) Cl. ......................................................... **07-02**
(52) U.S. Cl. ........................................................ **D7/354**
(58) Field of Search ........................... D7/323, 354–361; 99/324, 325, 340, 347, 403, 413, 419, 410, 411

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 104,914 | ∗ | 6/1937 | Coss ..................................... D7/360 |
| D. 416,434 | ∗ | 11/1999 | Pollnow ............................... D7/360 |
| D. 420,246 | ∗ | 2/2000 | Alonge et al. ........................ D7/360 |
| D. 425,360 | ∗ | 5/2000 | Dobson et al. ....................... D7/360 |
| D. 429,596 | ∗ | 8/2000 | Hlava et al. .......................... D7/360 |

∗ cited by examiner

Primary Examiner—Caron D. Veynar
(74) *Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

(57) **CLAIM**

The ornamental design for a cooker, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a cooker constructed in accordance with one preferred embodiment of the invention;
FIG. 2 is an elevation view of the front of the cooker shown in FIG. 1;
FIG. 3 is an elevation view of the rear of the cooker shown in FIGS. 1 and 2;
FIG. 4 is an elevation view of the right of the cooker shown in FIGS. 1, 2 and 3;
FIG. 5 is an elevation view of the left of the cooker shown in FIGS. 1, 2, 3 and 4;
FIG. 6 is a top plan view of the cooker shown in FIGS. 1, 2, 3, 4 and 5; and,
FIG. 7 is a bottom plan view of the cooker shown in FIGS. 1, 2, 3, 4, 5 and 6.
The broken line showings in FIGS. 1–7 are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3



*Fig. 4*



*Fig. 5*

**U.S. Patent**          Jul. 17, 2001          Sheet 6 of 7          **US D444,993 S**



Fig. 6

6

**Rival's Accused Crock Pot Designs**

| | Model No. | Body Finish | Knob or Loop | Size | Controls | Photo |
|---|---|---|---|---|---|---|
| 1. | 3730W | White | Knob | 3 Quart | Rotary, 2 Position | Yes |
| 2. | 37351C | Stainless | Knob | 3 1/2 Quart | Rotary, 3 Position | Yes |
| 3. | 3735W | White | Knob | 3 1/2 Quart | Rotary, 2 Position | No |
| 4. | 3735WN | White | Loop | 3 1/2 Quart | Rotary, 2 Position | Yes |
| 5. | 37401W | White | Loop | 4 Quart | Rotary, 3 Position | Yes |
| 6. | 3752SM | Floral | Knob | 5 Quart | Rotary, 2 Position | Yes |
| 7. | 37601VEG | Vegetables | Loop | 6 Quart | Rotary, 3 Position | Yes |
| 8. | 38551W | White | Loop | 5 1/2 Quart | Digital, Programable | Yes |
| 9. | 38601C | Stainless | Loop | 6 Quart | Digital, Programable | No |
| 10. | 38601W | White | Loop | 6 Quart | Digital, Programable | Yes |
| 11. | 38651C | Stainless | Loop | 6 Quart | Digital, Programable | No |
| 12. | 5070TCVG | Vegetables | Loop | 7 Quart | Rotary, 3 Position | No |
| 13. | 5070TCW | White | Knob | 7 Quart | Rotary, 3 Position | No |
| 14. | 5445BCN | Stainless | Knob | 4 1/2 Quart | Rotary, 2 Position | No |
| 15. | 6445BC | White | Knob | 6 1/2 Quart | Rotary, 2 Position | No |
| 16. | 64451C | Stainless | Loop | 6 1/2 Quart | Rotary, 3 Position | No |
| 17. | 64451LDC | Stainless | Loop | 6 1/2 Quart | Rotary, 3 Position | No |
| 18. | SCP609WS | White | Loop | 6 Quart | Digital, Programable | No |
| 19. | SCV400R | Red | Loop | 4 Quart | Rotary, 3 Position | Yes |
| 20. | SCV400SS | Stainless | Loop | 4 Quart | Rotary, 3 Position | Yes |
| 21. | SCV401BS | Stainless | Loop | 4 Quart | Rotary, 3 Position | No |
| 22. | SCV450SS | Stainless | Knob | 4 1/2 Quart | Rotary, 2 Position | No |
| 23. | SCV450SS | Stainless | Loop | 4 1/2 Quart | Rotary, 2 Position | Yes |
| 24. | SCV500SM | Floral | Knob | 5 Quart | Rotary, 2 Position | No |
| 25. | SCV551KW | White | Loop | 5 1/2 Quart | Rotary, 2 Position | No |
| 26. | SCV553KM | White | Loop | 5 1/5 Quart | Rotary, 3 Position | Yes |
| 27. | SCV601BS | Stainless | Loop | 6 Quart | Rotary, 3 Position | No |
| 28. | SCV610WM | Green Floral | Loop | 6 Quart | Rotary, 3 Position | Yes |
| 29. | SCVC604 | Stainless | Loop | 6 Quart | Digital, Programable | Yes |
| 30. | SCVP600SS | Stainless | Loop | 6 Quart | Digital, Programable | No |
| 31. | SCVP601K | Stainless | Loop | 6 Quart | Digital, Programable | No |
| 32. | SCVP601UM | Stainless | Loop | 6 Quart | Digital, Programable | Yes |
| 33. | SCVP609KLS | White | Loop | 6 Quart | Digital, Programable | Yes |
| 34. | SCVP609TG | White | Loop | 6 Quart | Digital, Programable | Yes |

7

# Gorham v. White

## 81 U.S. (14 Wall.) 511 (1871)





| Gorham's '440 Design Patent Figure 1 Front View | White's Accused Devise Front View | Gorham's '440 Design Patent Figure 2 Rear View | White's Accused Devise Rear View |

Gorham's '440
Design Patent
Figure 1
Front View

White's
Accused
Devise
Front View

Gorham's '440
Design Patent
Figure 2
Rear View

White's
Accused
Devise
Rear View

© 2005, Cooper C. Woodring, FIDSA®

8

Representative Sample of Rival's Accused Design With Knob



Representative Sample of Rival's Accused Design With Loop



9

Representative Sample of Rival's Accused Design with Stainless Steel Body



Representative Sample of Rival's Accused Design with Printed Floral Body



**EXHIBIT G – Part 4**

10

Representative Sample of Rival's Accused Design with Digital Programable Control



Representative Sample of Rival's Accused Design with Rotary Control



11

Representative Sample of Rival's Accused 3 Quart Design



Representative Sample of Rival's Accused 7 Quart Design



12

A Guide to the Design's Terminology



— Concave Curves

— Insert Handles
— Unclaimed Body Handles

— Knob (or Loop)

— Skirt
— Lid
— Insert
— Thin Band

— Unclaimed Body Handles

— Body
— Unclaimed Controls

— Thin Band
— Feet

13

West Bend's '664 Design Patent's Fig. 1, Perspective View



West Bend's '266 Design Patent's Fig. 1, Perspective View



West Bend's '993 Design Patent's Fig. 1, Perspective View



Representative Sample of Rival's Accused Design with Knob, Perspective View



Representative Sample of Rival's Accused Design with Loop, Perspective View



14

West Bend's '664 Design Patent's Fig. 2, Front View



Representative Sample of Rival's Accused Design with Knob, Front View



West Bend's '266 Design Patent's Fig. 2, Front View



Representative Sample of Rival's Accused Design with Loop, Front View



West Bend's '993 Design Patent's Fig. 2, Front View



15

West Bend's '664 Design Patent's Fig. 3, Rear View



West Bend's '266 Design Patent's Fig. 3, Rear View



West Bend's '993 Design Patent's Fig. 3, Rear View



Representative Sample of Rival's Accused Design with Knob, Rear View



Representative Sample of Rival's Accused Design with Loop, Rear View



16

West Bend's '664 Design Patent's Fig. 4, Right Side View



Representative Sample of Rival's Accused Design with Knob, Right Side View



West Bend's '266 Design Patent's Fig. 4, Right Side View



Representative Sample of Rival's Accused Design with Loop, Right Side View



West Bend's '993 Design Patent's Fig. 4, Right Side View



17

West Bend's '664 Design Patent's Fig. 5, Left Side View



West Bend's '266 Design Patent's Fig. 5, Left Side View



Representative Sample of Rival's Accused Design with Knob, Left Side View



West Bend's '993 Design Patent's Fig. 5, Left Side View



Representative Sample of Rival's Accused Design with Loop, Left Side View



18

West Bend's '664 Design Patent's Fig. 6, Top Plan View



West Bend's '266 Design Patent's Fig. 6, Top Plan View



Representative Sample of Rival's Accused Design with Knob, Top Plan View



West Bend's '993 Design Patent's Fig. 6, Top Plan View

Representative Sample of Rival's Accused Design with Loop, Top Plan View





19

West Bend's '664 Design Patent's Fig. 7, Bottom Plan View



West Bend's '266 Design Patent's Fig. 7, Bottom Plan View



West Bend's '993 Design Patent's Fig. 7, Bottom Plan View



Representative Sample of Rival's Accused Design with Knob, Bottom Plan View



Representative Sample of Rival's Accused Design with Loop, Bottom Plan View



20

June 15, 1937.    G. R. COSS    Des. 104,914

ELECTRIC ROASTER

Filed March 22, 1937

### FIG. 1.



### FIG. 2.



*Inventor*

*George R. Coss*

*By*

*Owen & Owen,*

*Attorneys.*

Patented June 15, 1937

Des. 104,914

# UNITED STATES PATENT OFFICE

104,914

DESIGN FOR AN ELECTRIC ROASTER

George R. Coss, Toledo, Ohio, assignor to The
Swartzbaugh Manufacturing Company, Toledo,
Ohio, a corporation of Ohio

Application March 22, 1937, Serial No. 68,328

Term of patent 7 years

*To all whom it may concern:*

Be it known that I, George R. Coss, a citizen of
the United States and resident of Toledo, in the
county of Lucas and State of Ohio, have invented
a new, original, and ornamental Design for an
Electric Roaster, of which the following is a speci-
fication, reference being had to the accompany-
ing drawing, forming a part thereof.

Fig. 1 is a front perspective elevation of an
electric roaster showing my new design, and Fig.
2 is an end elevation thereof.

I claim:

The ornamental design for an electric roaster,
substantially as shown.

GEORGE R. COSS.

May 24, 1949.                A. D. MORTRUDE                Des. 153,894
                                DUTCH OVEN

Filed June 12, 1947                                    2 Sheets—Sheet 1



FIG. 1

FIG. 2

INVENTOR.
ALBERT D. MORTRUDE
BY
*William Idler*
ATTORNEY

May 24, 1949.     A. D. MORTRUDE     Des. 153,894

DUTCH OVEN

Filed June 12, 1947     2 Sheets—Sheet 2



FIG. 3



FIG. 4



FIG. 5

INVENTOR.
ALBERT D. MORTRUDE
BY
William Isler
ATTORNEY.

# EXHIBIT G – Part 5

Patented May 24, 1949

Des. 153,894

# UNITED STATES PATENT OFFICE

### 153,894

### DESIGN FOR A DUTCH OVEN

**Albert D. Mortrude, Detroit, Mich., assignor to Kromex Corporation, Cleveland, Ohio, a corporation of Ohio**

Application June 12, 1947, Serial No. 139,616

Term of patent 14 years

(Cl. D44—1)

*To all whom it may concern:*

Be it known that I, Albert D. Mortrude, a citizen of the United States, residing at Detroit, county of Wayne, and State of Michigan, have invented a new, original, and ornamental Design for Dutch Oven, of which the following is a specification, reference being had to the accompanying drawing, forming a part thereof.

Fig. 1 is a plan view of a dutch oven, showing my new design;

Fig. 2 is a side elevational view of the dutch oven;

Fig. 3 is an end elevational view of the dutch oven;

Fig. 4 is a fragmentary cross-sectional view of the cover, taken on the line 4—4 of Fig. 2, and

Fig. 5 is a fragmentary cross-sectional view of the oven body taken on line 5—5 of Fig. 2.

I claim:

The ornamental design for a dutch oven, substantially as shown.

ALBERT D. MORTRUDE.

### REFERENCES CITED

The following references are of record in the file of this patent:

UNITED STATES PATENTS

| Number | Name | Date |
|---|---|---|
| D. 67,011 | Clark | Apr. 14, 1925 |
| 1,863,793 | Hermani | June 21, 1932 |

OTHER REFERENCES

Everyday Chrome Cook Ware Cat., No. 41, p. 5, items 9300 and 9310.

Arrow Aluminum Cooking Utensils Cat. No. 42, 1941, p. 38, item 7604.

# United States Patent Office

**Des. 199,747**
Patented Dec. 8, 1964

199,747

**COOKING UTENSIL**

Milton H. Farber, 54 Holly Drive, New Rochelle, N.Y.

Continuation of design applications Ser. Nos. 76,146 and 76,147, Aug. 8, 1963.   This application Apr. 23, 1964, Ser. No. 79,812

Term of patent 14 years

**(Cl. D44—1)**

FIG. 1



FIG. 2



Des. 199,747
PAGE 2



FIG. 3

FIG. 4

Des. 199,747

PAGE 3

F I G. 5



F I G. 6



**Des. 199,747**

PAGE 4



FIG. 7

FIG. 8

FIG. 9

Des. 199,747

PAGE 5



FIG. 10

FIG. 11

FIG. 12

FIG. 1 is a side elevational view of a cooking utensil, showing my new design wherein the utensil takes the form of a Dutch oven or similar article, and wherein the proportions are as shown;

FIG. 2 is a top plan view thereof;

FIG. 3 is a sectional view taken on line 3—3 of FIG 2;

FIG. 4 is a bottom plan view;

FIG. 5 is a reduced scale top perspective view of the cover element shown in FIG. 2;

FIG. 6 is a reduced scale top perspective view of the lower element shown in FIG. 1;

FIG. 7 is a side elevational view of another embodiment of a cooking utensil showing my new design wherein the utensil takes the form of a sauce pan or similar article, and wherein the proportions are as shown;

FIG. 8 is a top plan view thereof;

FIG. 9 is a bottom plan view;

FIG. 10 is a fragmentary cross-sectional view taken on line 10—10 of FIG. 7;

FIG. 11 is a top perspective view of the cover element shown in FIG. 7; and

FIG. 12 is a top perspective view of the lower element shown in FIG. 7.

