IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HOLMES GROUP, INC., | : |
| | : |
| Plaintiff/Counterclaim-Defendant, : | Civil Action No. 1: 05-CV-11367 WGY |
| | : (Alexander, M.J.) |
| v. | : |
| | : |
| WEST BEND HOUSEWARES, LLC and | : |
| FOCUS PRODUCTS GROUP, L.L.C., | : |
| | : |
| Defendants/Counterclaim-Plaintiffs. | : |

**DECLARATION OF ALAN M. SACK
IN SUPPORT OF HOLMES' OPPOSITION TO WEST BEND'S
MOTION FOR SUMMARY JUDGMENT OF NON-WILLFULNESS**

I, Alan M. Sack, hereby declare the following:

1.   A true copy of selected portions of the deposition transcript of Bart J. Plaumann is attached hereto as Exhibit A.

2.   A true copy of selected portions of the deposition transcript of Howard Kaney is attached hereto as Exhibit B.

3    A true copy of selected portions of the deposition transcript of Michael Carpenter is attached hereto as Exhibit C.

4.      Despite repeated requests, I am aware of no documents that have been produced by West Bend relating to the development of West Bend's programmable slow-cooker between the time period when the accused slow-cooker project was started in 2002 and April of 2004 when the issue was purportedly first brought to the attention of West Bend's patent attorney.

5.      West Bend has produced numerous documents regarding its slow-cookers from dates even earlier that 2002 with regard to its asserted design patents. For example, West Bend has been able to produce numerous detailed development documents from 1997 with respect to another slow-cooker project with OEM relating to West Bend's asserted design patents.

6.      West Bend has refused to cooperate with Holmes in its efforts to obtain testimony from OEM and its principal Mr. Hugh Mackay.

I declare under penalty of perjury that the foregoing is true and correct and, as to matters stated to be alleged on information and belief, I believe them to be true.

Executed this 22nd day of December, 2006

_____
Alan M. Sack

# EXHIBIT A

**Selected Page from Plaumann Deposition**

Case 1:05-cv-11367-WGY    Document 77-2    Filed 12/22/2006    Page 1 of 3

1

2  CONFIDENTIAL - ATTORNEYS' EYES ONLY

3    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS

4
          C.V. No: 05-CV-11367WGY
5

6

7

   *  *  *  *  *  *  *  *  *  *  *  *
8                                    *
   THE HOLMES GROUP,                 *
9            Plaintiff,              *
                                     *
10 vs.                               *
                                     *
11 WEST BEND HOUSEWARES and FOCUS    *
   PRODUCTS GROUP, LLC.              *
12           Defendants.             *
                                     *
13 *  *  *  *  *  *  *  *  *  *  *  *

14         30(b)6 DEPOSITION OF THE HOLMES GROUP,

15 a witness called on behalf of the

16 Defendants, pursuant to the Massachusetts

17 Rules of Civil Procedure, before Janet

18 Chase, a Certified Shorthand Reporter and

19 Notary Public in and for the Commonwealth of

20 Massachusetts, at the Radisson Hotel, 11

21 Beaver Street, Milford, Massachusetts, on

22 Thursday, November 16, 2006, commencing at

23 9:05 a.m.

24

```
 1  Q.  Okay.  Now, you said there was some type of
 2      a relationship between OEM and Holmes?
 3  A.  Yes.
 4  Q.  And was that -- as at that time was OEM
 5      supplying Holmes product?
 6  A.  Some of our product, yes.
 7  Q.  And what were they supplying?
 8  A.  They were supplying a griddle, a skillet and
 9      at that time I think two slow cookers manual
10      slow cookers, no programmable.
11  Q.  Okay.
12  A.  And we were -- excuse me.  We were
13      developing some the slow cookers with them.
14  Q.  With OEM?
15  A.  Yes.
```

# EXHIBIT B

**Selected Pages from Kaney Deposition**

Howard Kaney                                          August 22, 2006
         Confidential Attorneys' Eyes Only

Page 1

```
       IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,
        Plaintiff/Counter-Defendant,

    -vs-                   Case No. 05-CV-11367 WGY
                               (Alexander, M.I.)
WEST BEND HOUSEWARES, LLC and
FOCUS PRODUCTS GROUP, LLC,
        Defendants/Counter-Plaintiffs.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                  EXAMINATION OF

                   HOWARD KANEY

                 August 23, 2006
                    9:10 a.m.

              100 East Wisconsin Avenue
                Milwaukee, Wisconsin

              Karen L. Howell, RPR
```

b7cc4581-89cc-4265-aefb-a370bd7bbc85

Howard Kaney                                              August 22, 2006
                    Confidential Attorneys' Eyes Only

Page 11

1      Q.    Did the types of products you were
2   working on change during that period of time?
3      A.    For a portion of that time, they
4   did.
5      Q.    What types of products were you
6   working on that were different?
7      A.    For a portion of that time I spent
8   time with our direct sales stainless steel
9   cookware division.
10     Q.    The stainless steel cookware is
11  generally pots and pans, nothing with heat.
12  The heat is supplied by the oven or a stove.
13  Is that what the cookware is?
14     A.    Generally, yes.
15     Q.    Now, when did you -- well, while
16  you were working in that capacity, do you
17  remember when you changed to the -- is that
18  the next capacity is what you are doing right
19  now?
20     A.    Yes.
21     Q.    Do you remember what year that
22  was?
23     A.    Coincident with the change in
24  ownership to Focus Products, and I believe
25  that was 2003.

