```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 05-11367-WGY


* * * * * * * * * * * * * * * *
                               *
THE HOLMES GROUP, INC.,        *
                               *
          Plaintiff,           *
                               *
v.                             *    MOTION HEARING
                               *
WEST BEND HOUSEWARES, LLC and  *
FOCUS PRODUCTS GROUP, LLC,     *
                               *
          Defendants.          *
                               *
* * * * * * * * * * * * * * * *

          BEFORE:  The Honorable William G. Young,
                   District Judge


APPEARANCES:

          HOFFMANN & BARON, LLP (By Alan M. Sack,
     Esq. and Glenn T. Henneberger, Esq.) 6900 Jericho
     Turnpike, Syosset, New York 11791-4407, on behalf
     of the Plaintiff

          BROMBERG & SUNSTEIN LLP (By Erik Paul Belt,
     Esq.), 125 Summer Street, Boston, Massachusetts
     02110-1618
          - and -
          MICHAEL BEST & FRIEDRICH LLP (By Michael E.
     Husmann, Esq. and Joseph T. Miotke, Esq.), 100
     East Wisconsin Avenue, Suite 3300, Milwaukee,
     Wisconsin 53202-4108, on behalf of the Defendants


                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         January 31, 2007
```