UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-11367-WGY</u>

THE HOLMES GROUP,INC
Plaintiff

v.

WEST BEND HOUSEWARES, ET AL
Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

YOUNG, D.J.

     The Court having been advised on FEB. 15, 2007 that the above-entitled action has been settled:
     IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

February 15, 2007

To: All Counsel