IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | Civil Action No.  05-CV-11367 WGY |
| | : | |
| v. | : | (Alexander, M.J.) |
| | : | |
| WEST BEND HOUSEWARES, LLC and | : | |
| FOCUS PRODUCTS GROUP, L.L.C., | : | |
| | : | |
| Defendants/Counter-Plaintiffs. | : | |

## Joint Motion for Dismissal

Plaintiff, The Holmes Group, Inc., now known as Sunbeam, Inc., d/b/a/ Jarden Consumer Solutions, (hereinafter "Holmes"), and Defendants, West Bend Housewares, LLC and Focus Products Group, LLC (collectively referred to as "West Bend and Focus Products") have agreed to a settlement of this dispute and submit this Joint Motion for Dismissal pursuant to the terms of a confidential settlement agreement with an effective date of February 15, 2007.

Accordingly, pursuant to the terms of the confidential settlement agreement, the parties respectfully move the Honorable Court to enter the attached Agreed Order Of Dismissal.

Dated:  February 16, 2007

                                              SUNBEAM PRODUCTS, INC.
                                              d/b/a JARDEN CONSUMER SOLUTIONS
                                              f/k/a THE HOLMES GROUP, INC.

                                              /s/Alan M. Sack/
                                              Charles R. Hoffmann, Esq.
                                              Alan M. Sack, Esq.
                                              Glenn T. Henneberger, Esq.
                                              HOFFMANN & BARON, LLP
                                              6900 Jericho Turnpike
                                              Syosset, New York  11791-4407
                                              Telephone:  516-822-3550
                                              Facsimile:  516-822-3550
                                              CRHDocket@hoffmannbaron.com
                                              AMSDocket@hoffmannbaron.com
                                              GTHDocket@hoffmannbaron.com

2

FOCUS PRODUCTS GROUP, LLC
       & 
WEST BEND HOUSEWARES, LLC

/s/Joseph T. Miotke/_____
Michael E. Husmann
Joseph T. Miotke
Michael Best & Friedrich LLP
100 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
Tel.:  (414) 271-6550
Facsimile:  (414) 277-0656
mehusmann@michaelbest.com
jtmiotke@michaelbest.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE HOLMES GROUP, INC., | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | Civil Action No.  05-CV-11367 WGY |
| | : | |
| v. | : | (Alexander, M.J.) |
| | : | |
| WEST BEND HOUSEWARES, LLC and | : | |
| FOCUS PRODUCTS GROUP, L.L.C., | : | |
| | : | |
| Defendants/Counter-Plaintiffs. | : | |

**AGREED ORDER OF DISMISSAL**

This action comes before the Court on the pleadings and proceedings of record, and it has been represented to the Court that the plaintiff, The Holmes Group, Inc., now known as Sunbeam, Inc., d/b/a/ Jarden Consumer Solutions, (hereinafter "Holmes"), and Defendants, West Bend Housewares, LLC and Focus Products Group, LLC (collectively referred to as "West Bend and Focus Products") have agreed to a settlement of all claims and counterclaims in this action subject to the terms of a confidential settlement agreement with an effective date of February 15, 2007.

WHEREFORE, with the consent of plaintiff and defendants, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

      1.      This Court has personal jurisdiction over the parties and the subject matter of this action.

      2.      All claims and counterclaims of Holmes, West Bend, and Focus Products are hereby dismissed with prejudice, subject to the terms of the parties' confidential settlement agreement.

      3.      Each party to this Order shall bear its own costs and attorneys' fees.

2

SO ENTERED:


Dated _____    _____
                                  United States District Court Judge