The essential features of my new design are shown in full lines.

This application is a continuation of my applications Serial No. D. 76,146, filed August 8, 1963, and D. 76,147, also filed August 8, 1963, both now abandoned.

I claim:

The ornamental design for a cooking utensil, as shown and described.

**References Cited by the Examiner**

UNITED STATES PATENTS

D. 176,063   11/55   Collura _____ D44—1
D. 178,690    9/56   Painter _____ D44—1

OTHER REFERENCES

Hardware Age, June 19, 1958, p. 70, cake carrier in upper right panel.

EDWIN H. HUNTER, *Primary Examiner.*

JOEL STEARMAN, *Examiner.*

# United States Patent [19]

**Rinaldi**

[11] **Des. 248,363**

[45] ** **Jul. 4, 1978**

[54] **ELECTRIC SLOW COOKER**

[75] Inventor: **Joseph A. Rinaldi**, Oradell, N.J.

[73] Assignee: **Rival Manufacturing Company**, Kansas City, Mo.

[**] Term: **14 Years**

[21] Appl. No.: **783,953**

[22] Filed: **Apr. 1, 1977**

[51] Int. Cl. ........................................... D7—02
[52] U.S. Cl. ............................... D7/94; D7/97
[58] Field of Search .......................... D7/97, 94, 17

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| D. 54,898 | 4/1920 | Churchill | D7/20 |
| D. 160,070 | 9/1950 | Carr | D7/97 |
| D. 170,575 | 10/1953 | Jepson | D7/94 |
| D. 170,766 | 11/1953 | Petertil | D7/94 |
| D. 174,721 | 5/1955 | Steinbook | D7/94 |
| D. 221,096 | 7/1971 | Tevolitz et al. | D7/94 |
| D. 233,397 | 10/1974 | McCue | D7/94 |

**OTHER PUBLICATIONS**

House & Garden, May 1973, p. 168, Rival "Crock–Pot" shown at left.

*Primary Examiner*—Winifred E. Herrmann
*Attorney, Agent, or Firm*—Claude W. Lowe

[57] **CLAIM**

The ornamental design for an electric slow cooker, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of an electric slow cooker showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a side elevational view thereof as seen from the right of FIG. 2;
FIG. 4 is a rear elevational view thereof;
FIG. 5 is a top plan view thereof; and
FIG. 6 is a bottom plan view thereof.



**U.S. Patent**    July 4, 1978    Sheet 1 of 2    **Des. 248,363**



*Fig. 1.*



*Fig. 2.*



*Fig. 3.*



**U.S. Patent**    July 4, 1978    Sheet 2 of 2    **Des. 248,363**

*Fig. 4.*



*Fig. 5.*



*Fig. 6.*



# United States Patent [19]

## Anderson, Jr.

[11]  **Des. 253,574**

[45]  ** Dec. 4, 1979

[54] **CASSEROLE WITH COVER SEPARATELY USABLE AS PIE PLATE OR THE LIKE**

[75] Inventor:  William M. Anderson, Jr., Lynnwood, Wash.

[73] Assignee:  AMG Industries, Inc., Seattle, Wash.

[**] Term:  14 Years

[21] Appl. No.: **821,982**

[22] Filed:  **Aug. 5, 1977**

[51] Int. Cl. .......................................... D7—02
[52] U.S. Cl. .......................................... D7/97; D7/17; D7/23
[58] Field of Search ................. D7/21, 20, 19, 16, 17, D7/18, 97, 23, 40; D9/1, 220

[56]  **References Cited**

**U.S. PATENT DOCUMENTS**

| D. 148,948 | 3/1948 | Ovenshire | D7/97 |
| D. 202,912 | 11/1965 | DePuy et al. | D7/97 |
| D. 212,820 | 11/1968 | Benes | D7/97 |
| 3,065,744 | 11/1962 | Scavullo | D7/16 X |
| 3,164,285 | 1/1965 | Melich | D7/21 X |
| 3,360,153 | 12/1967 | Wheaton, Jr. | D7/17 X |

*Primary Examiner*—Winifred E. Herrmann
*Attorney, Agent, or Firm*—John O. Graybeal

[57]  **CLAIM**

The ornamental design for a casserole with cover separately usable as pie plate or the like, substantially as shown.

**DESCRIPTION**

FIG. 1 is a top perspective view of a casserole with cover separately usable as pie plate or the like showing my new design;
FIG. 2 is a side elevational view thereof;
FIG. 3 is a top plan view thereof;
FIG. 4 is a bottom view thereof;
FIG. 5 is a top perspective view thereof with the cover omitted;
FIG. 6 is a side elevational view of FIG. 5;
FIG. 7 is a top plan view of FIG. 5;
FIG. 8 is a top perspective view thereof with the casserole omitted;
FIG. 9 is a side elevational view of FIG. 8;
FIG. 10 is a top plan view of FIG. 8; and
FIG. 11 is a bottom plan view of FIG. 8.



**U.S. Patent**    Dec. 4, 1979    Sheet 1 of 3    **Des. 253,574**



Fig. 1.

Fig. 2.

Fig. 3.

Fig. 4.



*Fig.5.*



*Fig.6.*

*Fig.7.*

U.S. Patent    Dec. 4, 1979    Sheet 3 of 3    Des. 253,574



*Fig. 8.*



*Fig. 9.*



*Fig. 10.*



*Fig. 11.*

# United States Patent [19]

## Ottier

[11] **Des. 254,355**

[45]  ** **Mar. 4, 1980**

[54] **DISH**

[76] Inventor: **Sharon Ottier,** 15 Wray Ct., Rexdale, Ontario, Canada

[**] Term: **14 Years**

[21] Appl. No.: **898,494**

[22] Filed: **Apr. 20, 1978**

[51] Int. Cl. ................................................ **D7—01**
[52] U.S. Cl. .............................. **D7/20; D7/21; D7/97**
[58] Field of Search ................ D7/20, 21, 97, 23, 85, D7/27, 17

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 225,170 | 11/1972 | Ashton et al. | D7/21 |
| 3,110,303 | 11/1963 | Brownrigg | D7/97 X |
| 3,164,285 | 1/1965 | Melich | D7/17 X |
| 3,360,153 | 12/1967 | Wheaton, Jr. | D7/17 X |

*Primary Examiner*—Winifred E. Herrmann
*Attorney, Agent, or Firm*—Donald E. Hewson

[57] **CLAIM**

The ornamental design for a dish, as shown and described.

**DESCRIPTION**

FIG. 1 is a top front perspective view of a dish showing my new design;
FIG. 2 is a bottom rear perspective view thereof;
FIG. 3 is a cross section in the direction of arrows 3—3 in FIG. 1;
FIG. 4 is a cross section in the direction of arrows 4—4 in FIG. 1; and
FIG. 5 is a plan view, from below, of a dish showing my new design.





**U.S. Patent**    Mar. 4, 1980    Sheet 1 of 2    **Des. 254,355**



FIG.1



FIG.2

U.S. Patent     Mar. 4, 1980     Sheet 2 of 2     Des. 254,355



FIG. 3

FIG. 4

FIG. 5

# United States Patent [19]

### Bowen et al.

[11]  **Patent Number:**  **Des. 275,925**

[45]  **Date of Patent:** ** **Oct. 16, 1984**

[54]  **MICROWAVE EGG COOKER BASE**

[75]  Inventors:  Robert F. Bowen, Burlington; Wayne I. Pollack, Arlington, both of Mass.

[73]  Assignee:  Raytheon Company, Lexington, Mass.

[**]  Term:  14 Years

[21]  Appl. No.:  386,149

[22]  Filed:  Jun. 7, 1982

[52]  U.S. Cl. .................................... D7/357; D7/360

[58]  Field of Search ................. D7/354, 360, 357, 356, D7/402, 403, 388, 362, 363

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 216,213 | 12/1969 | Mann .............................. | D7/360 |
| D. 273,168 | 3/1984 | Bowen et al. ..................... | D7/354 |
| 2,807,701 | 9/1957 | Conlin et al. .................... | D7/357 X |
| 3,915,532 | 10/1975 | Ashton ............................ | D7/17 X |

#### OTHER PUBLICATIONS

*Best Products* 1980 Buyer's Book, p. 261, Item #19, Popcorn Popper/Casserole, Microwave Magic "Nordic Ware" base portion shown.
*West Bend*, Suppl. to HFD., Sec. II Jan. 16, 1978, p. 3, Item F, far lower right, Automatic Egg Cooker #5820.

*Primary Examiner*—Winifred E. Herrmann
*Attorney, Agent, or Firm*—William R. Clark; Joseph D. Pannone

[57]  **CLAIM**

The ornamental design for a microwave egg cooker base, as shown and described.

## DESCRIPTION

FIG. 1 is a top, front perspective view of a microwave egg cooker base showing our new design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a front or rear elevational view thereof; and
FIG. 4 is a bottom plan view thereof.





U.S. Patent    Oct. 16, 1984    Sheet 1 of 2    Des. 275,925



FIG. 1



FIG. 2

**U.S. Patent**    Oct. 16, 1984    Sheet 2 of 2    **Des. 275,925**



*FIG. 3*



*FIG. 4*

# United States Patent [19]

## Greb et al.

[11] Patent Number: **Des. 284,257**

[45] Date of Patent: ★★ Jun. 17, 1986

[54] **COOKING KETTLE**

[75] Inventors: Francis J. Greb, Buffalo Grove; Robert S. Huff, Oak Park, both of Ill.

[73] Assignee: National Presto Industries, Inc., Eau Claire, Wis.

[**] Term: 14 Years

[21] Appl. No.: 529,581

[22] Filed: Sep. 6, 1983

[52] U.S. Cl. ............................... D7/355; D7/360
[58] Field of Search ................ D7/354, 355, 328, 323, D7/360, 391, 387, 393; 219/438–442, 432, 474–475, 391

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 170,766 | 11/1953 | Petertil | D7/360 |
| D. 176,002 | 11/1955 | Boldt | D7/360 |
| D. 182,786 | 5/1958 | Boldt | D7/360 |
| D. 253,388 | 11/1979 | Boldt et al. | D7/360 X |
| 2,785,277 | 3/1957 | Jepson | D7/360 X |
| 4,270,067 | 5/1981 | Thomas et al. | 219/438 |
| 4,307,287 | 12/1981 | Weiss | D7/355 X |

### OTHER PUBLICATIONS

*Retail Home Furnishings*, 1–16–78, p. 35, Empire Supreme Crock Pot.

*Housewares HFD* 7–12–82, Sec. 3, p. 7, Sanyo Cooking Pot (5 boxes down 1 over to right).
Catalog Page—Presto "WeeCookerie" Whole Meal Maker.
Catalog Page—Presto "GranCookerie" Family Size Whole Meal Maker.
Catalog Page, Front Cover of Recipe Booklet and Photograph of the Dazey Chef's Pot.
German Brochure (Euromat–S Schnellkocher).
West Bend Advertisement from *House & Garden*, May 1973, p. 155.

*Primary Examiner*—Bernard Ansher
*Assistant Examiner*—Linda Titolo
*Attorney, Agent, or Firm*—Merchant, Gould, Smith, Edell, Welter & Schmidt

[57] **CLAIM**

The ornamental design for a cooking kettle, substantially as shown and described.

**DESCRIPTION**

FIG. 1 is a top, front and right side perspective view of a cooking kettle, showing our new design;
FIG. 2 is a front elevational view thereof, the rear elevational view being a mirror image thereof;
FIG. 3 is a right side elevational view thereof;
FIG. 4 is a left side elevational view thereof;
FIG. 5 is a top plan view thereof; and
FIG. 6 is a bottom plan view thereof.



**U.S. Patent**    Jun. 17, 1986    Sheet 1 of 3    **Des. 284,257**



FIG. 1

FIG. 2



**U.S. Patent**    Jun. 17, 1986    Sheet 2 of 3    **Des. 284,257**

FIG. 3



FIG. 4

**U.S. Patent**    Jun. 17, 1986    Sheet 3 of 3    **Des. 284,257**

FIG. 5



FIG. 6

US00D366592S

# United States Patent [19]

## Cesaroni et al.

[11] Patent Number: **Des. 366,592**

[45] Date of Patent: **\*\*\* Jan. 30, 1996**

[54] **ELECTRIC COOKER**

[75] Inventors: **William C. Cesaroni**, Glenview, Ill.; **Edward J. Duquaine, Jr.**, West Bend, Wis.

[73] Assignee: **The West Bend Company**, West Bend, Wis.

[ \* ] Notice: The portion of the term of this patent subsequent to Dec. 8, 2005, has been disclaimed.

[\*\*] Term: **14 Years**

[21] Appl. No.: **38,795**

[22] Filed: **Apr. 15, 1987**

[52] U.S. Cl. .............................. D7/360; D7/355

[58] Field of Search ........................... D7/354, 355, 356, D7/358, 360, 362, 363, 367, 391, 40; 219/429, 432, 438, 440; 99/403, 410, 411, 413, 331

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 161,299 | 12/1950 | Altemiller | D7/354 |
| D. 247,946 | 5/1978 | Painter et al. | D7/360 |
| D. 248,079 | 6/1978 | Painter et al. | D7/360 |
| D. 250,626 | 12/1978 | Scott | D7/360 |
| D. 276,689 | 12/1984 | Spoeth, Jr. | D7/360 X |

### OTHER PUBLICATIONS

*W. Bell & Co.;* 1984; p. 361; bottom row, first item; letter "G" West Bend Slo Cooker Plus.

*W. Bell & Co.;* 1984; p. 361; bottom row, second item; letter "H" West Bend Multi–Purpose Cooker

*Best Products Catalog;* 1983/1984; p. 247; bottom row, far right, item No. 20, West Bend 4 Qt. Slow Cooker Model 84114.