1    to you, the Rival slow cooker?
2         A.     I believe we had Rival slow
3    cookers in-house.
4         Q.     When you were analyzing the Rival
5    programmable slow cooker, did West Bend have
6    a programmable slow cooker at that time?
7         A.     No.
8         Q.     Was the West Bend programmable slow
9    cooker project started -- even started at
10   that time?  Did it exist?
11        A.     The concept of West Bend's
12   programmable slow cooker initiated prior to my
13   involvement with programmable slow cookers in
14   general.
15        Q.     Do you know who initiated that
16   program?
17        A.     I'm first aware of, I'll reference
18   it, programmable slow cookers via a task
19   force that was put together to investigate
20   the possibility of developing a programmable
21   slow cooker.
22        Q.     And I believe you said you were
23   not on that initial task force; is that
24   correct?
25        A.     I don't recall stating that I was

Howard Kaney                                                August 22, 2006
                  Confidential Attorneys' Eyes Only

Page 32

1      slow cooker?
2          A.     To my recollection, there was no
3      programmable slow cooker on the market when
4      those discussions took place.
5          Q.     When did you first become involved
6      in the development of the West Bend
7      programmable slow cooker?
8          A.     If you mean involved as aware of
9      the information, I worked in the product
10     development department where my boss, Bill
11     Dobson, sat on the slow cooker task force.
12     And so I was aware or involved at that time
13     to be following what the task force was
14     doing, but I was not involved with any design
15     responsibilities or direction as a result of
16     that task force.
17         Q.     At some point in time, did you
18     become involved in the design responsibilities?
19         A.     Yes.
20         Q.     Do you recall when that would have
21     occurred?
22         A.     My recollection is it was about
23     the time that the transition from Illinois
24     Tool Works to Focus Products -- or excuse me,
25     from Regal Ware to Focus Products took place.

1   issue regarding the packaging going out, which
2   they took corrective actions, some
3   miscellaneous cosmetic defects.  I'm not aware
4   of any other quality issues that interrupted
5   production.
6               MR. HENNEBERGER:  I'd like to mark
7   as Kaney Exhibit 11 U.S. Patent No.
8   6,573,483.
9               (Exhibit-11 was marked.)
10      BY MR. HENNEBERGER:
11      Q.      Mr. Kaney, I can advise you that
12  this is one of the patents Holmes has
13  asserted against West Bend in this lawsuit.
14  Are you familiar with that patent?
15      A.      Yes.
16      Q.      When did you first become aware of
17  that patent?
18      A.      I became familiar with it on or
19  about the time that I had started working on
20  this project.
21      Q.      Who brought it to your attention?
22      A.      I don't recall.
23      Q.      Do you recall why it was brought
24  to your attention?
25      A.      I recall that we would be on the

# EXHIBIT C

**Selected Pages from Carpenter Deposition**

Page 1

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

THE HOLMES GROUP, INC.,
        Plaintiff/Counterclaim
        Defendant,

     -vs-                        Case No. 05-CV-11367 WGY

WEST BEND HOUSEWARES, LLC and
FOCUS PRODUCTS GROUP, L.L.C.,
        Defendants/Counter-Plaintiffs.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

                  30(B)(6) DEPOSITION OF

                    MICHAEL CARPENTER

                    August 22, 2006
                       9:18 a.m.

                 100 East Wisconsin Avenue
                    Milwaukee, Wisconsin

               Jane M. Jones, CRR, RMR
```

0b18dfce-aa9d-4b04-a7d0-6996b1be7652

                                                           Page 18

 1     businesses that were part of a group that
 2     Keith ran while he was with Leggett & Platt,
 3     and after he left them, they -- I believe
 4     the way it went, they weren't interested in
 5     consumer markets, so those two businesses were
 6     bought and Focus was created.
 7          Q.    Did Mr. Jaffee and Mr. Wallek have
 8     titles in Focus, at that time?
 9          A.    I'm not sure.
10          Q.    They were owners of the company?
11          A.    Yes.
12          Q.    Were there any other owners?
13          A.    I'm not sure.
14          Q.    How did Focus become involved with
15     West Bend?
16          A.    Focus acquired the small electric
17     piece of West Bend in, I think July of 2003.
18          Q.    What do you mean by the small
19     electric piece?
20          A.    Well, we didn't -- as I
21     understand, we didn't really acquire all of
22     West Bend.  Regal Ware had acquired the
23     business, I think, from ITW, and they wanted
24     a cookware segment.  That's what they were
25     interested in, and so we bought the small

                              0b18dfce-aa9d-4b04-a7d0-6996b1be7652

Michael Carpenter                                    August 22, 2006
Confidential Attorneys' Eyes Only

Page 41

1    to the market, is that correct?
2        A.    Moved forward on the development
3    first, and we still had a project to
4    complete.
5        Q.    So at the time you got the
6    opinion, the project was not complete yet, is
7    that correct?
8        A.    Yes.
9        Q.    Did you get an additional upgrade
10   on the up-to-date opinion on the final
11   product?
12       A.    I don't recall for sure.  I would
13   guess we probably did, but I don't recall.
14       Q.    Were there changes in the structure
15   of the product from beginning to end, or was
16   it pretty much as originally designed?
17       A.    I think the objective was constant.
18   Again, on day-to-day tweaks of project
19   management, I wasn't involved in every step
20   of the way.
21       Q.    I believe you said before what the
22   objective was, but could you tell me again
23   what the objective was for the product?
24       A.    To put as much inside that device
25   as we could. The real objective was cosmetic.

0b18dfce-aa9d-4b04-a7d0-6996b1be7652