*Primary Examiner*—Winifred E. Herrmann
*Assistant Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Jansson & Shupe, Ltd.

[57] **CLAIM**

The ornamental design for an electric cooker, as shown and described.

### DESCRIPTION

FIG. 1 is a top, front and left side perspective view of an electric cooker showing our new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a right side elevational view thereof, the opposite side being a mirror image thereof;

FIG. 4 is a rear elevational view thereof;

FIG. 5 is a top plan view thereof;

FIG. 6 is a bottom plan view thereof;

FIG. 7 is a top, front and left side perspective view of an alternative embodiment of the electric cooker shown in FIG. 1 on a smaller scale, having the same base and a different cover;

FIG. 8 is a front elevational view of the alternative embodiment of the design as shown in FIG. 7; and,

FIG. 9 is a right side elevational view of the alternative embodiment of the design as shown in FIG. 7, the opposite side being a mirror image thereof.

**1 Claim, 4 Drawing Sheets**





**U.S. Patent**          Jan. 30, 1996          Sheet 1 of 4          **Des. 366,592**



FIG.1



FIG.2

**EXHIBIT G – Part 6**

**U.S. Patent**         Jan. 30, 1996         Sheet 2 of 4         **Des. 366,592**



**FIG.3**



**FIG.4**

**U.S. Patent**      Jan. 30, 1996      Sheet 3 of 4      **Des. 366,592**



FIG.5



FIG.6

**U.S. Patent**        Jan. 30, 1996        Sheet 4 of 4        **Des. 366,592**



FIG.7

FIG.8

FIG.9



US00D416434S

# United States Patent [19]

## Pollnow

[11] **Patent Number:** **Des. 416,434**

[45] **Date of Patent:** ** **Nov. 16, 1999**

[54] **COOKER**

[75] Inventor: **Scott Thomas Pollnow**, West Bend, Wis.

[73] Assignee: **Premark WB Holdings, Inc.**, Wilmington, Del.

[**] Term: **14 Years**

[21] Appl. No.: **29/093,383**

[22] Filed: **Sep. 9, 1998**

[51] **LOC (6) Cl.** ........................................ **07-02**
[52] **U.S. Cl.** ............................................ **D7/360**
[58] **Field of Search** ...................... D7/323, 354–361; 220/573.1, 573.4; 99/324, 325, 403

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 170,575 | 10/1953 | Jepson | D7/360 |
| D. 280,064 | 8/1985 | Obata et al. | D7/360 |
| D. 284,257 | 6/1986 | Greh et al. | D7/355 |
| D. 300,598 | 4/1989 | Ueda et al. | D7/360 |
| D. 335,063 | 4/1993 | Napolitano | D7/360 |

D. 376,724 | 12/1996 | Mendelson et al. | D7/360

*Primary Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

[57] **CLAIM**

The ornamental design for a cooker, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a cooker showing my new design;
FIG. 2 is an elevation view of the front of the cooker shown in FIG. 1;
FIG. 3 is an elevation view of the rear of the cooker shown in FIGS. 1 and 2;
FIG. 4 is an elevation view of the right side of the cooker shown in FIGS. 1–3;
FIG. 5 is an elevation view of the left side of the cooker shown in FIGS. 1–4;
FIG. 6 is a top plan view of the cooker shown FIGS. 1–5 ; and,
FIG. 7 is a bottom plan view of the cooker shown in FIGS. 1–6.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**    Nov. 16, 1999    Sheet 1 of 4    **Des. 416,434**



*Fig. 1*

**U.S. Patent**     Nov. 16, 1999     Sheet 2 of 4     **Des. 416,434**



*Fig. 2*



*Fig. 3*

**U.S. Patent**    Nov. 16, 1999    Sheet 3 of 4    **Des. 416,434**



*Fig. 4*



*Fig. 5*

**U.S. Patent**    Nov. 16, 1999    Sheet 4 of 4    **Des. 416,434**



*Fig. 6*

*Fig. 7*



US00D420246S

# United States Patent [19]

## Alonge et al.

| [11] | Patent Number: | Des. 420,246 |
|---|---|---|
| [45] | Date of Patent: ** | Feb. 8, 2000 |

[54] SLOW COOKER

[76] Inventors: **Barbara Alonge**, 1512 Maeder Ave., North Merrick, N.Y. 11566; **David Sabin**, 210 N. Mayflower, Lake Forest, Ill. 60045

[**] Term: 14 Years

[21] Appl. No.: 29/093,339

[22] Filed: Sep. 9, 1998

[51] LOC (7) Cl. .......................................................... 07-02
[52] U.S. Cl. ............................................................ D7/360
[58] Field of Search .......................... D7/323, 354–361; 220/573.1, 573.4; 99/324, 325, 403

[56]                    References Cited

U.S. PATENT DOCUMENTS

| D. 170,575 | 10/1953 | Jepson | D7/360 |
|---|---|---|---|
| D. 280,064 | 8/1985 | Obata et al. | D7/360 |
| D. 284,257 | 6/1986 | Greb et al. | D7/355 |
| D. 300,598 | 4/1989 | Ueda et al. | D7/360 |
| D. 335,063 | 4/1993 | Napolitano | D7/360 |
| D. 376,724 | 12/1996 | Mendelson et al. | D7/360 |

*Primary Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Jerry A. Schulman

[57]                    **CLAIM**

The ornamental design for a slow cooker, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevational view of the present invention;
FIG. 2 is a right lateral elevational view thereof;
FIG. 3 is a left lateral elevational view thereof;
FIG. 4 is a top plan view thereof;
FIG. 5 is a bottom plan view thereof;
FIG. 6 is a rear elevational view thereof; and,
FIG. 7 is a perspective view thereof.

**1 Claim, 4 Drawing Sheets**



**U.S. Patent**          Feb. 8, 2000          Sheet 1 of 4          **Des. 420,246**



FIG. 1



FIG. 2

**U.S. Patent**    Feb. 8, 2000    Sheet 2 of 4    **Des. 420,246**



FIG.3



FIG.4



FIG. 7



US00D420247S

# United States Patent [19]

## Kaney et al.

[11]  Patent Number:  Des. 420,247

[45]  Date of Patent:  **  Feb. 8, 2000

[54]  **COOKER**

[75]  Inventors:  **Howard W. Kaney**, West Bend; **Scott H. Micoley**, Cedarburg, both of Wis.

[73]  Assignee:  **Premark WB Holdings, Inc.**, Wilmington, Del.

[**]  Term:  **14 Years**

[21]  Appl. No.: **29/097,451**

[22]  Filed:  **Dec. 7, 1998**

[51]  LOC (7) Cl. ...................................... **07-02**
[52]  U.S. Cl. ................................................ **D7/360**
[58]  Field of Search ................ D7/354–361; 99/324, 99/325, 340, 347, 403, 410–413, 419

[56]  **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 170,575 | 10/1953 | Jepson . |
| D. 267,388 | 12/1982 | Spoeth, Jr. et al. ............. D7/360 |
| D. 280,064 | 8/1985 | Obata et al. . |
| D. 284,257 | 6/1986 | Greb et al. ...................... D7/355 |
| D. 300,598 | 4/1989 | Ueda et al. . |
| D. 335,063 | 4/1993 | Napolitano . |
| D. 366,592 | 1/1996 | Cesaroni et al. ................ D7/360 |
| D. 376,724 | 12/1996 | Mendelson et al. . |
| D. 404,244 | 1/1999 | Jozancy .......................... D7/354 |
| 5,782,165 | 7/1998 | Glenboski et al. .............. 99/340 |

*Primary Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Michael Best & Friedrich LLP

[57]  **CLAIM**

The ornamental design for a cooker, as shown and described.

**DESCRIPTION**

FIG. 1 is an elevation view of the front a cooker constructed in accordance with one preferred embodiment of the invention;
FIG. 2 is an elevation view of the rear of the cooker shown in FIG. 1;
FIG. 3 is an elevation view of the left of the cooker shown in FIGS. 1 and 2;
FIG. 4 is an elevation view of the right of the cooker shown in FIGS. 1–3;
FIG. 5 is a top plan view of the cooker shown in FIGS. 1–4;
FIG. 6 is a bottom plan view of the cooker shown in FIGS. 1–5; and,
FIG. 7 is an exploded view of the front of the cooker shown in FIGS. 1–6.

**1 Claim, 4 Drawing Sheets**





**U.S. Patent**          Feb. 8, 2000          Sheet 1 of 4          **Des. 420,247**



*Fig. 1*



*Fig. 2*

**U.S. Patent**    Feb. 8, 2000    Sheet 2 of 4    **Des. 420,247**



*Fig. 3*



*Fig. 4*

**U.S. Patent**    **Feb. 8, 2000**    **Sheet 3 of 4**    **Des. 420,247**



*Fig. 5*



*Fig. 6*

**U.S. Patent**         Feb. 8, 2000         Sheet 4 of 4         **Des. 420,247**



*Fig. 7*



US00D429596S

# United States Patent [19]

## Hlava et al.

| | |
|---|---|
| [11] | Patent Number: **Des. 429,596** |
| [45] | Date of Patent: ** **Aug. 22, 2000** |

[54] **SLOW COOKER**

[75] Inventors: **Lorens G. Hlava**, Clinton, Mo.; **Gary A. Klein**, Overland Park, Kans.; **Lori D. Baker**, Pleasant Hill, Mo.

[73] Assignee: **The Rival Company**, Kansas City, Mo.

[**] Term: **14 Years**

[21] Appl. No.: **29/099,269**

[22] Filed: **Nov. 21, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 29/068,020, Mar. 17, 1997, abandoned.

[51] LOC (7) Cl. ........................................... **07-02**
[52] U.S. Cl. ................................................. **D7/360**
[58] Field of Search ..................... D7/323, 354–361, D7/337; 99/324, 325, 331, 403, 410–413; 219/429, 432, 438, 440

[56]               **References Cited**

### U.S. PATENT DOCUMENTS

| D. 113,632 | 3/1939 | Howlett | D7/360 |
|---|---|---|---|
| D. 115,168 | 6/1939 | Hadley | D7/360 |
| D. 230,935 | 3/1974 | Lloveras | D7/360 |
| 244,180 | 7/1881 | Campbell | 126/369 |
| 263,049 | 8/1882 | Krehbiel | 126/369 |
| D. 279,956 | 8/1985 | Eyck et al. | D7/354 |
| 282,587 | 8/1883 | Swink | 126/369 |

(List continued on next page.)

### FOREIGN PATENT DOCUMENTS

| 35389 | 9/1887 | Canada . |
|---|---|---|
| 1082456 | 12/1954 | France . |
| 270722 | 9/1912 | Germany . |
| 271879 | 11/1912 | Germany . |
| 75371 | 8/1917 | Germany . |
| 2329 | 2/1909 | United Kingdom . |
| 5969 | 7/1912 | United Kingdom . |
| 7612 | 11/1913 | United Kingdom . |
| 209721 | 11/1924 | United Kingdom . |

### OTHER PUBLICATIONS

West Bend Electric Steamer/Rice Cooker advertisement; believed published in 1992.
Rival Automatic Steamer and Rice Cooker operating manual and cookbook; published in 1985, pp. 1–3.
House & Home Electric Steamer & Rice Cooker packaging exterior.
Nesco Steam Cuisine operating manual and cookbook; published in 1991, pp. 1–4.
Singer Lo–Cal Cooker operating manual and cookbook; published in 1992, pp. 1–5, and 26.
West Bend Electric Steamer/Rice Cooker operating manual and cookbook; published in Dec. 1992, pp. 1, 3–5.
Black & Decker Handy Steamer operating manual and cookbook; published in 1991, pp. 1–7.
Moulinex Steam Cooker operating manual and warranty booklet; believed published in 1993, pp. 1–5.
Hamilton Beach Vegetable Steamer/Rice Cooker operating manual; published in Feb. 1993, pp. 1, 6.
Steam Cuisine operating manual and cookbook.
Contempra Table Toppers manual and cookbook.
Aroma Rice Cooker/Steamer newspaper article.
Hitachi, ChimeOmatic Models RD5083 & RD6103 specifications.

(List continued on next page.)

*Primary Examiner*—Caron D. Veynar
*Attorney, Agent, or Firm*—Brinks, Hofer, Gilson & Lione; Francis E. Marino

[57]                 **CLAIM**

The ornamental design for a slow cooker, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a slow cooker showing our new design;
FIG. 2 is a front view thereof;
FIG. 3 is a bottom view thereof;
FIG. 4 is a top view thereof;
FIG. 5 is a rear view thereof;
FIG. 6 is a right side view thereof; and,
FIG. 7 is a left side view thereof.

**1 Claim, 4 Drawing Sheets**



**Des. 429,596**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 347,356 | 5/1994 | Yim | D7/354 |
| 354,240 | 12/1886 | Roberts | 126/369 |
| D. 363,635 | 10/1995 | Cashin et al. | D7/354 |
| D. 366,592 | 1/1996 | Cesaroni et al. | D7/360 |
| 366,960 | 7/1887 | Johnson et al. | 99/444 |
| D. 376,067 | 12/1996 | Litmann | D7/354 X |
| 560,336 | 5/1896 | Willson | 126/369 |
| 607,759 | 7/1898 | Mathy | 126/376 |
| 636,528 | 11/1899 | Henderson | 126/369 |
| 776,926 | 12/1904 | Misener | 126/369 |
| 780,851 | 1/1905 | Wilson | 126/369 |
| 869,903 | 11/1907 | Harloe | 126/369 |
| 907,154 | 12/1908 | Lewis et al. | 126/376 |
| 925,781 | 6/1909 | Mathy | 220/4.21 |
| 926,028 | 6/1909 | Smith | 126/369 |
| 1,606,395 | 11/1926 | Hensel et al. | 215/298 |
| 2,089,411 | 8/1937 | Olsson et al. | 126/369 |
| 2,131,663 | 9/1938 | Hughes | 220/772 |
| 2,154,263 | 1/1939 | Hunzinger et al. | 126/369 |
| 2,554,412 | 5/1951 | Kavanagh | 99/425 |
| 2,622,591 | 12/1952 | Bramberry | 126/381 |
| 2,715,898 | 8/1955 | Michaelis et al. | 126/273 R |
| 2,718,842 | 9/1955 | Klemm | 99/351 |
| 2,761,375 | 9/1956 | Jepson | 99/344 |
| 2,947,304 | 8/1960 | Ashley | 126/381 |
| 3,078,783 | 2/1963 | Lee | 99/352 |
| 3,147,689 | 9/1964 | Sakamoto et al. | 99/331 |
| 3,275,801 | 9/1966 | Churchill | 219/468.2 |
| 3,485,163 | 12/1969 | Arila | 99/413 |
| 3,659,584 | 5/1972 | Doyle et al. | 126/369 |
| 3,869,595 | 3/1975 | Collins et al. | 219/387 |

| | | | |
|---|---|---|---|
| 4,045,653 | 8/1977 | Soper et al. | 219/438 |
| 4,052,590 | 10/1977 | Anderl et al. | 219/438 |
| 4,115,918 | 9/1978 | Anderl et al. | 29/611 |
| 4,148,250 | 4/1979 | Miki et al. | 99/403 |
| 4,197,791 | 4/1980 | Vieceli et al. | 99/339 |
| 4,452,132 | 6/1984 | Miller et al. | 99/483 |
| 4,509,412 | 4/1985 | Whittenburg et al. | 99/331 |
| 4,605,840 | 8/1986 | Koopsman | 219/401 |
| 4,650,968 | 3/1987 | Williams | 219/401 |
| 4,920,251 | 4/1990 | Whitenack et al. | 219/401 |
| 5,097,753 | 3/1992 | Naft | 99/341 |

OTHER PUBLICATIONS

Hitachi Models RD3031, RD405F, RZ1540L8 & RZ1840L/10 specifications.

Rival® Crock–Grill® Sales Brochure; Oct., 1995.

Rival® Automatic Steamer/Rice Cooker Sales Brochure; Oct., 1995.

Rival® Crock–Pot® Slow Cooker Sales Brochure; Oct., 1995.

Rival® Crock–Pot® Little Dipper Model 3204 SW Sales Brochure; Oct., 1995.

Rival® Crock–Pot® Little Dipper Model 3204D Sales Brochure; Oct., 1995.

Rival® 8–oz Potpourri Crock® Model 3206 XX Sales Brochure; Oct., 1995.

Rival® Potpourri Crock® Model 3209XX Sales Brochure; Oct., 1995.

Rival® Crock–Pot® Little Dipper Sales Brochure; Oct., 1995.

U.S. Patent          Aug. 22, 2000          Sheet 1 of 4          Des. 429,596



Fig. 1

**U.S. Patent**        Aug. 22, 2000        Sheet 2 of 4        **Des. 429,596**



*Fig. 2*

*Fig. 3*

**U.S. Patent**          Aug. 22, 2000          Sheet 3 of 4          **Des. 429,596**



*Fig. 4*

*Fig. 5*



**U.S. Patent**          Aug. 22, 2000          Sheet 4 of 4          **Des. 429,596**

*Fig.* 6



*Fig.* 7



21

## The Ornamental Points of Novelty

| | Knob | Skirt | Lid | Insert | Feet |
|---|---|---|---|---|---|
| | An opaque round shaped and disc-like knob mounted on a round shaped smaller diameter pedestal, or a somewhat mushroom shaped knob. | An opaque round shaped skirt that is larger in diameter than the knob. | A translucent domed and oval shaped lid having no integral skirt or knob. | An opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flaired and handles and having a material thickness that thins around the insert's entire perimeter. | Four opaque small cylindrical feet placed in a rectangular pattern on the body's bottom. |
| **The Patents** | | | | | |
| **West Bend's '864 Patent** Claims: Knob, Skirt, Lid, Insert, Body and Feet | Yes | Yes | Yes | Yes | Yes |
| **West Bend's '286 Patent** Claims: Knob, Skirt, Lid, Insert and Body | Yes | Yes | Yes | Yes | No, feet not claimed |
| **West Bend's '069 Patent** Claims: Skirt, Lid, Insert and Body | No, knob not claimed | Yes | Yes | Yes | No, feet not claimed |
| **The Prior Art References** | | | | | |
| Hlava et al's D429,596 Design Patent for a "Slow Cooker" | No, the knob is translucent and it is not round | No, it has no skirt | No, the lid is not oval | No, the insert is not generally oval | No, it has three large tapered feet |
| Kaney et al's D420,247 Design Patent for a "Cooker" | No, the knob is translucent | No, the skirt is translucent | No, it has an integral skirt and knob | No, the material thickness does not thin around the entire perimeter | No, it has four large oval shaped feet |
| Alonge et al's D420,246 Design Patent for a "Slow Cooker" | No, the knob is translucent | No, the skirt is translucent | No, it has an integral skirt and knob | No, the material thickness does not thin around the entire perimeter | No, it has three large domed feet |
| Polinsky's D416,434 Design Patent for a "Cooker" | No, the knob and skirt are one piece | No, the knob and skirt are one piece | No, the lid is not oval | No, the insert is round | No, it has three small round feet |
| Cesaroni et al's D366,592 Design Patent for an "Electric Cooker" | No, the knob is translucent, or the knob is non-existant | No, the skirt is translucent and it is not round | No, the lid is not oval, and it has an integral skirt and knob, or the lid is not oval | No, it has no insert and it is not generally oval | No, it has four blade-like feet set at angles |
| Greb et al's D284,257 Design Patent for a "Cooking Kettle" | No, the knob is translucent | No, the skirt is translucent | No, the lid is not oval, and it has an integral skirt and knob | No, it has no insert and it is not generally oval | No, it has four square feet extending beyond the body's perimeter |
| Bowen et al's D275,925 Design Patent for a "Microwave Egg Cooker Base" | No, it has no knob | No, it has no skirt | No, it has no lid | No, the insert is round | No, it has curved feet that are segments of a circle |
| Ottie's D284,355 Design Patent for a "Dish" | No, it has no knob | No, it has no skirt | No, it has no lid | No, it has no insert | No, it has round centered foot and a circular rib around its perimeter |
| Anderson's D259,574 Design Patent for a "Casserole With Cover Separately Usable as a Pie Plate" | No, it has a rectangular bar | No, it has no skirt | No, its lid is round and opaque | No, it has no insert | No, it has concentric circular ribs |
| Rinaldi's D246,383 Design Patent for an "Electric Slow Cooker" | No, it has a large hockey puck-like knob and no pedestal | No, it has no skirt | No, the lid is not oval, and it has an integral knob | No, the insert is not generally oval | No, it has three tapering cylindrical feet |
| Farber's D199,747 Design Patent for a "Cooking Utensil" | No, it has no knob | No, it has no skirt | No, the lid is round and opaque | No, it has no insert | No, it has no feet |
| Morfude's D153,894 Design Patent for a "Dutch Oven" | No, it has a rectangular bar | No, it has no skirt | No, the lid is round and opaque | No, it has no insert | No, it has no feet |
| Coss' D104,914 Design Patent for an "Electric Roaster" | No, it has no knob | No, it has no skirt | No, the lid is opaque | No, if it has an insert, it has no end handles | No, it has no feet |

**EXHIBIT G – Part 7**

22

1. Rival's Accused Design Model 3730W



2. Rival's Accused Design Model 37351C



.com

100% Secure Ordering

| CUSTOMER SERVICE | ABOUT US | FREQUENT |
| AFFILIATE PROGRAM | SHIPPING RATES | VIEW B. |

HOME 🏠

SEARCH Keyword ◯ | 

Shop by Brand ▼ ◯

 KitchenAid  Cuisinart  salton   DeLonghi  ◯Norelco°  ●BLACK&DECKER 

Browse
DIRECTORY

As Seen on TV
Black & Decker 1/2 Sale
Bosch Specials
Cookware
Cuisinart Sale!
Delonghi 1/2 Price
Electronics
Gadgets
Gifts & Gadgets
Great Outdoors
Health & Beauty
Home & Garden
Home Gadgets
Home Office
Kitchen & Cooking
KitchenAid Shop
Le Creuset
Mikasa Store - New!
OXO
Small Appliances
Sunshine Lamps
The Wine Cellar
Travel
- Bargain Bin
- Best Sellers
- Closeouts
- Featured Products
- New Items!
- Recipes
- Sale Items!
- Specials
- Under $20 Bargains
- Your Choice $9.99
— About iKitchen

**Home > Small Appliances > Slow Cookers > Rival 3735W 3 1/2 Qt. Oval Slow Coo With Glass Lid**



Click to enlarge

| Order Information | |
|---|---|
| Item # | 01-RS 3735W |
| Reg Price | $30.00 |
| Sale Price | $29.99 (You Save 25%) |

**MIDNIGHT MADNESS Sale!**
**Use Coupon Code**
**MIDNIGHT**
**for an additional 5% OFF**
**Until Midnight!**

Qty | 1 | 🛒 Add To Cart

**Availability:** Usually ships in 2- business days.

No Reviews
<u>Be the first to review!</u>

Email a Friend

## Rival 3735W 3 1/2 Qt. Oval Slow Cooker With Glass Lid

Product Info     Related Items

Capture that special slow-simmered flavor with this Rival½ 3 1/2 Qt. Slow Cooker.

**Features:**

* Wrap-around heat
* 3 1/2-qt. capacity
* 3-position control and oval removable stoneware pot

**Customer Reviews**
**This form is for Product reviews only.**
**Customer Service or product Questions, please click <u>here.</u>**

4.  Rival's Accused Design Model 3735WN



**EXHIBIT G – Part 8**

5. Rival's Accused Design Model 37401W



6. Rival's Accused Design Model 3752SM



7.  Rival's Accused Design Model 37601VEG



8.  Rival's Accused Design Model 38551W



Amazon.com: Rival 38601-C 6-Quart Oval Smart-Pot Slow Cooker, Chrome: Kitchen & ... Page 6 of 10

**amazon**.com'   Your
Amazon.com | Kitchen &
Housewares | See All 35
Product Categories | Your Account | Cart | Your Lists | H

Browse Brands & Products | Top Sellers | Housewares | Small Appliances | Gift Ideas & Wedding Registry | Today's Deals | Outlet, Used & Reconditioned

Search | Home & Garden | GO | Find Gifts | AO Web Search

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.





**ZOOM**
See larger image and other views (with zoom)

## Rival 38601-C 6-Quart Oval Smart-Pot Slow Cooker, Chrome

Other products by Rival
★★★☆☆ (63 customer reviews)

**Color Name:**
Chrome: $60.00

**Price: $60.00**

**Availability:** In Stock. Ships from and sold by Macy's.

**Colors:**
Chrome
White

**Price: $60.0**
In Stock
Ships from and sold b 

**Quantity:** 1
Add to Shopping
**or**
Sign in to turn on 1-Clic

**More Buying Ch**

Get it for less! | Orde
Have one to sell? | Sell

Add to Wish List
Add to Shopping
**NEW LIST!** Learn

Add to Wedding Re
Add to Baby Regi

Tell a friend

## Product Features

- Removable stoneware w/tempered glass lid
- Programmable touchpad selects time & temp / auto-shift to warm
- Suregrip¿ side handles: improved grip & comfort
- Chrome lid handle for upscale styling
- Dimensions 9.3 long, 18.1 wide, 14.3 high weighs 13.2 lbs

## Product Details

**Product Dimensions:** 18.3 x 14.4 x 9.5 inches ; 14.5 pounds
**Shipping Weight:** 14.00 pounds (View shipping rates and policies)
**Shipping:** Currently, item can be shipped only within the U.S.
**Shipping Advisory:** This item must be shipped separately from other items in your order. Add shipping charges will not apply.
**ASIN:** B00008I8NR
**Item model number:** 38601-C

10. Rival's Accused Design Model 38601W



11. Rival's Accused Design Model 38651C



# KOHLS.com
expect great things™

Today's Ad  Gift Cards  Holiday Gifts  Bridal Registry  My Kohl's Charge

store custo order

Women's  Juniors'  Men's/Young Men's  Kids'  Special Sizes  Shoes  **Kitchen & Dining**  Homestore  Jewelry  Beaut

🛍 **Shopping Bag**  |  checkout

0 item(s), $0.00  estimated shipping:$0.00

sign-in

**FREE Standard Shipping** when you spend $75 or more!
Get the details.

SIGN-UP FOR **SALE ALERTS**

Find out a biggest sa 10% off yo

Home/Kitchen & Dining /Kitchen Electrics /Slowcookers /Rival® 7-qt. Oval Vegetable Crock-Pot®

## Rival® 7-qt. Oval Vegetable Crock-Pot®
reg. $49.99
**sale $24.99**

Select the item **below.**

Get **F**
Standard
when
$7

**More to G**



Hamilton Beach®
reg. $
**sale $**

[ larger image ]  [ zoom feature ]

Presto® Profe
Shool
reg. $
**sale $**

**Easy, convenient, must-have!** Come home to a warm, fresh meal that's ready to serve with this slowcooker. Featuring a removable stoneware pot with a Rinse-Clean™ coating, so cleanup is a breeze. And Sure-Grip™ handles for secure, comfortable handling. With three heat settings, including a "warm" setting. And a tempered glass lid that lets you take a peak on the progress without letting any heat escape. Plus, the large seven-quart capacity is a necessity for large families. It even comes with a BONUS travel case for meals on the go!

- 7-quart capacity
- Dishwasher safe lid and stoneware
- Manufacturer's limited 1-year warranty
- Model no. 5070TC-VG

| Item | Price | Qua |
|---|---|---|
| **Rival® 7-qt. Oval Vegetable Crock-Pot®** | reg. $49.99<br>**sale $24.99** | *1 |

Ship this item to:  *Self

[ add to b ]

* Requi

Case 1:05-cv-11367-WGY    Document 67-24    Filed 12/04/2006    Page 10 of 10



**the smarter way to shop**

| Home | Clothes | Home & Garden | Computers | Halloween | Jewelry | Toys | Electron |

**Shop for** 5070tc rival   **in** All Departments

Home > Appliances > Crock Pots & Slow Cookers > Rival 5070TC Electric Slow Cooker

## Rival 5070TC Electric Slow Cooker

7 Quart Capacity - Overall Color: White - With Keep Warm Setting

Product Rating: Be the first to review this product!

Price: **$48.99** at 1 store

Information: Product Details

Reviews: Write a Review

Enlarge Image

Not what you're looking for? Search all departments for "5070tc rival"

## Description

Rival's 7-Quart Slow Cooker showcases a Blanket of Heat, which wraps around for even heat di
cooker features a lifetime Rinse-Clean stick-resistant coating.

## Product Details

### Main Features

| | |
|---|---|
| Manufacturer Sku: | 5070-W |
| Brand: | Rival |
| Model: | 5070TC |
| Product Type: | Electric Slow Cooker |

### Other Features

| | |
|---|---|
| Color: | White |
| Capacity: | 7 Quart |
| Keep Warm Setting: | With Keep Warm Setting |
| Removable Pot: | Removable Pot |
| Glass Lid: | With Glass Lid |

**EXHIBIT G – Part 9**

amazon.com.

| Your Amazon.com | Kitchen & Housewares | See All 35 Product Categories | Your Account | Cart | Your Lists | H

Browse Brands & Products | Top Sellers | Housewares | Small Appliances | Gift Ideas & Wedding Registry | Today's Deals | Outlet, Used & Reconditioned

Search | Home & Garden | [ ] | (GO) | Find Gifts | (A9) Web Search

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.



See larger image

Share your own customer images

## Rival 5445-BCN 4-1/2-Quart Crock Pot Slow Cooker, Black/Chrome

Other products by Rival

★★☆☆☆ (14 customer reviews)

**Availability:** This item is currently not available.

**Ships in Original Packaging:** This item ships separately and in the original manufacturer's packaging. There will be shipping labels attached to the outside of the package. The contents of this package cannot be concealed. See Product details for more information

Get it for less! [ Orde

Have one to sell? [ Sell

[ Add to Wish List

[ Add to Shopping

**NEW LIST!** Learn

[ Add to Wedding Re

[ Add to Baby Regi

[ Tell a friend

## Product Features

- Auto-Protect safety system
- 2 heat settings
- Removeable stoneware
- Rinse-clean stick resistant coating
- Glass Lid

## Product Details

**Product Dimensions:** 16.1 x 12.6 x 9.1 inches ; 11.2 pounds

**Shipping Weight:** 13.00 pounds

**Shipping:** Currently, item can be shipped only within the U.S.

**Shipping Advisory:** This item must be shipped separately from other items in your order. Add shipping charges will not apply.

**ASIN:** B00005JHQ1

**Item model number:** 5445-BCN

**Average Customer Review:** ★★☆☆☆ based on 14 reviews. (Write a review.)

**Amazon.com Sales Rank:** #71,628 in Kitchen & Housewares (See Top Sellers in Kitchen & Ho



See All 35
Product Categories

amazon.com

Your
Amazon.com    Kitchen &
Housewares    Your Account | Cart | Your Lists ▾ | H

Browse Brands
& Products | Top
Sellers | Housewares | Small
Appliances | Gift Ideas &
Wedding Registry | Today's
Deals | Outlet, Used &
Reconditioned

Search Home & Garden    GO    Find Gifts    A9 Web Search

This item is not eligible for Amazon Prime, but over a million other items are. Join Amazon Prime today. Already a member? Sign in.



## Rival 6445-BC Crock Pot 6.5-Quart Oval Slow Cooker

Other products by Rival

**Availability:** This item is currently not available.

Get it for less!    Orde

Have one to sell?    Sell

Add to Wish List

Add to Shopping

**NEW LIST!** Learn

Add to Wedding Re

Add to Baby Regi

Tell a friend

See larger image

Share your own customer images

## Product Features

- 6-1/2-quart oval slow cooker with handsome brushed metal finish
- Stoneware crock features rinse-clean, stick-resistant coating
- Exclusive auto-protect safety system
- 2 heat settings, low and high
- Glass lid allows monitoring

## Product Details

**Product Dimensions:** 19.7 x 13.4 x 10.0 inches ; 14.0 pounds

**Shipping Weight:** 14.00 pounds

**Shipping:** Currently, item can be shipped only within the U.S.

**Shipping Advisory:** This item must be shipped separately from other items in your order. Add shipping charges will not apply.

**ASIN:** B000087Z1L

**Item model number:** 6445BC

**Amazon.com Sales Rank:** #157,777 in Kitchen & Housewares (See Top Sellers in Kitchen & Housewares)



amazon.com

Your Amazon.com | Kitchen & Housewares | See All 35 Product Categories | Your Account | Cart | Your Lists ☑ | H

Browse Brands & Products | Top Sellers | Housewares | Small Appliances | Gift Ideas & Wedding Registry | Today's Deals | Outlet, Used & Reconditioned

Search [Home & Garden ▾] [_____] GO [🎁 Find Gifts] [A🔍 Web Search]

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.



## Rival 64451-C 6.5-Quart Oval CrockPot Slow Cooker, Chrome
Other products by Rival
★★★☆☆ (20 customer reviews)

**Availability:** This item is currently not available.

Get it for less!  [ Orde ]
Have one to sell?  [ Sell ]

[ Add to Wish List ]
[ Add to Shopping ]
**NEW LIST!** Learn
[ Add to Wedding Re ]
[ Add to Baby Regi ]
[ Tell a friend ]

See larger image and other views



Share your own customer images

## Product Features

- 6-1/2-quart oval slow cooker with brushed-stainless-steel finish
- Stoneware crock features rinse-clean, stick-resistant coating
- 3 heat settings: low and high for cooking, warm for serving
- Sure-grip handles; crock and glass lid are dishwasher-safe
- Measures 17 by 8 by 12 inches; 1-year warranty

## Product Details

**Shipping Weight:** 15.00 pounds

**Shipping:** Currently, item can be shipped only within the U.S.

**Shipping Advisory:** This item must be shipped separately from other items in your order. Add shipping charges will not apply.

**ASIN:** B0000E2OBW

**Item model number:** 64451-C

**Average Customer Review:** ★★★☆☆  based on 20 reviews. (Write a review.)

amazon.com

Your
Amazon.com   |   Kitchen &
Housewares   |   See All 35
Product Categories   |   Your Account   |   Cart   |   Your Lists   |   H

Browse Brands
& Products   |   Top
Sellers   |   Housewares   |   Small
Appliances   |   Gift Ideas &
Wedding Registry   |   Today's
Deals   |   Outlet, Used &
Reconditioned

Search  Home & Garden   [          ]   GO   Find Gifts   A9 Web Search

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.



See larger image
Share your own customer images

## Rival 64451LD-C 6.5 qt Crock Pot in Stainless Steel with Bonus Little Dipper Slow Cooker

Other products by Rival

**Availability:** This item is currently not available.

Get it for less!   Orde

Have one to sell?   Sell

Add to Wish List
Add to Shopping
**NEW LIST!** Learn i
Add to Wedding Re
Add to Baby Regi
Tell a friend

## Product Features

- Ideal for 6-7 people
- 6
- Oval Shape
- Removable Stoneware
- Rinse-Clean coating for easy cleaning

## Product Details

**Shipping Weight:** 16.00 pounds
**ASIN:** B000BYAZHI
**Amazon.com Sales Rank:** None

This page was created by a seller.

## Product Manuals

Submit a product manual.

## Product Description

**Product Description**
Comes with Bonus Little Dipper Slow Cooker * Ideal for 6-7 people * 6.5 Quart Capacity * Oval Removable Stoneware * Rinse-Clean coating for easy cleaning * Sure-Grip handles for added co glass lid * Ergonomically designed control knob * Stainless Steel exterior * 3 heat settings incl Warm setting to keep your food at the perfect temperature so Dinner is Ready When You Are M 64451LDC



Home | Your Account | 🛒 Cart | Track Order |
Registry | Wish List | Gift

Click here to sign in or create new a

| Electronics | Movies | Music | Books | Toys | Baby | Jewelry | Sports & Fitness | ★ See / |
| For the Home | Garden & Patio | Photo Center | Video Games | Apparel | Gifts & Flowers | Pharmacy | | In Store |

🔍 **Search** [For the Home ▾] **for:** [_____] [Find!]

You are here: Home Page > For the Home > Appliances & Housewares > Kitchen Appliances > Slow Cookers & Rice Coc

# Rival 6-Qt Programmable Smart Pot Slow Cooker, White



**$34.87**

**OUT OF STOCK**
**See similar items**

Add to: ⊡ Wish List   ⊡ Registry

**Information below:**
- Features & Specifications
- May We Also Suggest
- Shipping & Delivery
- Gifting Options
- 0% Interest Offer / Payment Options

**May We Also Suggest**


Presto Pizzazz Pizza Ove
**$39.76**
Was: $49.87


Presto 23-Qt Pressure C
**$87.24**

⊕ Enlarge image

## Features & Specifications

The 6-Quart Oval Smart-Pot Slow Cooker is perfect for families on the go. Once the pre-set cooking time elapses, it automatically shifts to a warm setting to stay at the perfect serving temperature. Bonus travel bag is great for potlucks. Cookbook included. **Limited quantities available.**

- **6-quart oval slow cooker**
- **Removable stoneware**
- **Bonus travel bag and cookbook**
- **Model No. SCP609-WS**
- **Also available at Wal-Mart stores**

| | |
|---|---|
| Model No.: | SCP609-WS |
| Shipping Weight (in pounds): | 15.0 |
| Product in Inches (L x W x H): | 18.1 x 9.29 x 14.29 |
| Assembled in Country of Origin: | import |
| Origin of Components: | import |



19. Rival's Accused Design Model SCV400R



20. Rival's Accused Design Model SCV400SS



**EXHIBIT G – Part 10**


**.com**
expect great things™

Today's Ad    Gift Cards     Holiday Gifts    Bridal Registry    My Kohl's Charge

store
custo
order

Women's    Juniors'    Men's/Young Men's    Kids'    Special Sizes    Shoes    **Kitchen & Dining**    Homestore    Jewelry    Beau

🛍 **Shopping Bag** | **checkout**

0 item(s), $0.00    estimated shipping:$0.00

sign-in

**FREE Standard Shipping** when you spend $75 or more!
Get the details.

SIGN-UP FOR SALE ALERTS    Find out a
biggest sa
10% off yo

Home/Kitchen & Dining /Kitchen Electrics /Slowcookers /Rival® 4-qt. Crock-Pot® Stoneware Slowcooker

**Rival® 4-qt. Crock-Pot® Stoneware
Slowcooker**
reg. $29.99
**sale $25.99**

Select the item below.

Get **F**

**Standard**
when
$7



**More to C**

Rival® 6-qt.
Stoneware S
reg. $:
sale $:

 larger image     zoom feature



Black & Decker®
Skil
reg. $
sale $:

**Slow down and enjoy cooking** with this Crock-Pot slowcooker. Featuring a
convenient keep-warm setting. And a removable stoneware pot. With a stylish
black and chrome design. Cook a delicious meal while you're at work or out for
the day! It's ideal for serving 3-4 people.

- 4-quart
- Dishwasher safe lid and stoneware
- Limited 1-year manufacturer's warranty
- From the Premiere Collection
- Model no. SCV401-BS

| Item | Price | Qua |
|------|-------|-----|
| **Rival® 4-qt. Crock-Pot® Stoneware Slowcooker** | reg. $29.99  **sale $25.99** | *1 |

**Ship this item to:**    *Self

add to b

* Requi

contact us    e-mail alerts    our brands    product guides    recalls    returns    shipping    site map

about us    careers    investor relations    news    our websites    store locator    store survey



**LYCOS** 🐕 SEARCH:

| Web | People | Yellow Pages | **Shopping** | Images & Audio |

stoneware | All Departm

**Shopping Home    Electronics    Computers & Software    Office    DVDs    Music    Clothing    He**

**LYCOS SHOPPING**   Home > Appliances > Crock Pots & Slow Cookers > Rival

SCV450-SS Crock Pot Slow Cooker

powered by 🏃‍♂️ **BizRate**

Shopping for the best buy on Rival SCV450-SS Crock Pot Slow Cooker - Read product reviews, compare prices and store ratings at Lycos.



### Rival SCV450-SS Crock Pot Slow Cooker

4.5 qt - Removable Oval Stoneware

Overall Product Rating: **Be the first to review this product!**

Price: —

**Enlarge Image**

🔵 Compare Prices & Stores

🔵 See Product Details

🔵 Write a review

🔵 Not what you're looking for? **Search all departments for "stoneware"**

---

**Found at 0 stores**

**We're sorry, there were no stores found carrying this product.** Try these shopping alternatives

🔵 **Browse Crock Pots & Slow Cookers**

---

## Details

4.5 qt - Removable Oval Stoneware

**Search Shopping**    stoneware | All Departments ▾

( **Go Get It** 🔵 )

Lycos Home About Lycos Help Jobs@Lycos Advertise Site Map Privacy Policy Terms & Conditions
© Copyright 2006

BizRate® BizRate.com® and Shopzilla are registered servicemarks. Copyright 1996-2006. All rights reserved.
Use of this Web site constitutes acceptance of the BizRate.com **User Agreement** and **Privacy Policy**.
**BizRate UK**



23. Rival's Accused Design Model SCV450SS



**amazon**.com

| Your Amazon.com | Kitchen & Housewares | See All 35 Product Categories | Your Account | Cart | Your Lists | H

Browse Brands & Products | Top Sellers | Housewares | Small Appliances | Gift Ideas & Wedding Registry | Today's Deals | Outlet, Used & Reconditioned

Search | Home & Garden | | GO | Find Gifts | A9 Web Search

This item is not eligible for Amazon Prime, but over a million other items are. Join **Amazon Prime** today. Already a member? Sign in.

## HOLMES GRP, THE / RIVAL DIV #SCV500-SM 5QT Spr Slow Cooker

Other products by HOLMES GRP, THE / RIVAL DIV

See larger image

Share your own customer images

**Availability:** This item is currently not available.

Get it for less! | Order

Have one to sell? | Sell

Add to Wish List

Add to Shopping

**NEW LIST!** Learn

Add to Wedding Re

Add to Baby Regi

Tell a friend

## Product Features

- HOLMES GRP, THE / RIVAL DIV #SCV500-SM 5QT Spr
- HOLMES GRP, THE / RIVAL DIV

## Product Details

**Shipping Weight:** 12.20 pounds

**ASIN:** B000FADNPY

**Amazon.com Sales Rank:** None

This page was created by a seller.

## Product Manuals

Submit a product manual.

## Product Description

**Product Description**

5 QT, Spring Meadow Design, Slow Cooker, Auto Protect Safety System, Rinse Clean Stick Resis Coating, Removable Stoneware, Glass Lid, 2 Heat Settings.

## Help others find this item

Make a search suggestion | Manage your search suggestions

## Tag this product (What's this?)

Search Products Tagged wi



**Savings, Selection and Service**
*Since 1971*

Site Map | Order Status | My Account - Login | Policies | N\[...\]

Audio | Video | Cameras | Computers | Software | Office | Housewares | Games | Movies

Search: [         ] [Go]         **Order by Phone: 800-806-1115**
                                                     **Customer Service: 800-426-6027**     🛒 View Car\[...\]

**NEW Payment Option!** *Buy Fast. Feel Secure. Pay Later!℠* with ✓BillMe Later® Details

**The new iPods are IN! Order Now.**

See all: RIVAL Electric Cookware | RIVAL products | Electric Cookware          🖶 Printer Friendly Page

### RIVAL SCV551-KW Crock Pot

5-1/2 Quart Capacity / Slow Cook / Removable Crock Insert for Easy Cleaning / WHITE

J&R Item # RVL SCV551-KW
Mfr. Part # SCV551-KW



🔍 enlarge

**BUYING INFO**

Your price        **$29.99**

⊕ PRE-ORDER

**Coming Soon**
Notify me when available
See similar products
Shipping Info
Our Low Price Guarantee

5-1/2 Quart Capacity / Slow Cook / Removable Crock Insert for Easy Cleaning / WHITE

Request a copy of the manufacturer's warranty, click here for details

Protect your investment with an Extended Service Plan

Protect your investment with an Extended Service Plan

**Other J&R customers also bought these items...**

  ANOLON Nylon Ladle 52223

**$9.99** Add ☐

See more Kitchen Tools

## Shipping Information                                    Top of Page ↑

**Shipping and Handling Charges**

**Shipping Method**
**UPS Ground**          **$1.13 ($6.95 minimum shipping charge per order)**

**UPS Second Day**      **$15.00**
**UPS Next Day**        **$30.00**
**UPS Saturday**        **$45.00**

If you are adding this item to an existing cart, then this item will only cost an additional **$1.13** per item to ship regardless of shipping method.

The rates above are valid for the Contiguous US States only. For orders to other locations, the shipping charge will display during the order process.

Shipping or Dimension weight in pounds: 0.88

Click Here for Shipping Options and Policies

To select accessories, check boxes.
To order the accessories and the main product above, click **Pre-Order**. To order just the accessories alone, click **Add Selected items to Cart**.

⊕ **ADD SELECTED ITEMS TO CART**



## 26. Rival's Accused Design Model SCV553KM





# KOHLS.com
expect **great** things™

Today's Ad    Gift Cards    Holiday Gifts    Bridal Registry    My Kohl's Charge    store custo orde

Women's    Juniors'    Men's/Young Men's    Kids'    Special Sizes    Shoes    **Kitchen & Dining**    Homestore    Jewelry    Beaut

🛍 **Shopping Bag**  |  **checkout**

0 item(s), $0.00   estimated shipping:$0.00

sign-in

**FREE Standard Shipping** when you spend $75 or more!
Get the details

SIGN-UP FOR **SALE ALERTS**   Find out a biggest sa 10% off yo

Home/Kitchen & Dining /Kitchen Electrics /Slowcookers /Rival® 6-qt. Crock-Pot® Stoneware Slowcooker



### Rival® 6-qt. Crock-Pot® Stoneware Slowcooker
reg. $39.99
**sale $35.99**

Select the item below.

Get F Standard when $7



 **larger image**    **zoom feature**

**More to C**



Rival® 4-qt. Stoneware reg. $: sale $:

**What's cooking?** It could be a delicious slow-cooked meal with this Crock-Pot. Featuring three heat settings. And a convenient keep-warm setting. The stoneware pot is removable for easy clean-up and serving. With a stylish black and stainless steel design. It's ideal for serving 5-6 people.

- 6-quart
- Dishwasher safe lid and stoneware
- Limited 1-year manufacturer's warranty
- From the Premiere Collection
- Model no. SCV601-BS

Presto® Cool-Grid reg. $: sale $:

| Item | Price | Qua |
|---|---|---|
| **Rival® 6-qt. Crock-Pot® Stoneware Slowcooker** | reg. $39.99<br>**sale $35.99** | *1 |

**Ship this item to:**   *Self

add to b

* Requi

28. Rival's Accused Design Model SCV610WM



**EXHIBIT G – Part 11**

29. Rival's Accused Design Model SCVC604





| | GO> | HOME | CUSTOMER SERVICE | SHIPPING | VIEW CART |

Home > Kitchen & Gourmet > Electric Cookware > Slow Cookers & Crock Pots >
Rival Slow Cookers > Rival Crock-Pot SCVP600-SS 6 Quart Smart-Pot Programmable

## KITCHEN & GOURMET

Food Preparation

Electric Cookware

Cookware

Bakeware

View All

## HOUSEWARES & HOME

Air Quality

Garment Care

Vacuum Cleaners

Wardrobe Valets

View All

## PERSONAL CARE

Spa & Beauty Care

Hair Grooming

Mirrors

Foot Bath Massage

View All

## OUTDOOR LIVING

Outdoor Lighting

Custom Plaques & Signs

Residential &
Commercial Mailboxes

Thermometers

View All

## HOME ELECTRONICS

Weather Monitoring

Telephones

Home Security & Video

Cameras

View All

**Rival Crock-Pot SCVP600-SS 6 Quart Smart-Pot Programmable Slow Co**



**Ordering Information:**

Availability: 48

SCVP600-SS

Regular Price:$69.95

**Special Fall Sale:$46.95**

Order

**Rival Crock-Pot SCVP600-SS 6 (
Pot Programmable Slow Cooker**

Rival Crock-Pot SCVP600-SS 6 Qua
Programmable Slow Cooker

Rival introduces the first revolution
cooking in years, the Rival SCVP60(
programmable Smart-Pot. This is th
cooker with a programmable touch
the cook time and temperature. Wh
cooking, it will automatically shift to
setting, so dinner is ready when yo

The programmable Smart-Pot also
removable, dishwasher-safe stonew
RinseClean coating, SureGrip handl
comfort and a glass lid.

**Features:**
- Ideal for 5-6 people, program
  temperature and time setting
- Oval Shape
- Removable Stoneware
- Rinse-Clean coating for easy c
- Sure-Grip™ handles for added
- Glass lid
- Programmable touchpad select
  and temperature
- Auto-shift to "Warm" setting

**Other products in Rival Slow Cookers include...**

» Rival 3040-BC 4-Quart Crock-Pot Black and
  Chrome

» Rival Crock Pot 33511LD-C 5-quart Chrome
  Slow Cooker w/Little Dipper

» Rival Crock-Pot BB200 BBQ Pit Slow Cooker
  w/Stainless Steel Accents

» Rival Crock-Pot SCE600-BW 6-Quart Slow
  Cooker - Black

» Rival Crock-Pot SCR500-GF Slow Cooker

» Rival 3215-WN 1-1/2 Quart Crock
  Removable Insert

» Rival Crock-Pot 5025-WG 2.5-qua
  Cooker

» Rival Crock-Pot SC7500 5 Quart F
  Versaware Slow Cooker

» Rival Crock-Pot SCE600-EF 6-Qua
  Cooker - White

» **View All**

Store Locations

(0) items
Register | Log In

Welcome to Lowes.com

**Building Products ▼**

Keywords or item#    Lowes.com    ▼

Home



# Rival
# 6 Qt. SmartPot™ Slow Cooker

**Item #: 48515**    **Model: SCVP601-K**
**$49.97**

**Product Availability:**
Because product availability varies by are
enter your local zip code to see item avail
**Zip Code:** [          ]    Submit

**Click to Enlarge**    **Add to Cart**

Already have an account with Lowe's? Lc

**Description**    **Customer Ratings**

| | | |
|---|---|---|
| Programmable | Color: | Brushed Stainless |
| Stainless steel exterior with black crockery | Capacity-Quarts: | 6 |
| Automatically shifts to warm when done | Number of Settings: | 4 |
| Removable stoneware | Removable Pot: | Yes |
| 240 watts | Divided Pot: | No |
| Rinse Clean™ coating | Removable Temperature Control: | No |
| Bonus cookbook | Weight-Pounds: | 14 |

**Need Help?**

- Help
- Contact Us
- Find Your Loca
- Rebate Center

Inspiration and H

- Product Guides
  Be informed
  before you buy.
- How-To Library
  Projects and ide
  for do-it-
  yourselfers.
- Project
  Calculators
  Plan your projec
  with these helpf
  tools.

**Lowe's Credit Se**
Finance your ide
No annual fees. I
monthly paymen
Learn more
Apply now

32. Rival's Accused Design Model SCVP601UM



33. Rival's Accused Design Model SCVP609KLS



34. Rival's Accused Design Model SCVP609TG



23

**Rival's Designs That Appropriate the Points of Novelty of West Bend's '664 Design Patent**

| | Knob: An opaque round shaped and disc-like knob mounted on a round shaped smaller diameter pedistal, or a somewhat mushroom shaped knob. | Skirt: An opaque round shaped and disc-like skirt that is larger in diameter than the knob. | Lid: A translucent domed and oval shaped lid having no integral skirt or knob. | Insert: An opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter. | Feet: Four opaque small cylindrical feet placed in a rectangular pattern on the body's bottom. |
|---|---|---|---|---|---|
| 1.  Rival's 3730W Design | Yes | Yes | Yes | Yes | |
| 2.  Rival's 37351C Design | Yes | Yes | Yes | Yes | |
| 3.  Rival's 3735W Design | Yes | Yes | Yes | Yes | |
| 4.  Rival's 3735WN Design | | Yes | Yes | Yes | |
| 5.  Rival's 37401W Design | | Yes | Yes | Yes | |
| 6.  Rival's 3752SM Design | Yes | Yes | Yes | Yes | |
| 7.  Rival's 37601VEG Design | | Yes | Yes | Yes | |
| 8.  Rival's 38551W Design | | Yes | Yes | Yes | |
| 9.  Rival's 38601C Design | | Yes | Yes | Yes | |
| 10.  Rival's 38601W Design | | Yes | Yes | Yes | |
| 11.  Rival's 38651C Design | | Yes | Yes | Yes | |
| 12.  Rival's 5070TCVG Design | | Yes | Yes | Yes | |
| 13.  Rival's 5070 TCW Design | Yes | Yes | Yes | Yes | |
| 14.  Rival's 5445BCN Design | Yes | Yes | Yes | Yes | |
| 15.  Rival's 6445BC Design | Yes | Yes | Yes | Yes | |
| 16.  Rival's 64451C Design | | Yes | Yes | Yes | |
| 17.  Rival's 64451LDC Design | | Yes | Yes | Yes | |
| 18.  Rival's  SCP609WS Design | | Yes | Yes | Yes | |
| 19.  Rival's SCV400R Design | | Yes | Yes | Yes | |
| 20.  Rival's SCV400SS Design | | Yes | Yes | Yes | |
| 21.  Rival's SCV401BS Design | | Yes | Yes | Yes | |
| 22.  Rival's SCV450SS Design | Yes | Yes | Yes | Yes | |
| 23.  Rival's SCV450SS Design | | Yes | Yes | Yes | |
| 24.  Rival's SCV500SM Design | Yes | Yes | Yes | Yes | |
| 25.  Rival's SCV551KW Design | | Yes | Yes | Yes | |
| 26.  Rival's SCV553KM Design | | Yes | Yes | Yes | |
| 27.  Rival's SCV601BS Design | | Yes | Yes | Yes | |
| 28.  Rival's SCV610WM Design | | Yes | Yes | Yes | |
| 29.  Rival's SCVC604 Design | | Yes | Yes | Yes | |
| 30.  Rival's SCVP600SS Design | | Yes | Yes | Yes | |
| 31.  Rival's SCVP601K Design | | Yes | Yes | Yes | |
| 32.  Rival's SCVP601UM Design | | Yes | Yes | Yes | |
| 33.  Rival's SCVP609KLS Design | | Yes | Yes | Yes | |
| 34.  Rival's SCVP609TG Design | | Yes | Yes | Yes | |

**Rival's Designs That Appropriate the Points of Novelty of West Bend's '266 Design Patent**

| | Knob:<br>An opaque round shaped and disc-like knob mounted on a round shaped smaller diameter pedistal, or a somewhat mushroom shaped knob. | Skirt:<br>An opaque round shaped and disc-like skirt that is larger in diameter than the knob. | Lid:<br>A translucent domed and oval shaped lid having no integral skirt or knob. | Insert:<br>An opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter. |
|---|---|---|---|---|
| 1. Rival's 3730W Design | Yes | Yes | Yes | Yes |
| 2. Rival's 37351C Design | Yes | Yes | Yes | Yes |
| 3. Rival's 3735W Design | Yes | Yes | Yes | Yes |
| 4. Rival's 3735WN Design | | Yes | Yes | Yes |
| 5. Rival's 37401W Design | | Yes | Yes | Yes |
| 6. Rival's 3752SM Design | Yes | Yes | Yes | Yes |
| 7. Rival's 37601VEG Design | | Yes | Yes | Yes |
| 8. Rival's 38551W Design | | Yes | Yes | Yes |
| 9. Rival's 38601C Design | | Yes | Yes | Yes |
| 10. Rival's 38601W Design | | Yes | Yes | Yes |
| 11. Rival's 38651C Design | | Yes | Yes | Yes |
| 12. Rival's 5070TCVG Design | | Yes | Yes | Yes |
| 13. Rival's 5070 TCW Design | Yes | Yes | Yes | Yes |
| 14. Rival's 5445BCN Design | Yes | Yes | Yes | Yes |
| 15. Rival's 6445BC Design | Yes | Yes | Yes | Yes |
| 16. Rival's 64451C Design | | Yes | Yes | Yes |
| 17. Rival's 64451LDC Design | | Yes | Yes | Yes |
| 18. Rival's SCP609WS Design | | Yes | Yes | Yes |
| 19. Rival's SCV400R Design | | Yes | Yes | Yes |
| 20. Rival's SCV400SS Design | | Yes | Yes | Yes |
| 21. Rival's SCV401BS Design | | Yes | Yes | Yes |
| 22. Rival's SCV450SS Design | Yes | Yes | Yes | Yes |
| 23. Rival's SCV450SS Design | | Yes | Yes | Yes |
| 24. Rival's SCV500SM Design | Yes | Yes | Yes | Yes |
| 25. Rival's SCV551KW Design | | Yes | Yes | Yes |
| 26. Rival's SCV553KM Design | | Yes | Yes | Yes |
| 27. Rival's SCV601BS Design | | Yes | Yes | Yes |
| 28. Rival's SCV610WM Design | | Yes | Yes | Yes |
| 29. Rival's SCVC604 Design | | Yes | Yes | Yes |
| 30. Rival's SCVP600SS Design | | Yes | Yes | Yes |
| 31. Rival's SCVP601K Design | | Yes | Yes | Yes |
| 32. Rival's SCVP601UM Design | | Yes | Yes | Yes |
| 33. Rival's SCVP609KLS Design | | Yes | Yes | Yes |
| 34. Rival's SCVP609TG Design | | Yes | Yes | Yes |

**Rival's Designs That Appropriate the Points of Novelty of West Bend's '993 Design Patent**

| | Skirt:<br>An opaque round shaped and disc-like skirt that is larger in diameter than the knob. | Lid:<br>A translucent domed and oval shaped lid having no integral skirt or knob. | Insert:<br>An opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter. |
|---|---|---|---|
| 1.  Rival's 3730W Design | Yes | Yes | Yes |
| 2.  Rival's 37351C Design | Yes | Yes | Yes |
| 3.  Rival's 3735W Design | Yes | Yes | Yes |
| 4.  Rival's 3735WN Design | Yes | Yes | Yes |
| 5.  Rival's 37401W Design | Yes | Yes | Yes |
| 6.  Rival's 3752SM Design | Yes | Yes | Yes |
| 7.  Rival's 37601VEG Design | Yes | Yes | Yes |
| 8.  Rival's 38551W Design | Yes | Yes | Yes |
| 9.  Rival's 38601C Design | Yes | Yes | Yes |
| 10.  Rival's 38601W Design | Yes | Yes | Yes |
| 11.  Rival's 38651C Design | Yes | Yes | Yes |
| 12.  Rival's 5070TCVG Design | Yes | Yes | Yes |
| 13.  Rival's 5070 TCW Design | Yes | Yes | Yes |
| 14.  Rival's 5445BCN Design | Yes | Yes | Yes |
| 15.  Rival's 6445BC Design | Yes | Yes | Yes |
| 16.  Rival's 64451C Design | Yes | Yes | Yes |
| 17.  Rival's 64451LDC Design | Yes | Yes | Yes |
| 18.  Rival's SCP609WS Design | Yes | Yes | Yes |
| 19.  Rival's SCV400R Design | Yes | Yes | Yes |
| 20.  Rival's SCV400SS Design | Yes | Yes | Yes |
| 21.  Rival's SCV401BS Design | Yes | Yes | Yes |
| 22.  Rival's SCV450SS Design | Yes | Yes | Yes |
| 23.  Rival's SCV450SS Design | Yes | Yes | Yes |
| 24.  Rival's SCV500SM Design | Yes | Yes | Yes |
| 25.  Rival's SCV551KW Design | Yes | Yes | Yes |
| 26.  Rival's SCV553KM Design | Yes | Yes | Yes |
| 27.  Rival's SCV601BS Design | Yes | Yes | Yes |
| 28.  Rival's SCV610WM Design | Yes | Yes | Yes |
| 29.  Rival's SCVC604 Design | Yes | Yes | Yes |
| 30.  Rival's SCVP600SS Design | Yes | Yes | Yes |
| 31.  Rival's SCVP601K Design | Yes | Yes | Yes |
| 32.  Rival's SCVP601UM Design | Yes | Yes | Yes |
| 33.  Rival's SCVP609KLS Design | Yes | Yes | Yes |
| 34.  Rival's SCVP609TG Design | Yes | Yes | Yes |

24

**Rival's Designs That Appropriate the Points of Novelty of West Bend's Design Patents**

| | West Bend's '664 Design Patent<br>Claims:<br>Knob, Skirt, Lid, Insert, Body & Feet | West Bend's '266 Design Patent<br>Claims:<br>Knob, Skirt, Lid, Insert & Body | West Bend's '993 Design Patent<br>Claims:<br>Skirt, Lid, Insert & Body |
|---|---|---|---|
| 1.  Rival's 3730W Design | Yes | Yes | Yes |
| 2.  Rival's 37351C Design | Yes | Yes | Yes |
| 3.  Rival's 3735W Design | Yes | Yes | Yes |
| 4.  Rival's 3735WN Design | | | Yes |
| 5.  Rival's 37401W Design | | | Yes |
| 6.  Rival's 3752SM Design | Yes | Yes | Yes |
| 7.  Rival's 37601VEG Design | | | Yes |
| 8.  Rival's 38551W Design | | | Yes |
| 9.  Rival's 38601C Design | | | Yes |
| 10.  Rival's 38601W Design | | | Yes |
| 11.  Rival's 38651C Design | | | Yes |
| 12.  Rival's 5070TCVG Design | | | Yes |
| 13.  Rival's 5070 TCW Design | Yes | Yes | Yes |
| 14.  Rival's 5445BCN Design | Yes | Yes | Yes |
| 15.  Rival's 6445BC Design | Yes | Yes | Yes |
| 16.  Rival's 64451C Design | | | Yes |
| 17.  Rival's 64451LDC Design | | | Yes |
| 18.  Rival's  SCP609WS Design | | | Yes |
| 19.  Rival's SCV400R Design | | | Yes |
| 20.  Rival's SCV400SS Design | | | Yes |
| 21.  Rival's SCV401BS Design | | | Yes |
| 22.  Rival's SCV450SS Design | Yes | Yes | Yes |
| 23.  Rival's SCV450SS Design | | | Yes |
| 24.  Rival's SCV500SM Design | Yes | Yes | Yes |
| 25.  Rival's SCV551KW Design | | | Yes |
| 26.  Rival's SCV553KM Design | | | Yes |
| 27.  Rival's SCV601BS Design | | | Yes |
| 28.  Rival's SCV610WM Design | | | Yes |
| 29.  Rival's SCVC604 Design | | | Yes |
| 30.  Rival's SCVP600SS Design | | | Yes |
| 31.  Rival's SCVP601K Design | | | Yes |
| 32.  Rival's SCVP601UM Design | | | Yes |
| 33.  Rival's SCVP609KLS Design | | | Yes |
| 34.  Rival's SCVP609TG Design | | | Yes |

**United States District Court**
**For The District of Massachusetts**

West Bend Housewares, LLC
      Plaintiff,

v.

The Holmes Group, Inc.
      Defendant.

Civil Action No. 05-CV-11367-WGY
(Alexander, M.J.)

**Expert Report of Cooper C. Woodring, FIDSA®**

Background and Qualifications

1.      I am an industrial designer. The Industrial Designers Society of America (IDSA) defines industrial design as:

> "Industrial design is the professional service of creating and developing concepts and specifications that optimize the function, value and appearance of products and systems for the mutual benefit of both user and manufacturer" (Exhibit 1).

2.      I am an independent industrial designer and inventor and I have a Bachelor's and a Master's Degree in Industrial Design. I have received over 25 design and utility patents, a list of which appears in Exhibit 2.

3.      I have worked as an industrial designer continuously for 44 years since 1962. A majority of my career was spent with 25 billion dollar JCPenney Co. in New York City as Manager of New Product Development and Product Design. JCPenney is a retailer. It does no manufacturing, but purchases products manufactured to its design specifications that are sold under its own name. In that capacity, I also directed research into how ordinary observers compare, evaluate and purchase product designs. More than one million people a day shop in JCPenney stores. I studied and learned the shopping habits of ordinary consumers in the retail environment.

4.      I served as President and Chairman of the Industrial Designers Society of America (IDSA). I testified before the United States Congress on The Industrial Design Innovation and Technology Act. I was appointed by President Reagan to head the United States Information Agency's (USIA's) Cultural Exchange Mission, "Design in America", behind the then Iron Curtain. Earlier this year, I addressed the Design Patent Examiners of the United States Patent and Trademark Office (USPTO) on current and future design issues and strategies at the USPTO's first "Design Day".

5.      I received my profession's highest award, IDSA's Personal Recognition Award, previously bestowed upon only nine prior designers, including the legendary Raymond Loewy.  A list of my honors, awards, articles and speaking engagements appears in my Curriculum Vitae (Exhibit 3).

6.      During the past four years I have provided expert testimony in several cases (Exhibit 4).

7.      For my work in this case, I am being compensated at my customary rate of $300. per hour.  My compensation does not depend upon the outcome of this litigation, the opinions I express, or my testimony.

**Background to the Case**

8.      I have been retained as an expert witness in this case by West Bend Housewares, LLC ("West Bend") to assist Michael Best & Friedrich, LLP counsel for West Bend, to opine whether accused slow cookers manufactured by or for The Holmes Group, Inc. ("Holmes") and sold as Rival Crock Pots infringe United States Design Patent Number 434,266 ("the '266 patent") (Exhibit 5), United States Design Patent Number 444,664 ("the '664 patent") (Exhibit 5), and/or United States Design Patent Number 444,993 ("the '993 patent") (Exhibit 5).

9.      Patentees William C. Dobson and Scott T. Pullnow created the cooker design and applied for design patents commencing December 7, 1998.  The '266 patent issued on November 28, 2000.   The '664 patent issued on July 10, 2001.  The '993 patent was issued on July 17, 2001.  The patentees assigned their rights to Premark WB Holdings, Inc., which subsequently assigned the rights to West Bend.  The '266, '664, and '993 patents will all expire on December 6, 2012 because they share a common priority date of December 7, 1998 based upon their "parent" patent application, United States Design Patent Number 425,360, Serial Number 29/097,446, which is not involved in the present litigation.

**Summary of Opinions**

10.      As I will explain in my detailed analysis, it is my opinion that all of Rival's Crock Pots listed in Exhibit 6 infringe one or more of West Bend's '266, '664 and '993 design patents.

11.      I reserve the right to modify and enlarge my opinions or the basis thereof based upon any further discovery or testimony or other evidence, or based upon a different claim interpretation of the '226, '664 and '993 design patents by the Court.

**Standards Utilized in Infringement Analysis**

12.    Analysis of design patent infringement is performed in three steps.  The first step is a determination of the meaning and scope of the design patent's claim.  Once the meaning and scope of the claim has been determined, that claim is compared to the accused design to determine if there is infringement.  This comparison is performed in two steps referred to as the Gorham "ordinary observer" test and the Litton "point of novelty" test.

13.    The Gorham test states:
        [ Gorham Mfg. Co. v. White, 81 U.S. (Wall.) 511, 528 (1872) ]

        "If in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other, the first one patented is infringed by the other".

14.    Exhibit 7 contains a copy of the original drawings from Gorham's U.S. Design Patent Number 1,440 issued on July 16, 1861 compared to corresponding photographs of White's accused handle design.  The purpose of this exhibit is to demonstrate that there are a number of visually discernible differences between Gorham's patented handle design and White's accused handle design.  Yet, the United States Supreme Court still found White's design infringed Gorham's design patent.  Substantially the same does not mean exactly the same.

15.    To evaluate whether the ordinary observer would consider West Bend's and Rival's designs to be substantially the same, requires determining who this hypothetical person might be to determine the appropriate level of ordinary observer scrutiny.  Given a slow cooker's relatively low cost, market and channels of distribution, the ordinary observer is an everyday customer who has recently purchased a slow cooker or is considering purchasing one.

16.    The Litton test states:
        [ Litton Systems, Inc. v. Whirlpool Corp., 728 F.2d 1423, 1444 (Fed. Cir. 1984) ]

        "For a design patent to be infringed, however, no matter how similar the two items look, the accused device must appropriate the novelty of the patented device which distinguishes it from the prior art".

**Discussion**

17.    Although all design patents contain a single claim that refers to the ornamental nature of the design, it is the drawings in the design patent that specifically define the patented design.  Therefore, the

3

drawings of the design patent must be examined to determine the meaning and scope of the claimed design.

18.    The proper visual comparison to evaluate infringement in design patent cases is the drawings in the design patent compared to the actual accused device.  The comparison of the patent's two dimensional drawings to the accused device's three dimensional product may be somewhat difficult.  As a result, photographs of the accused device are often substituted so we may more conveniently compare black and white drawings to black and white photographs as color is not an issue because color is not specified or claimed.  If photographs are used, they are most fairly compared when they are viewed from the same elevations or angles that are shown in the design patent and in the same size or scale.

19.    To determine if Rival's accused designs infringe any or all of West Bend's design patents, I examined the patents' drawings and compared them to Rival's designs to determine if Rival's designs were substantially the same in overall appearance in the eye of the ordinary observer.

20.    I then compared West Bend's patents' designs to prior art designs, including the prior art identified by Holmes in response to West Bend's discovery request, to determine what novel features distinguish the West Bend's design from the prior designs.  These novel features become the points of novelty to be compared to Rival's design to determine if Rival's design appropriated any or all of West Bend's patents' points of novelty.

21.    Rival's accused Crock Pot designs vary in a number of ways.  All are oval, not round, when viewed from the top or bottom.  Some have a knob shaped handle atop the lid, while others have a loop shaped handle atop the lid (Exhibit 8).  Some have various color painted bodies, while others have printed graphic motifs or stainless steel bodies (Exhibit 9).  Some have a simple rotary control knob, while others have programable digital control panels (Exhibit 10).  And, sizes vary from a three quart capacity to a seven quart capacity (Exhibit 11).

22.    West Bend's three design patents all show the same design for a cooker.  The only difference among them is each claims a slightly different portion of the cooker design.  Those portions that are shown in what is known as "broken line disclosure" are not a part of the claimed design, but are shown for environmental context only.  The face of all three design patents include the sentence:  "The broken line showings in Figs. 1 -7 are for illustrative purposes only and form no part of the claimed design".

23.    Another important issue in properly interpreting the drawings in a design patent is an understanding of what elements are opaque and what elements are transparent.  The MPEP (Manual of Patent Examining Procedures) states in 1500 Design Patents, Section 15.48, Item II, "Oblique (or diagonal) shading must be used to show transparent, translucent and highly polished or reflective surfaces, such as a mirror".  That oblique shading, indicating transparency, can be seen, for example, in

4

Exhibit 5, the '266 design patent, Fig's. 1 - 6, on the lid and no where else in the patent.  Rival's corresponding lid design is clear glass.

24.    The patented design can be broken down into individual visual elements.  Starting at the top and working down, the individual elements are, a knob or handle, a skirt (under the knob or handle), a lid, an insert (the ceramic part), a body, thin bands around the top and/or bottom of the body's perimeter, body handles, controls and feet.  Exhibit 12 is a diagram identifying these individual parts to reduce any possible confusion over which element is being referenced.

25.    The '266 patent (Exhibit 5) claims all of the described elements except the feet.  The '664 patent (Exhibit 5) claims all of the elements except the thin band around the body's bottom perimeter, and the '993 patent (Exhibit 5) claims all of the elements except the knob or handle atop the lid, the thin band around the body's bottom perimeter and the feet.  None of the three patents claim the control panel or the handles extending outwardly from the body's vertical walls which are both shown in broken lines in all three design patents, therefore what Rival's design of these elements looks like is not relevant.

**Claim Construction, Analysis**

26.    The overall appearance of West Bend's patented design is a combination of its individual visual elements.  Therefore, the '266 patent's claim construction can be characterized as a cooker comprised of,

> a straight and vertically sided oval shaped body having thin bands around its top and bottom perimeters,

> an opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter,

> an opaque round shaped and disc-like knob mounted on a round shaped smaller diameter pedestal or a somewhat mushroom shaped knob,

> an opaque round shaped and disc-like skirt that is larger in diameter than the knob, and

> a translucent and oval shaped lid having no integral skirt or knob.

27.    The '664 patent's claim construction can be characterized as a cooker comprised of,

> a straight and vertically sided oval shaped body having a thin band around its top perimeter,

5

an opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter,

an opaque round shaped and disc-like knob mounted on a round shaped smaller diameter pedestal or a somewhat mushroom shaped knob,

an opaque round shaped and disc-like skirt that is larger in diameter than the knob, and

a translucent and oval shaped lid having no integral skirt or knob, and

four opaque small cylindrical feet placed in a rectangular pattern on the body's bottom.

28.    The '993 patent's claim construction can be characterized as a cooker comprised of,

a straight and vertically sided oval shaped body having thin bands around its top perimeter,

an opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter,

an opaque round shaped and disc-like skirt that is larger in diameter than the unclaimed knob, and

a translucent and oval shaped lid having no integral skirt or knob.

29.    When comparing the patented design to the accused designs, one must also not consider brand names, logotypes, color, labels, materials or texture, as those visual elements are not a part of design patent infringement analysis, unless they are specifically claimed, which in this case, they are not, with the exception of which elements are opaque and which elements are transparent as those characteristics are claimed in all three West Bend design patents.

30.    For example, Rival's accused designs have varying body colors, textures, materials and graphic motifs. As West Bend's patents do not specify, and are therefore not limited by, the body's surface treatment, none of Rival's varying body's surface treatments are relevant (Exhibit 9). Another example is Rival's accused designs have varying sizes ranging from three quart capacity to seven quart capacity with several sizes in-between. As West Bend's design patents have no dimensions or indication of size, it is

6

not relevant what size Rival's accused products are, so long as when photographed and compared to West Bend's patent's drawings in the same scale, they still look alike, which they do (Exhibit 11).

**The Gorham Test, Analysis**

31.     When comparing the design of West Bend's patents with Rival's design, both similarities and differences were noted.  As a comparison of each view of West Bend's patents to Rival's designs is made, similarities and differences will be noted and analyzed.

32.     Exhibit 13 shows Fig. 1, a perspective view of West Bend's patented design and compares those drawings to photographs of representative samples of Rival's designs.  One can readily see that the overall shape or configuration of the patented design and the accused designs is substantially the same. Both have similar opaque skirts, transparent lids, opaque inserts, opaque bodies and opaque thin bands around the body's top and bottom perimeters.  The most noticeable difference between West Bend's and Rival's designs is the unclaimed handles attached to the body's vertical walls.  Since the body's handles are not claimed in any of West Bend's three patents, it is not relevant what Rival's body handles look like.

33.     Another similarity and difference is while West Bend's patents show a mushroom shaped knob atop the lid similar to one representative sample of Rival's accused designs, the other representative sample of Rival designs has a loop shaped lid handle.

34.     Exhibit 14 shows Fig. 2, a front view of the patented design and compares those drawings to corresponding photographs of representative samples of Rival's accused Crock Pots designs.  This view shows that the overall proportions of the patented and accused designs are very similar.  Both have about the same height to width ratio and both transparent lids have about the same crown or domed appearance.  The most noticeable difference, other than the mushroom shaped knob or loop shaped handle, is the insert's thin edge.  While both designs have an edge that thins around the insert's entire perimeter, the West Bend's edge slopes down while Rival's edge slopes up.

35.     Exhibit 15 shows Fig. 3, a rear view of West Bend's patent and compares that view with photographs of corresponding views of representative samples of Rival's designs.  Like the previous views, this view confirms the substantial similarity of the overall appearance and proportions of the designs.  It also demonstrates that while West Bend's and Rival's knob's overall design is similar, minor differences do exist, like the the top surface of West Bend's knob is flat while Rival's is crowned.

36.     Exhibit 16 shows Fig. 4, the right side view and compares West Bend's drawings to corresponding views of representative samples of Rival's designs.  These comparisons, like the front and rear views, reinforce the overall similarity of the configuration of the patented and accused designs.  The primary difference lies in the body's handles which are not claimed in any of West Bend patents and are

7

therefore not relevant for comparison.

37.    Exhibit 17 shows Fig. 5, the right side view and compares the drawings to corresponding views of representative samples of Rival's designs.  These comparisons, like the front and rear views, reinforce the overall similarity of the configuration of the patented and accused designs, with the exception of the knob or loop handle.

38.    Exhibit 18 shows Fig. 6, a top plan view of the patented design and compares it with similar top views of representative samples of Rival's accused products.  One can see that both the patented design and the accused designs are oval or elliptical in shape and both insert's have outwardly flared handles on both right and left ends that have a slight ogee or reverse curve between the handle itself and the balance of the perimeter of the generally oval shaped insert.  Both designs show an opaque knob or loop handle being somewhat smaller than the opaque skirt sitting atop the transparent domed lid.  The fact that some of Rival's designs have a loop shaped handle or that Rival added twelve small radiating depressions about the perimeter of West Bend's knob design does not escape that their overall appearance is still substantially the same.  Rival also added a small vent hole on the lid of one version of its Crock Pot design.

39.    Exhibit 19 shows Fig. 7, a bottom view of both West Bend's and Rival's designs.  This view, like the top view, confirms the overall similarity of the patented and accused design's shape while revealing the difference in the number, size, shape and location of the feet.  As two of West Bend's patents do not claim the feet, this difference is not a consideration, at least when compared to the '266 and '993 patents.  Rival having added small holes or an elliptical depression to West Bend's more basic design does not escape that the overall appearance or the pictured effect on the mind from a general view is not still substantially the same.

**The Gorham Test, Conclusions**

40.    After review of the seven views contained in each of West Bend's three patents compared to Rival's accused cooker designs, to me the overall appearance of the patented and accused designs are unquestionably substantially the same.  However, the Gorham test states that they must be substantially the same in the eye of an ordinary observer, not in the eye of a design expert.  Logically, a design expert is more visually discriminating and more attentive to visual nuances than is an ordinary observer.  If the designs are substantially the same to a design expert, then they should be even more substantially the same to a less discriminating and less attentive ordinary observer.

41.    The standard for determining infringement under the Gorham test has been met and satisfied as in the eye of an ordinary observer, giving such attention as a purchaser usually gives, Rival's overall designs are substantially the same as West Bend's patented designs, and the resemblance is such to deceive such an observer, inducing him or her to purchase one supposing it to be the other.

**The Litton Test, Analysis**

42.    The Litton test requires the patented design be compared to prior art designs to determine the patented designs' points of novelty which is what distinguishes the patented design from the prior art. The points of novelty are then compared to the accused design to determine if the accused design has appropriated the patented designs' points of novelty.

43.    West Bend's '266 design patent cites twelve prior art references, all of which were submitted to the USPTO by West Bend. All are design patents and can be found in Exhibit 20.

44.    West Bend's '664 and '993 design patents cite five prior art references, all of which were cited by Primary Examiner Caron D. Veynar. All are design patents and can also be found in Exhibit 20. Some references are cited by all three of West Bend's patents, resulting in the total being thirteen.

45.    West Bend's U.S. Design Patent Number 425,360 ("the '360 patent") by the same two patentees is a previously filed application of December 7, 1998. It is the "parent" patent while West Bend's '266, '664 and '993 patents are the "children". While West Bend's '360 patent is cited by the '266, '664 and '993 patents, it cannot be used as prior art against the later filed applications because they all share a common priority date.

46.    I considered all cited references in relation to each of West Bend's patents in suit for this analysis including the prior art cited by Holmes to West Bend's discovery request.

47.    The '266 design patent's points of novelty are:

Knob: An opaque round shaped and disc-like knob mounted on a round shaped smaller diameter pedestal, or a somewhat mushroom shaped knob.

Skirt: An opaque round shaped and disc-like skirt that is larger in diameter than the knob.

Lid: A translucent domed and oval shaped lid having no integral skirt or knob.

Insert: An opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter.

48.    The '664 design patent's points of novelty are:

9

Knob:  An opaque round shaped and disc-like knob mounted on a round shaped smaller diameter pedestal, or a somewhat mushroom shaped knob.

Skirt:  An opaque round shaped and disc-like skirt that is larger in diameter than the knob.

Lid:  A translucent domed and oval shaped lid having no integral skirt or knob.

Insert:  An opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter.

Feet:  Four opaque small cylindrical feet placed in a rectangular pattern on the body's bottom.

49.    The '993 design patent's points of novelty are:

Skirt:  An opaque round shaped and disc-like skirt that is larger in diameter than the unclaimed knob.

Lid:  A translucent domed and oval shaped lid having no integral skirt or knob.

Insert:  An opaque and oval shaped insert separating a lid from a body having a generally oval shaped perimeter that has slight concave curves transitioning to outwardly flared end handles and having a material thickness that thins around the insert's entire perimeter.

50.    Exhibit 21 contains a chart or grid comparing each of West Bend's three patents' individual points of novelty to each of the prior art references.  This exhibit demonstrates that none of West Bend's three design patents' individual points of novelty are found in any prior art reference.

51.    Exhibit 22 contains a photograph of each of Rival's accused designs that were previously identified in Exhibit 6.  Each is identified with Rival's Model Number.  The large individual photographs indicate that I examined and photographed those accused Rival Crock Pot designs.  The smaller photographs from the internet indicate that I have not examined the actual product, but that I relied on the internet photograph and description of the accused designs.

52.    Exhibit 23 contains three charts or grids comparing each of West Bend's three patents' individual points of novelty to each of Rival's accused Crock Pot designs.  This exhibit demonstrates that all of Rival's accused Crock Pot designs have appropriated the individual points of novelty of one or more of West Bend's three design patents.  Specifically, the knob is appropriated by some, the skirt by all, the lid by all,

the insert by all, and the feet by none.

53.    Exhibit 24 contains a chart or grid showing which Rival designs appropriate the points of novelty of each of West Bend's design patents.

**The Litton Test, Conclusions**

54.    As Rival's designs appropriate the points of novelty that distinguish West Bend's design patents from the prior art, as shown in Exhibit 24, I conclude that the standard for finding infringement under the Litton points of novelty test has been met and satisfied.

**Final Conclusions, Infringement**

55.    As the Gorham ordinary observer test and the Litton points of novelty test have both been fully satisfied, Rival's accused designs, identified in Exhibit 6, infringe one or more of West Bend's design patents, as shown in Exhibit 24.

**Statements**

56.    In compliance with Federal Rule of Evidence 702, my opinion is based upon sufficient facts or data, it is the product of reliable principles and methods, and I have applied the principles and methods reliably to the facts in this case.

57.    I am fully familiar with the facts in this Expert Report and they are based upon my own personal knowledge.

58.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,


_Cooper C. Woodring_

Cooper C. Woodring, FIDSA®                    Friday 3 November 2006


11